UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA ROARK, *et al.*,                  :

    Plaintiffs                             :

        v.                                      :         Civil Action No.  05-2383 (JDB)

DISTRICT OF COLUMBIA, *et al.*,       :

    Defendants                         :

## MOTION OF DEFENDANTS FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendants move for an extension of time, up to and including February 17, 2006, within which to respond to plaintiffs' complaint.  The grounds for this motion essentially are that undersigned counsel has recently been assigned the instant case and is still gathering documents concerning it, as more fully explained in the attached memorandum of points and authorities.

### LOCAL RULE 7.1(m) STATEMENT

The undersigned placed a telephone call to plaintiffs' counsel on January 12, 2006, for the purpose of asking counsel's position on a motion the undersigned intended to file, seeking an extension of time to respond to plaintiffs' complaint.  No one was available to take that call, so the undersigned left a message concerning the proposed extension.  The undersigned has not yet received a response to that call, and on January 18, 2006, he called plaintiffs' counsel again concerning the extension of time.  This time the undersigned was told that neither attorney who signed the complaint as counsel for plaintiffs was available, and the undersigned again left a message.

                                                Respectfully submitted,

      ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
EDWARD P. TAPTICH [#012914 ]
Chief, Equity Section 2

_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELISSA ROARK, *et al.*, | : | |
|    Plaintiffs | : | |
|    v. | : | Civil Action No. 05-2383 (JDB) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
|    Defendants | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF DEFENDANTS FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

Plaintiffs bring this action after an unfavorable determination by a hearing officer below, alleging that defendants have violated the rights of the student plaintiff under the Individuals with Disabilities Education Act. The undersigned Senior Assistant Attorney General recently was assigned this case, and has requested and is still gathering documents related to the administrative proceedings in this case. Such documents will be required in order to assist counsel in answering the complaint. Further, over the next few weeks the undersigned has a number of job related obligations, including reviewing and responding to materials generated in other cases before the District Court.

In the Superior Court of the District of Columbia, the District and its employees are allowed 60 days to answer a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed the United States in both Superior Court and United States District Courts. Id.; Fed.R.Civ.P. 12(a)(3). This timing is more appropriate for both governmental entities, given the time necessary to investigate the allegations of a complaint against a governmental agency.

It appears from the record that a response to the instant complaint may be due on January 18, 2006, and if so, the instant request is for an extension of 30 days. Under the circumstances described herein, it is requested that the instant motion to extend time, be granted.

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General, D.C.

                              GEORGE C. VALENTINE
                              Deputy Attorney General, D.C.
                              Civil Litigation Division

                              _____
                              EDWARD P. TAPTICH [#012914 ]
                              Chief, Equity Section 2

                              _____
                              CARY D. POLLAK [#055400]
                              Senior Assistant Attorney General
                              441 Fourth Street, N.W.
                              Sixth Floor South
                              Washington, D.C. 20001
                              (202) 724-6604

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA ROARK, *et al.,*            :

   Plaintiffs                          :

      v.                              :     Civil Action No. 05-2383 (JDB)

DISTRICT OF COLUMBIA, *et al.,*     :

   Defendants                        :

ORDER

Upon consideration of defendants' motion for additional time within which to answer the complaint, and any memoranda in support thereof or in opposition thereto, it is by the Court, this       day of            2006,

ORDERED: that defendants' motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendants may respond to the complaint, is extended to and including February 17, 2006.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

3