UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MELISSA ROARK, a minor,**
**by her parents and next friends,**
**Robert Roark and Abigail Arnold, et al.,**

    **Plaintiffs,**

       v.

**DISTRICT OF COLUMBIA, et al.,**

    **Defendants.**

Civil Action No. 05-2383 (JDB)

## ORDER

Defendants have now answered plaintiffs' complaint brought under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 et seq. The Court has reviewed the complaint and the answer in this case. Defendants raise grounds for summary judgment but have not yet filed a dispositive motion. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than March 8, 2006 a proposed schedule for the filing of the administrative record and dispositive motions. In the event the parties cannot agree, separate proposals shall be filed by that date.

                                                      /s/
                                         JOHN D. BATES
                                 United States District Judge

Dated:   February 22, 2006

Copies to:

Michael J. Eig
Haylie M. Iseman
5454 Wisconsin Ave., Suite 760
Chevy Chase, MD 20815
Email: michael.eig@lawforchildren.com
    haylie.iseman@lawforchildren.com

   *Counsel for Plaintiff*

Cary D. Pollak
Office of the Attorney General for the District of Columbia
441 Fourth St., NW
6th Floor South
Washington, DC 20001
Email: cary.pollak@dc.gov

   *Counsel for Defendants*