IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA ROARK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 05-CV-2383 (JDB) |

**PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's Order and docket entry of February 22, 2006, the undersigned parties, through counsel, respectfully notify the Court that we have agreed to file cross-motions for summary judgment, and would propose the following briefing schedule:

<u>April 9, 2006</u>   deadline for defendants to file administrative record

<u>May 24, 2006</u>   deadline for parties to file cross-motions for summary judgment

<u>June 23, 2006</u>   deadline for parties to file oppositions (responses) to motions for summary judgment

<u>July 10, 2006</u>   deadline for parties to file replies to responses to motions for summary judgment.

Respectfully Submitted,

/s/ (filed electronically)
Michael J. Eig       #912733

/s/ (filed electronically)
Haylie M. Iseman     #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for Plaintiffs

        ROBERT J. SPAGNOLETTI
        Attorney General of the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General for Civil Litigation

        /s/ (filed electronically)
_____
Edward P. Taptich     #012914
Chief, Equity Section 2

        /s/ (filed electronically)
_____
Cary D. Pollak     #055400
Senior Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
Counsel for Defendants

SO ORDERED:

_____
United States District Judge