UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA ROARK, a minor,**<br>by her parents and next friends,<br>**Robert Roark and Abigail Arnold, et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>    **Defendants.** | Civil Action No.  05-2383 (JDB) |

## SCHEDULING ORDER

Upon consideration of the parties' proposed briefing schedule, it is hereby **ORDERED** that:

1. The administrative record shall be filed by not later than April 9, 2006.

2. Plaintiffs' motion for summary judgment shall be filed by not later than May 24, 2006.

3. Defendants' response and cross-motion for summary judgment shall be filed by not later than June 23, 2006.

4. Plaintiffs' reply in support of their motion for summary judgment and response to defendants' cross-motion for summary judgment shall be filed by not later than July 10, 2006.

5. Defendants' reply in support of their motion for summary judgment shall be filed by not later than July 24, 2006.

              /s/              
JOHN D. BATES
United States District Judge

Dated:   March 3, 2006

-2-

Copies to:

Michael J. Eig
Haylie M. Iseman
5454 Wisconsin Ave., Suite 760
Chevy Chase, MD 20815
Email: michael.eig@lawforchildren.com
　　　 haylie.iseman@lawforchildren.com

　　*Counsel for Plaintiff*

Cary D. Pollak
Office of the Attorney General for the District of Columbia
441 Fourth St., NW
6th Floor South
Washington, DC 20001
Email: cary.pollak@dc.gov

　　*Counsel for Defendants*