UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA ROARK, *et al.*,              :

   Plaintiffs                              :

       v.                                    :     Civil Action No. 05-2383 (JDB)

DISTRICT OF COLUMBIA, *et al.*,       :

   Defendants                           :

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants hereby give notice of the filing of the administrative record in this matter, on April 7, 2006.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/
                _____
                EDWARD P. TAPTICH [#012914]
                Chief, Equity Section 2

                /s/
                _____
                CARY D. POLLAK [#055400]
                Senior Litigation Counsel
                441 Fourth Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6604

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that the instant notice was filed electronically on this 7th day of April, 2006, for distribution according to the rules of this Court.

                                              /s/
                                 Cary D. Pollak
                                 Assistant Attorney General, DC