Melissa Roark v. District of Columbia
Civil Action No. 05-2383

# INDEX OF RECORD

**Description**                                                                 **Page**

Certification of Record

Hearing Officer's Determination (HOD) issued 11/14/05                 -    1

Due Process Complaint Notice w/att. 8/2/05                            -    8

    General Authorization 4/22/05                                -    13

Scheduling Memorandum 8/2/05                                          -    14

Due Process Complaint Disposition – 8/10/05                           -    18

DCPS Student Hearing Notice - 9/8/05                                  -    34

Letter from Michael Eig requesting change of Hearing date  9/9/05 -    35

Interim Order  - 9/15/05                                              -    36

DCPS Student Hearing Notice - 9/16/05 (Revised Copy)                  -    40

Student's Disclosure Letter with Exhibits - 9/29/05                   -    41

    MR 1 – Due Process Complaint Notice                          -    43

    MR 2 - DC Residency Verification Form                        -    47

    MR 3 – Letter to Sharon Woodson 6/16/05                      -    48

    MR 4 – McLean School of Maryland Brochure-                   -    49

    MR 5 – Lab School Final Report Card 2004-2005                -    59

    MR 6 – Lab School Final High School Report                   -    60

| | | |
|---|---|---|
| MR 7 - Lab School Tutoring Report, 1/05 | - | 70 |
| MR 8 – Lab School Annual Speech/Language Progress Rpt. | - | 71 |
| MR 9 – Lab School Individual/ Grp. Psy. Progress Report | - | 80 |
| MR 10 – SSAT Report, 1/8/05 | - | 81 |
| MR 11 – Lab School IEP Documents 2005-06 SY, 3/10/05 | - | 82 |
| MR 12 - Lab School IEP Documents 2004-05 SY, 5/26/04 | - | 110 |
| MR 13 - Lab School IEP Documents 2003-04 SY, 5/20/03 | - | 142 |
| Letter confirming the case will be settled on cross-motions 10/7/05 | - | 173 |
| Parents' Motion for Pre-Hearing Summary Decision - 10/24/05 | - | 175 |
| Declaration of Elizabeth McConnell, 10/25/05 | - | 182 |
| DCPS Agency Briefing 10/27/05 | - | 186 |
| Parents' Reply to DCPS Agency Briefing - 10/28/05 | - | 190 |