UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA ROARK, *et al.*,            :

   Plaintiffs                              :

       v.                                         :      Civil Action No. 05-2383 (JDB)

DISTRICT OF COLUMBIA, *et al.*,     :

   Defendants                            :

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants hereby give notice of the filing of the administrative record in this matter, on April 7, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/
_____
EDWARD P. TAPTICH [#012914 ]
Chief, Equity Section 2

/s/
_____
CARY D. POLLAK [#055400]
Senior Litigation Counsel
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604

2

CERTIFICATE OF ELECTRONIC FILING

    I hereby certify that the instant notice was filed electronically on this 7th day of April, 2006, for distribution according to the rules of this Court.

                                                /s/
                                        Cary D. Pollak
                                        Assistant Attorney General, DC