UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA ROARK, *et al.*,          :

    Plaintiffs                :

        v.                       :          Civil Action No. 05-2383 (JDB)

DISTRICT OF COLUMBIA, *et al.*,   :

    Defendants                :

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants hereby give notice of the filing of the administrative record in this matter, on April 10, 2006.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section 2

        _____/s/_____
        CARY D. POLLAK [#055400]
        Senior Litigation Counsel
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6604

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that the instant notice was filed electronically on this 10th day of April, 2006, for distribution according to the rules of this Court.

/s/
Cary D. Pollak
Assistant Attorney General, DC