# MICHAEL J. EIG AND ASSOCIATES, P.C.

**ATTORNEYS AT LAW**
**SUITE 760**
**5454 WISCONSIN AVENUE**
**CHEVY CHASE, MD 20815-6938**
**(301) 657-1740**

---

**FACSIMILE (301)657-3843**



June 16, 2005

Sharon Woodson
Placement Liaison
Office of Special Education
District of Columbia Public Schools
825 North Capitol Street, NE, 6th Floor
Washington D.C. 20002

**Re: Melissa Roark**
*Via facsimile and first class mail*

Dear Ms. Woodson:

We represent the family of Melissa Roark, currently a DCPS-funded student at The Lab School of Washington. Melissa's parents have determined that she would be more appropriately placed at the McLean School, and have secured her placement there. By this notice, we are requesting that DCPS place and fund Melissa at McLean for the upcoming school year.

Thank you for your attention to this matter.

Sincerely,

Michael J. Eig

*Enclosure*

cc:    Robert Roark and Abby Arnold (*without enclosure*)



EXHIBIT
MR-3
4

 # McLean School of Maryland

Home

- *Activities*
- *Admission*
- *Development*
- *Education*
- *Events*
- *Homework*
- *Mission*
- *Parents*
- *Publications*
- *Technology*

## Mission

**Mission**



McLean School of Maryland is an independent, coeducational, day school for students in kindergarten through grade 12*. We offer an innovative and flexible program to accommodate both traditional learners and those with learning differences. At McLean, we honor and support both cultural and intellectual diversity. Children thrive in our nurturing and stimulating environment, emerging with an enthusiasm for learning, strong academic skills, confidence to meet new challenges, and a sense of responsibility toward their community and others. At McLean School, reaching one's personal best is not just an ideal. It is our mission.

* Grade 10 added in 2000, Grade 11 in 2001, Grade 12 in 2002.

### McLean's Commitment to Diversity/Equity

McLean School's commitment to diversity/equity is an extension of our long-standing commitment to learning styles and differences. McLean em-braces diversity and values the inte

EXHIBIT
tabbies
MR-4    49

of all individuals. We offer equi-table opportunity to learn from the wealth that diversity renders to all community members in the recognition of differences of ethnicity, race, religion, socio-economic status, culture, color, sexual orientation, or gender. This recognition enriches our community and encourages our students to be better leaders and more responsible citizens. We believe that our students will acquire an appreciative sensitivity to different people and cultures and that they will be more secure in themselves and better prepared to enjoy the richness and possibilities of the wonderfully diverse world they will inherit.

Toward this end, McLean School commits itself:

- to continue to develop a school culture and curricula that will teach our students both the skills and the sensibilities necessary for living in a world of change and difference;
- to achieve an educationally enriching level of diversity in the student body, faculty, staff, and Board of Trustees;
- to provide the resources and support equitably to secure the self-es-teem of every child;

We expect that all community members will support diversity/equity at McLean School, just as we expect that all community members will benefit from that work.

Adopted by the Board of Trustees: March 1997

## Facilities



McLean School is situated in Potomac, Maryland 12 miles northwest from Washington, DC. Potomac is a gentle rolling, suburban area. McLean's nine acres are on a residential side street surrounded by lovely homes and townhomes.

The main structure of 47,000 square feet was built in the 1960's as a Montgomery County elementary school. McLean took possession in 1978 and completely renovated the building in 1991.

50

In 1996 a 10,800 square foot gymnasium was completed. The site contains two fields for soccer, baseball, field hockey, lacrosse as well as a playground and equipment for children aged 5-11.

McLean's 37 classrooms house between 12 and 16 students each.

The School's 10,000 volume Library is fully computerized. McLean offers two large, up-to-date computer labs, and a separate computerized Library reference room, all linked to the Internet. In addition, classrooms are equipped with computers.

## History

In 1954, McLean School was established and headed by Lenore and Delbert Foster, whose mission for the School was to provide a unique environment for learning that would serve the needs and gifts of all kinds of students. After the Fosters' retirement in 1978, a group of parents, faculty, and staff formed a non-profit corporation for McLean School and relocated to the present Lochinver Lane campus in Potomac, Maryland.

## McLean's Innovative and Flexible Program

Our approach to academics is as broad, varied, and complex as the children we teach. From its beginnings, McLean School has maintained a dual program which, as our Mission states, accommodates traditional learners and those with learning differences. We recognize that children have many different learning styles and that - at any point in his or her development - a particular child's academic needs can and do fall along a continuum.

We are constantly reminded that there is no one way to teach ... or one way to learn.

Over the years, the dual program has expanded from two sections in a course to as many as a half-dozen; we can now place students at many points along the continuum as dictated by their skill levels, their academic strengths, and their learning styles.

Our curriculum is challenging for all students, because it requires them to think in new ways, to utilize all their senses, and to discover innovative paths to knowledge and understanding. In every course, at every level, we encourage our teachers to use innovative methods; multi-sensory approaches; an organized, systematic teaching style; and interesting, challenging, age-appropriate materials.

Students who need more guidance and structure to develop skills and learning strategies receive support in small groups with low ratios of students to teachers. Others may work independently in slightly larger classes, often at a faster pace. Smooth transitions between the sections of all disciplines are well planned, with good communication among teachers, parents, and support services if necessary.

Throughout the program, with all the students, there is encouragement and motivation to stretch and progress, to challenge oneself to achieve higher and higher goals.

## Special Programs

McLean's special programs include Visual and Performing Arts, Athletics, Computer, Drama, Health, Music, Mindfind, Speech Pathology, Full Time Nurse, Financial Aid, Summer Programs, Learning Specialists, and Psychologist.

## Accreditation

The McLean School is accredited by the Association of Independent Maryland Schools (AIMS) and the Maryland State Department of Education.

## Memberships

- Association of Independent Schools of Greater Washington (AISGW)
- Association of Independent of Maryland Schools (AIMS)
- Council for Advancement and Support of Education (CASE)
- National Association of Independent Schools (NAIS)
- Black Student Fund (BSF)
- Council for Exceptional Children (CEC)
- Learning Disabilities Association (LDA)
- Parents of Gifted and Talented/Learning Disabled Children
- The Alumni Program Council for Independent Schools
- The Parents' Council of Washington, D.C.



# McLean School of Maryland

Home

| Activities |
| Admission |
| Development |
| Education |

Lower School
Academics
Middle School
Academics
Upper School
Academics
Curriculum Highlights
Chart

| Events |
| Homework |
| Mission |
| Parents |
| Publications |
| Technology |

## Academics Upper School

### Upper School Philosophy (Grades 9 through 12)



Our mission is to provide an encouraging, positive and nurturing environment in which our students' strengths are emphasized and maximum potential is reached. As students grow, we strive to provide an academic program which is both developmentally appropriate and challenging to the intellectual capabilities of all of our students. We are aware of the accommodations needed for our students and address these needs by teaching to and making students aware of their learning styles.

In the Upper School, we strive to teach our students the skills necessary for successful learning and living as young adults. These skill areas include: critical thinking skills; study habits; group dynamics; social interaction and awareness; and active community involvement/service.

We believe that students have the capability to engage in positive decision-making and are able to accept responsibility for those decisions Therefore, we encourage students to increase their sense of discipline, responsibility and motivation. Our goal is to assist and guide students in the tasks which promote development of self-confidence, self-esteem, and the realization of self-efficacy.

### Upper School Academic and Specialty Areas

- English
- Mathematics

53

- Science
- Mindfind
- Social Studies
- Spanish
- Latin
- Art
- Computers
- Music
- Physical Education
- Homework for Grades 9-12

## Upper School English (Grades 9 through 12)



The English curriculum is divided into two separate disciplines. Literature is taught as a separate course from Grammar and Composition The focus of the latter is the development of language skills through writing, grammar and vocabulary.

McLean students come to realize the value of literature, found in both classic and contemporary works, through their own increasingly complex and sophisticated interpretations of those texts. The Literature program is closely coordinated with the Grammar and Composition program. Upper-School Literature courses help students to understand and appreciate all literary genres: fiction, non-fiction, poetry, and drama. Literature is taught by genre, chronologically or thematically, with emphasis placed upon the universality of the human condition. The goal of the curriculum is that students will become increasingly aware of and sensitive to the struggles and needs of others, and will be able to transfer this awareness into their lives.

The Grammar and Composition program attempts to mirror the themes presented in Literature. The emphasis in this program is on the structure and uses of language. The curriculum is designed to reinforce students' skills in grammar, logic, speaking, writing, and vocabulary development

Individual needs of students are met by means of independent practice, private student-teacher conferences, group work, cooperative learning, enrichment, computer software, and other resources.

54

## Upper School Mathematics (Grades 9 through 12)



The core curriculum in mathematics is designed to challenge McLean students to develop a thorough understanding of and a working knowledge of concepts from basic through secondary mathematics. When students have demonstrated a readiness to make meaningful connections among numbers, variables, equations, graphs, and patterns, they will enroll in Algebra I. This course is offered on a variety of levels over a one or two year period. After successfully completing basic algebra, students discover in Geometry how to apply logical reasoning as they learn about shapes and measurements as well as traditional definitions, postulates, and theorems. In Algebra II, students then learn advanced algebra to give them a firm understanding of concepts and sound skills needed for higher level mathematics and science courses. Higher level courses in Pre-Calculus, Probability & Statistics, Discrete Mathematics, and/or Calculus will be offered in junior and senior years as is appropriate.

In all classes, new material is often presented with concrete models in order to give students a kinesthetic as well as visual and auditory experience with the mathematics being studied. Calculators are used for checking work as well as for problem solving. Graphing calculators are required for higher level courses.

Individual needs of students are met by means of independent work, private student-teacher conferences, group work, cooperative learning, enrichment, computer software, and other resources.

## Upper School Science (Grades 9 through 12)

55



The Upper School Science program utilizes a hands-on, process-oriented approach. Activities and experiments are based on inquiry, using student curiosity about the world. Individual and group experiments and projects help youngsters process information, build vocabulary, and associate new ideas to previously learned concepts.

High school students typically take biology freshman year and environmental science sophomore year. Chemistry, physics, and other lab sciences will be offered junior and senior years.

Methods of evaluation include lab work, tests, quizzes, projects, group work, contributions to class discussion, and oral or written presentations. One or more of these methods may be selected depending upon the appropriateness for the subject matter and on the particular student.

## Upper School Mindfind (Grades 9 through 12)

MindFind is an innovative curriculum at the McLean School of Maryland in which students not only discover how they learn best but how they can become advocates for their own learning styles. Through scientific study, students follow a self discovery process that often boosts individual confidence in academics and connects with other daily life skill activities. MindFind can enhance communication skills among students, teachers, and parents. This flexible program was created to benefit the traditional learner as well as those with learning differences. Participants learn if they are an auditory, visual, kinesthetic, or multisensory learner. They also gain an understanding of their styles of communicating, remembering, working either individually or in groups. This is an opportunity to view learning with new perspectives and has a wonderful side effect - enthusiasm for learning!

## Upper School Social Studies (Grades 9 through 12)



The social studies curriculum in grades 9 through 12 focuses on the development of geography skills; an appreciation of various cultures, both historical and contemporary; interpretation of current events and their effect on the students; and an understanding of the students themselves and the communities around them.

Typically, freshmen study ancient history and sophomores study United States history from The Civil War to the present. Juniors and seniors will choose to study among a variety of courses to include Modern European, Asian, and World Histories.

The students utilize a variety of resources within their studies. Field trips, audiovisual materials, texts, newspapers, internet, and outside speakers are some techniques used to foster an appreciation and understanding of the world around them. Study and research skills are integrated with the curriculum throughout the upper school. The students are frequently evaluated, through quizzes, tests, reports, individual and group projects, and teacher observations.

## Upper School Foreign Language (Grades 9 through 12)

Learning a modern foreign language involves the use of many senses. Therefore, the approach must be multi-sensory and comprehensive in scope to enable each grade level to grasp all skills required. Cultural awareness and appreciation is a main emphasis throughout the program. The foreign language courses strive to fulfill the individual needs of our students while challenging them to learn about the language and culture of others.

### Spanish

Students may continue their Spanish studies throughout all four years in the Upper School. In an effort to develop the four language skills (reading, writing, listening, and speaking), students are challenged and encouraged to complete many different types of individual, pair, and group activities as well as projects. A variety of oral and written activities are used to help students synthesize their vocabulary and grammar knowledge. Students study Hispanic literature appropriate to

57

their level of understanding and regular cultural information on customs throughout the Spanish-speaking world is presented to develop an appreciation of other cultures.

**Latin**

Students may enroll in Latin as a classical, non-spoken foreign language. Through the study of Roman daily life, customs and mythology, students obtain some level of success learning vocabulary, and grammar. The study of word derivation enables students to expand their own vocabulary. As so many Latin words have entered the everyday language and technical English vocabulary, the course contributes to better understand the students' native language as it teaches how language works, and introduces grammatical structures

**The Lab School of Washington**
4759 Reservoir Road, N.W. • Washington, DC 20007 • (202) 965-6600

## HIGH SCHOOL STUDENT REPORT CARD
2004–2005 Academic Year

**Name: Melissa Roark**

**Grade: 9th**

| Course | Grade 1 | 2 | 3 | Exam | 4 | Final Exam | Final | Class work & Homework Completion 1 | 2 | 3 | 4 | Comes to Class Prepared 1 | 2 | 3 | 4 | Class Behavior 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phys Science | A | A | A | A | A | A | A | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 |
| Geog/DC Hist | A- | A | A | A | A- | A | A- | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Sculpture | A | A | A | A | A- | - | A | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Algebra I | B | B | A- | C | A- | B- | B+ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Dig Photog | A | A | A | - | A | - | A | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| English 9 | B | B | B+ | B+ | A | B- | B | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Spanish I | A | A | A | A | A | A | A | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| PE | B+ | A- | - | - | A- | - | A- | - | - | - | - | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 |

| Days | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Tardy | 8 | 5 | 3 | 6 | 22 |
| Absent | 1 | 1 | 2 | 0 | 4 |

Grade Point Average  1st Sem.: 3.7
G.P.A. for the year: 3.8

**COMMUNITY SERVICE GRADUATION REQUIREMENTS**
100 HOURS REQUIRED

Number of Hours Completed: 0

**Grading Period**
1. Aug 31 – Oct. 29
2. Nov. 1 – Jan. 21
3. Jan. 24 – April 1
4. April 2 – June 10

**Achievement Scale**
A    94-100
A-   90-93
B+   87-89
B    84-86
B-   80-83
C+   77-79
C    74-76
C-   70-73
D+   67-69
D    64-66
D-   60-63
F    59 and below
I    Incomplete

**Effort Scale**
1. Outstanding
2. Good
3. Needs Improvement
4. Unsatisfactory

**EXHIBIT**
MR-5

59



*reg*

# The Lab School of Washington®

4759 Reservoir Road, Northwest • Washington, D.C. 20007 • 202/965-6600
www.labschool.org

SM

Sally L. Smith, Director

## 2005 FINAL REPORT

**NAME: MELISSA ROSE ROARK          DOB: SEPTEMBER 23, 1990
JUNE 2005**

**ENGLISH 9                          CARRIE GREYNOLDS**

English 9 is a literature-based curriculum with numerous activities to improve written language skills. The literature was used as a starting point for lessons and discussions to develop comprehension (literal, inferential, and interpretive), vocabulary, and figurative language skills. This year's short stories and novels included "The Lottery" by Shirley Jackson, "A Rose for Emily" by William Faulkner, "The Secret Life of Walter Mitty" by James Thurber, *Of Mice and Men* by John Steinbeck, *To Kill A Mockingbird* by Harper Lee, and *The Old Man and the Sea* by Ernest Hemingway. The literature was also the basis for written language assignments, particularly structured essays. Students were taught to write clearly stated introductions; develop supporting ideas using details, examples and quotes; and write conclusions and clincher statements. The processes of revising and proofreading were emphasized, and each student was responsible for correcting his/her first draft. The mechanics of writing were taught in isolation, as well as within the context of his/her work.

During the course of the school year, Melissa began to write paragraphs from outlines she had made independently. She became adept at distinguishing sentence fragments and run-on sentences in her written work. Melissa also showed progress in developing paragraphs in different ways using details, reasons, and examples from the literature. Through class discussion Melissa was able to more readily identify traits, behaviors, and relationships of characters in literature with 80% accuracy. She also became more skilled at identifying and defining the literal meanings of figurative language. In addition, Melissa made progress in terms of paraphrasing major concepts using supporting text, especially while completing her persuasive essay. While reading, Melissa was able to defend an opinion she had formed about a piece of literature and justify her answers using supporting text. During class discussion she was able to locate specific information in a passage. With guidance, Melissa was able to identify the main idea, be it stated or implied. Melissa actively participated in class, adding insights or asking questions if she

1

Accredited by Middle States Association of Colleges and Schools



EXHIBIT

MR-6

09/27/2005   22:17      2024542270         REGISTRAR'S OFFICE                          PAGE   03/12

was unsure of something.

Conversely, Melissa still had difficulty writing an accurate comparison and contrast paper. She also struggled to identify themes in literature. It was also problematic for her to identify cause/effect relationships. It was difficult for her to use context clues to determine the meaning of figurative language. Melissa was able to memorize the definitions of vocabulary, but was often unable to use the vocabulary appropriately in a sentence. She had trouble using synonyms, antonyms, homonyms, and definitions clues to determine the meanings of words. Even with teacher guidance and help from her language therapist, she still experienced difficulty when writing correctly structured compound and complex sentences that used proper capitalization and punctuation.

It was a pleasure to have Melissa in class this year. She will be missed next year and is wished much success in her new school.

2

61

## ALGEBRA 1                                    MARK MOVERMAN

The curriculum of this algebra I class was similar to that of a typical high school course with the small class size and extra time on tests being the principal accommodations. The text for the class was *Algebra 1* published by McDougal Littell, 2004. Topics covered this year included: a review of order of operations, addition and subtraction of matrices, and solving linear equations. New topics included graphs and different forms of linear equations and inequalities, function notation, linear regression and statistical correlation, systems of equations and inequalities, exponential functions, statistics and probability and an introduction to quadratic functions. Application of these skills in "real life" situations (i.e. word problems) was always stressed. Particular attention was given to the concept of mathematically modeling information. Graphing calculators were incorporated into most of the material as well. Grades were determined by completion of homework and performance on tests, the two weighted equally. Homework credit was contingent upon the student making all necessary corrections to the homework.

Melissa demonstrated interest and motivation to learn throughout the year. She mastered many of the concepts and skills presented as evidenced by fair to good test scores. Melissa seemed to experience a large amount of anxiety surrounding tests and often had trouble remembering concepts and algorithms when under pressure. This was particularly true on the comprehensive semester exam. Therefore, Melissa's test scores should also be seen in the light of significant amounts of prompting during the test as well as extensive tutorial support.

Melissa's homework was of excellent quality and turned in consistently and on time. She always fulfilled her responsibility to check and correct her homework without daily prompting and made a point of catching up on work missed during absences. She always took the initiative to ask the appropriate questions to help her understanding. Melissa's behavior in class was always exemplary. Besides being focused on her own learning, she was cooperative and willing to help or be helped by others.

3

**WORLD GEOGRAPHY**                **DAVID DENNEHY**

World geography was covered during the first semester of the school year. The course
explored the world's environment through five reoccurring geographic themes (location,
place, human/environment interaction, movement, region) as well as other subjects
established in their *World Geography* (Glencoe, National Geographic Society) text book.
Other resources used were current event stories (mainly from the *Washington Post*),
videos, Internet resources, and varying types of maps and graphs.

Students were encouraged to develop a sense of physical and cultural awareness of the
world and events taking place around them, in order to make them better informed and
involved citizens. They also explored geographic features: landforms, climates,
continents, individual countries, cultures, and different geographical issues, using a
hands-on, experiential approach. Some of the class projects included the creation of a
weather board, clocks that displayed time zones from all over the world, and a slide show
presentation of places that students expressed an interest in visiting. Grades were based
on projects, tests and quizzes, homework, class effort, and numerous other alternative
means of assessment.

## DC HISTORY

During the second semester, students studied the history of Washington, D.C. They used
the textbook, *City of Magnificent Intentions,* as their guide and framework while learning
through numerous other resources including videos, current events, class discussions,
field trips, class projects, and other primary sources. The design of the class focused the
students on the history of the people and the government in the region from settlement to
present, and were asked to comprehend how the evolution of societies and social classes
have been affected by geography, ideology, and economics.

The students worked on individual projects that focused on the city's history and
geography, which incorporated their interests in the arts. Projects included creative
writing assignments, a DC-focused history paper, the creation of class posters
representing the Palisades neighborhood and its history, and tourist plaques detailing
information about specific DC landmarks. Toward the end of the year students took a
field trip to the Capitol building, where they received an historic tour of the building
while also getting to see the inter-workings of a Senator's office . Throughout the course,
students practiced and learned varied methods of research and writing, with particular
attention spent on formulating and expressing their own ideas and beliefs about the
different material we covered and the world around them. Grades were based on projects,
tests and quizzes, homework, class effort, and numerous other alternative means of
assessment.

Melissa had a great year in class. She arrived to class everyday with a smile on her face
and was always motivated and ready to learn and work. She never missed a homework
assignment and was always willing to be an active participant in class discussions. She

4

especially excelled when current events were discussed; she would often provide insightful commentary on various subjects that she had reviewed in that morning's paper, which needless to say, was not a habit or trait shared by many of her classmates, and was a great example of Melissa's mature approach to her studies.

Her test scores were strong all year and reinforced her firm comprehension of the material. Throughout the year the class worked on a number of small research projects which culminated with a term paper. Melissa had some difficulty initially with the organization and content of her paper, and to make up for these weaknesses, she took advantage of her organization and doggedness by having her paper reviewed numerous times by her teacher in order to improve on the weak areas and hand in the best product possible.

Throughout the year she also displayed good abstract thinking through her work on various class projects (world time zones and the vacation slide show) and always asked good questions if she was unsure about something.

Melissa presented as confident and comfortable with her abilities as well as her weaknesses and never hesitated to ask for help with complicated directions or writing assignments, for example. She also kept and helped set the pace for the fast-moving class.

5

# PHYSICAL SCIENCE                                    CHRISTINE MOLISHAS

This year's physical science presented an overview of physics. The first topic addressed was the study of electricity and magnetism. The main focus of this unit was on currents, circuits, magnetic poles, magnetic fields and electromagnets. Moving forward, the class examined waves, including longitudinal and transverse waves, wave speed, and standing waves. Students examined the speed of sound, loudness, and reflecting sound, as well as the speed of light, electromagnetic waves, and reflection and refraction. Hands-on activities as well as reading and comprehension of the units being studied were integral to the class.

The class used the textbook *Foundations of Physical Science,* by Tom Hsu, which met the students' needs in terms of reading comprehension. Grading was based on homework, class work, tests and behavior, all equally calculated in the final grade.

Melissa had a great year in science. She was always consistent with her homework and her tests scores were among the highest in the class. Melissa would come to class prepared, with questions to ask to clarify information. She would ask questions during the lesson to help her better understand the information. Whether the tests were multiple choice or matching, Melissa was able to recall information without hesitation. She was very thorough when taking tests to make sure she understood what was being asked.

Melissa was an active participant. She would volunteer to answer questions as well as read new information in class. She was able to participate in class discussions about current events with informed positions and able to debate how she felt about a topic. She was a great debater when it came to listening to someone else's point of view and then countering with her point of view. She is a definite asset to have in any class.

Melissa is wished luck in her future endeavors. Her future continued success is expected.

6

65

## SPANISH I                              YAHEN GASCA LOPEZ

Spanish I is an introduction to the Spanish speaking world. The class embarked upon a multi-disciplinary approach that included grammar, vocabulary, and an introduction to Latin American culture. In this class, students had the opportunity to work both independently and in small groups.

Learning a foreign language is much more than just memorizing grammar rules and vocabulary. Daily activities encouraged each student to think and make observations about Hispanic cultures and how this compares to their own culture. The goal of Spanish I is for students to gain an authentic understanding of the Spanish language and to be introduced to the Latin American world through music, art, and cultural traditions. Specifically, students learned how to: describe family, tell ages, talk about birthdays, give ages, describe school and home life, and express possession.

Students were required to keep a cuaderno, or notebook. The cuaderno was graded on a regular basis for content, organization, and for completed assignments.

Melissa Roark is a student who consistently exceeded class expectations. She was perfectly capable of working both independently and in small groups. She came to class everyday with a positive attitude and a passion for learning Spanish. One of the most memorable attributes that Melissa displayed was her attention to detail. She completed all of her assignments on time, displayed great pride in her work, and was a team player when it came to helping her peers. Melissa's pronunciation of Spanish is excellent. Her teacher is confident that she will exceed in her future Spanish classes.

7

09/27/2005    22:17    2024542270    REGISTRAR'S OFFICE    PAGE    09/12

# DIGITAL PHOTOGRAPHY                     FRANK CAPPELLO

The digital photography curriculum consisted of an introduction to traditional film photography basics, followed by a transition to digital photography. All darkroom work and printing was done in Photoshop using computers with digital writing pads. Each student was allowed ample opportunity to experiment with a variety of photographic tools, media and techniques, commonly used by computer graphics professionals to produce quality photographs. Using Adobe Photoshop, students produced digitally manipulated images imported from scans, digital photographs, drawings or other art. The assignments this year included projects designed to help students develop their organizational skills, coordination, photographic skills and sense of design.

Melissa completed many successful projects in the computer art studio this year. She displayed an active and original visual imagination, and seemed to have a clear personal concept for each assignment. She had a creative and personal approach to managing new techniques and materials, and Melissa's imagination and originality were clearly evident in both the quantity and quality of the results she achieved. Melissa did a wonderful job of building on her previous experience in the computer graphics studio. She seemed to retain many of the skills she acquired last year, and was able to apply those skills in new and creative ways. Melissa was exceptionally productive and focused during class. She was able to understand the assignments very easily, and often completed them quickly and accurately. She always maintained a cheerful and positive attitude, and was eager to try new techniques. Melissa was quick to get on task, and was able to manage long term assignments well.

Melissa was almost always ready and eager to get to work at the start of class and had little difficulty grasping the essential elements of an assigned project from demonstrations and verbal descriptions. Melissa asked few questions, yet most were specific and technical, and she seemed quite secure about making her own creative decisions.

As Melissa's strategies for organizing and problem solving improved, she was allowed more opportunities to set she creative parameters of her assigned projects. She was enthusiastic and deeply invested in her work this year, and showed an intuitive ability to find unique uses for many of the art software tools and filters. Her outstanding focus and productivity allowed her to realize her most ambitious concepts, which in turn challenged her to master new aspects of Photoshop. She was allowed to move on to other outside projects when her assignments were finished early, and encouraged to take extra time when she chose to elaborate on a given assignment. Melissa should be strongly encouraged to draw more, and to further develop her rapidly developing computer graphic skills.

8

**SCULPTURE**                                        **MARK JARVIS**

Students learned the fundamentals of three-dimensional art, including drawing, design, color and the mechanics involved in the construction of group sculpture project. These projects focused on improvising materials, visualizing sculpture in commonly found objects, and problem solving. This required learning to work with others in completing site specific sculptures for the high school. Students began a study of the human figure and portrait sculpture in clay and presented their completed work in an end of the year show.

| Skill | Skill Level | | | | |
|---|---|---|---|---|---|
| | Low | | | | High |
| | 1 | 2 | 3 | 4 | 5 |
| Attendance | | | X | | |
| Promptness | | | X | | |
| Alertness, attentiveness, focus in class | | | | X | |
| Organizational skills | | | | X | |
| Preparation | | | | X | |
| Effort | | | | X | |
| Motivation | | | | X | |
| Consistency | | | | X | |
| Behavior | | | | | X |
| Politeness | | | | | X |
| Cooperation | | | | | X |
| Contributed to class critiques | | | | X | |
| Advocated for self clearly | | | | X | |
| Asked questions when necessary | | | | X | |
| Maintained a positive attitude and outlook | | | | X | |
| Showed enthusiasm | | | | X | |
| Showed academic commitment | | | X | | |
| Showed interest in subject matter | | | | X | |
| Showed intellectual curiosity | | | | X | |
| Was open-minded and receptive to new ideas | | | | X | |
| Demonstrated ability to retain and utilize new techniques in art | | | | X | |
| Took care in presentation of his/her work | | | | X | |
| Demonstrated understanding of safe use of tools and materials | | | | X | |

9

Melissa Roark

## PHYSICAL EDUCATION                    ANGELO CARMINA

The High School Physical Education program focused on developing a sense of interdependence and cooperation, as well as such fine and gross motor skills as eye-hand and eye-foot coordination. The students were also taught to develop auditory processing skilled both by following directions and though active participation.

2004-2005 Sports Units and Games

FOOTBALL SOCCER NEW GAMES BASKETBALL SOFTBALL TENNIS VOLLEYBALL SWIMMING

PHYSICAL DEVELOPMENT AND MOTOR SKILLS
KEY:
1. area of difficulty-needs continued remediation
2. shows moderate development in this area-but needs remediation
3. needs occasional review to maintain efficiency
4. is an area of relative strength for this student
5. the student excels in this area

4 cardiovascular endurance        4 balance
4 coordinated body movement       4 eye-hand coordination
4 spatial awareness               4 left/right differentiation
4 eye-foot coordination           4 knowledge/application of rules
4 skill development               4 skill knowledge

SOCIAL DEVELOPMENT

KEY: E=EXCELS G=GOOD NI=NEEDS IMPROVEMENT

E Motivation                      E attentiveness
E Cooperation                     E Interaction with peers
E Attitude                        E Self-image
E Effort                          E Preparation
E Participation                   E Ability to follow directions
E Student-Teacher interaction

10



# The Lab School of Washington®

**4759 Reservoir Road, Northwest • Washington, D.C. 20007 • 202/965-6600**
**www.labschool.org**

Sally L. Smith, Director

Client: Melissa Roark          DOB: 9/23/90          January 2005
Tutor: Desdra E. Horwitz

Melissa Roark is a ninth grade student at The Lab School of Washington in Washington, DC. Tutoring sessions to prepare her for the SSAT on January 8, 2005 were based on the 2005 edition of The Princeton Review, Cracking the SSAT. Tutoring sessions were scheduled for one, two or three times per week for one hour. The goal was to complete all pertinent sections in vocabulary, verbal, math, and writing of The Princeton Review. This included test-taking techniques for the SSAT. In addition, the SSAT required an essay that would be sent to school admissions officers.

Initially, I created a study plan for Melissa that took into account her daily schoolwork. Learning to use her limited time efficiently was an ongoing process that she took an active role in devising. While homework had priority, Melissa had to devote time daily to studying for the SSAT. An added push at covering test material was necessary on the weekends. Melissa was very self-directed and conscientious about completing the work I assigned.

Index cards were used for studying vocabulary words. A word was written on the front of the card, while the back of the card had the definition. Melissa was to accurately use the word in a complete sentence. Together we used a dictionary and a thesaurus to review vocabulary words. Throughout the week, Melissa would study new words, while reviewing words she'd already mastered.

Studying the verbal and math sections required Melissa to complete the Drills, after we had discussed the material. This gave me an opportunity to clarify any confusing concepts. She was able to check her own work by using the SSAT Answer Key. When there were incorrect answers, we reviewed the material. I requested that Melissa's algebra tutor, help her with the algebra problems.

Writing the essay was the most challenging activity for Melissa. I emphasized the importance of the "prompt" and of planning the essay, itself. Special attention was given to the fundamentals of writing a paragraph with a topic sentence, details, and a concluding sentence. It was helpful for Melissa to "brainstorm" ideas with me before writing. Some of the essays written during a tutoring session were timed for practice purposes. Over time, Melissa demonstrated a better understanding of how to write an effective essay.

Tutoring Melissa for the SSAT was a rewarding experience for me. She was self-motivated, attentive, and tenacious. Her diligent efforts should be applauded. I wish Melissa much success in all her endeavors.



EXHIBIT
MR-7

7

Accredited by Middle States Association of Colleges and Schools



# The Lab School of Washington®

4759 Reservoir Road, Northwest • Washington, D.C. 20007 • 202/965-6600
www.labschool.org

Sally L. Smith, Director

## ANNUAL SPEECH AND LANGUAGE PROGRESS REPORT

| | |
|---|---|
| Name: | Melissa Rose Roark |
| Date of Birth: | 09/23/90 |
| Date of Report: | 11/04 |
| Chronological Age: | 14-2 |
| Clinician: | Amanda Corbin, M.A., CCC-SLP |

Melissa is a ninth grade student at The Lab School of Washington and has been receiving speech and language services throughout the current school year. The purpose of this report is to document her current speech-language profile, to identify areas of linguistic strength and need, and to determine candidacy for continued intervention. Melissa was engaged in formal testing at the beginning of the school year to update her speech and language profile.

The *Peabody Picture Vocabulary Test-Third Edition (PPVT-III)*, Form B, was administered to assess receptive semantic skills on a one-word level by asking the student to point to one picture in four that best matched a word spoken by the examiner. Results follow:

Date: 9/05/04

| Standard Score (100 = average): | Percentile: |
|---|---|
| 100 | 50 |

The *Expressive Vocabulary Test (EVT)* was administered to assess ability to provide synonyms for words. Results follow:

Date: 9/05/04

| Standard Score (100 = average): | Percentile: |
|---|---|
| 105 | 63 |



EXHIBIT
MR-8

Accredited by Middle States Association of Colleges and Schools

**ANNUAL SPEECH AND LANGUAGE PROGRESS REPORT**
Melissa Rose Roark                                                           11/04

The *Test of Language Competence-Expanded Edition (TLC-E)*, Level 2, was administered to assess metalinguistic strategies used in understanding and expressing contextual linguistic meaning. Results follow:

Date: 9/05/04

| Subtest | Standard Score (10 = average) | Percentile |
|---|---|---|
| Ambiguous Sentences | 11 | 63 |
| Listening Comprehension: Making Inferences | 15 | 95 |
| Oral Expression: Recreating Sentences | 10 | 50 |
| Figurative Language | 10 | 50 |
| Composite Summary | Standard Score (100 = average) | Percentile |
| Expressing Intents | 103 | 58 |
| Interpreting Intents | 115 | 84 |
| *TLC-E* Composite | 110 | 75 |

One subtest of the *Clinical Evaluation of Language Fundamentals-Fourth Edition (CELF-4)* was administered to assess understanding of spoken paragraphs.

The following subtest was administered:

Date:9/05/04

| Subtest | Scaled Score (10 is average) | Percentile |
|---|---|---|
| Understanding Spoken Paragraphs | 10 | 50 |

2

# ANNUAL SPEECH AND LANGUAGE PROGRESS REPORT
Melissa Rose Roark                                                                11/04

The *Gray Silent Reading Tests (GSRT)*, Form B, were administered to assess silent reading comprehension abilities. Results follow:

Date:9/05/04

| Subtest | Standard Score (100 = average) | Percentile |
|---|---|---|
| Silent Reading Quotient | 117 | 87 |

The *Test of Word Reading Efficiency (TOWRE)*, Form A, was administered in order to assess the student's ability to pronounce printed words accurately and fluently. This test measures the ability to sound out words quickly and accurately and also investigates the ability to recognize familiar words as whole units or sight words. Results follow:

Date: 9/05/04

| Subtest | Standard Score (100 = average) | Percentile |
|---|---|---|
| Sight Word Efficiency | 99 | 48 |
| Phonemic Decoding Efficiency | 117 | 87 |
| Total Word Reading Efficiency | 110 | 74 |

The *Test of Written Language-3 (TOWL-3)*, Contrived and Spontaneous Writing subtests, Form A, were administered to assess semantic, syntactic, phonologic, and pragmatic skills in spontaneous and contrived written language. Results follow:

Date: 9/07/04

| Subtest | Standard Score (10 = average) | Percentile |
|---|---|---|
| Vocabulary | 11 | 63 |
| Spelling | 13 | 84 |
| Style | 13 | 84 |
| Logical Sentences | 12 | 75 |

**ANNUAL SPEECH AND LANGUAGE PROGRESS REPORT**
Melissa Rose Roark                                                                11/04

| Subtest | Standard Score (10 = average) | Percentile |
|---|---|---|
| Sentence Combining | 12 | 75 |
| Contextual Conventions | 10 | 50 |
| Contextual Language | 12 | 75 |
| Story Construction | 10 | 50 |
| **Composite Score:** | **Quotient: (100 = average)** | |
| Contrived Writing | 115 | 61 |
| Spontaneous Writing | 104 | 32 |

The *Test of Written Spelling-4 (TWS-4)*, Form B, was administered to assess ability to spell words. Results follow:

Date: 9/04

| Standard Score (100 = average) | Percentile |
|---|---|
| 125 | 95 |

Based on assessment results, Melissa demonstrated marked improvement in all areas of language. Articulation, voice, and fluency were judged to be within normal limits. Melissa also demonstrated adequate auditory processing skills, as she was able to retain and recall information presented orally in order to answer given questions. Linguistic strengths were evident in Melissa's overall receptive and expressive oral language, including semantic skills, oral language formulation and organization, and understanding of figurative language. When comparing results to previous testing, most notable improvement was noted in Melissa's ability to identify plausible inferences within a structured task. In addition, strengths were apparent in oral decoding, reading comprehension, and encoding skills. Despite historical weaknesses in written language, Melissa's recent performance on standardized testing suggested skills within the average range given her age and cognitive abilities. Qualitative analysis of Melissa's written work, however, revealed difficulty in her ability to effectively expand upon her ideas in writing. In addition, punctuation errors and awkward sentence structures were noted in her writing sample.

Melissa is an active participant both in the classroom and during therapy sessions. Although her verbal fluency is occasionally compromised by difficulties organizing and formulating her ideas,

4

# ANNUAL SPEECH AND LANGUAGE PROGRESS REPORT
Melissa Rose Roark                                                                                              11/04
_____

overall strengths in receptive and expressive oral language allow Melissa to successfully participate in discussions and follow directions within the classroom environment. Despite adequate performance on formal assessment measures, Melissa's writing skills are noted to break down within the context of academic writing assignments. While she performs well in highly-structured isolated tasks, she has difficulty consistently transferring the skills to her contextual-level written work. She often independently seeks assistance with written language assignments, particularly in terms of organization, brainstorming, and editing written work. Although Melissa has very good ideas and attempts to develop them, the semantic-syntactic integration demands compromise her ability to express them clearly in her written work, as awkward sentence structures are often apparent in her writing samples. In addition, using language to incorporate higher-level analysis into her written work is also challenging, as is appropriately including adequate, relevant details. As Melissa is an immensely creative and insightful student, she benefits from the use of graphic organizers (i.e., maps, outlines) to aid in organization and expansion of ideas during the writing process. Finally, although she is often able to independently identify errors, Melissa frequently requires assistance to correct syntactic, semantic, and punctuation errors.

Melissa is a kind, motivated young woman with whom it has been a pleasure to work. Melissa's IEP is updated on a quarterly basis. Please refer to the IEP for the current academic year for a review of progress notations.

**Impressions/Recommendations:** Melissa's linguistic profile remains consistent with a diagnosis of Specific Written Expression Disorder (ICD-9: 315.2). It is recommended that Melissa continue to receive speech and language therapy at the frequency of one, 45-minute individual session per week. Auditory memory/processing and expressive oral language will be monitored and addressed on a situational basis. In addition, integrated services will continue to be provided to ensure maintenance and transfer of targeted skills to classroom and social settings.


*Amanda Corbin (le)*
Amanda Corbin, M.A., CCC-SLP
Speech-Language Pathologist

5

75

**THE LAB SCHOOL OF WASHINGTON**
**SPEECH-LANGUAGE PATHOLOGY DEPARTMENT**


**Test Score Summary of Most Recent Formal Speech-Language Assessment**


Name:       Melissa Roark
Evaluator:  Uretta Gardner, M.S., CCC-SLP

The *Peabody Picture Vocabulary Test-Third Edition (PPVT-III)*, Form B, was administered to assess receptive semantic skills on a one-word level by asking the student to point to one picture in four that best matched a word spoken by the examiner. Results follow:

Date: 9/05/04

| Standard Score (100 = average): | Percentile: |
|---|---|
| 100 | 50 |

The *Expressive Vocabulary Test (EVT)* was administered to assess ability to provide synonyms for words. Results follow:

Date: 9/05/04

| Standard Score (100 = average): | Percentile: |
|---|---|
| 105 | 63 |

76

**TEST SCORE SUMMARY**
**OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT**
Melissa Roark

The *Test of Language Competence-Expanded Edition (TLC-E)*, Level 2, was administered to assess metalinguistic strategies used in understanding and expressing contextual linguistic meaning. Results follow:

Date: 9/05/04

| Subtest: | Standard Score: (10 = average) | Percentile: |
|---|---|---|
| Ambiguous Sentences | 11 | 63 |
| Listening Comprehension: Making Inferences | 15 | 95 |
| Oral Expression: Recreating Sentences | 10 | 50 |
| Figurative Language | 10 | 50 |
| Composite Summary: | Standard Score: (100 = average) | Percentile: |
| Expressing Intents | 103 | 58 |
| Interpreting Intents | 115 | 84 |
| *TLC-E* Composite | 110 | 75 |

One subtest of the *Clinical Evaluation of Language Fundamentals-Fourth Edition (CELF-4)* was administered to assess understanding of spoken paragraphs.

The following subtest was administered:

Date:9/05/04

| Subtest: | Scaled Score (10 is average): | Percentile: |
|---|---|---|
| Understanding Spoken Paragraphs | 10 | 50 |

2

**TEST SCORE SUMMARY**
**OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT**

Melissa Roark

---

The *Gray Silent Reading Tests (GSRT)*, Form B, were administered to assess silent reading comprehension abilities. Results follow:

Date:9/05/04

| Subtest: | Standard Score: (100 = average) | Percentile: |
|---|---|---|
| Silent Reading Quotient | 117 | 87 |

The *Test of Word Reading Efficiency (TOWRE)*, Form A, was administered in order to assess the student's ability to pronounce printed words accurately and fluently. This test measures the ability to sound out words quickly and accurately and also investigates the ability to recognize familiar words as whole units or sight words. Results follow:

Date: 9/05/04

| Subtest: | Standard Score: (100 = average) | Percentile: |
|---|---|---|
| Sight Word Efficiency | 99 | 48 |
| Phonemic Decoding Efficiency | 117 | 87 |
| Total Word Reading Efficiency | 110 | 74 |

3

78

## TEST SCORE SUMMARY
## OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT
Melissa Roark

The *Test of Written Language-3 (TOWL-3)*, Contrived and Spontaneous Writing subtests, Form A, were administered to assess semantic, syntactic, phonologic, and pragmatic skills in spontaneous and contrived written language. Results follow:

Date: 9/07/04

| Subtest: | Standard Score (10 = average) | Percentile: |
|---|---|---|
| Vocabulary | 11 | 63 |
| Spelling | 13 | 84 |
| Style | 13 | 84 |
| Logical Sentences | 12 | 75 |
| Sentence Combining | 12 | 75 |
| Contextual Conventions | 10 | 50 |
| Contextual Language | 12 | 75 |
| Story Construction | 10 | 50 |
| Composite Score: | Quotient: (100 = average) | |
| Contrived Writing | 115 | 61 |
| Spontaneous Writing | 104 | 32 |

The *Test of Written Spelling-4 (TWS-4)*, Form B, was administered to assess ability to spell words. Results follow:

Date: 9/04

| Standard Score (100 = average) | Percentile: |
|---|---|
| 125 | 95 |

For a more in-depth description of the student's speech and language profile, please refer to the current Annual Report. For an in-depth explanation of the test results, please consult with the student's evaluating clinician.

4



# The Lab School of Washington®

4759 Reservoir Road, Northwest • Washington, D.C. 20007 • 202/965-6600
www.labschool.org

Sally L. Smith, Director **Individual and Group Psychotherapy Progress Report**

Melissa Roark
D.C. Funded
February 2005

Melissa, a freshman at The Lab School of Washington, is currently receiving once weekly individual and group psychotherapy services.

Although Melissa is new to the high school program, she has worked individually with this clinician for many years. By all accounts, she has made the transition with relative ease. Melissa has not felt overwhelmed by the change, she has been doing well academically, been a member of a sports team, and has a few friends as well. In the individual sessions, Melissa remains quite committed. She always arrives promptly to the sessions and is ready and willing to talk. Prominent themes thus far have included peer and family relationships, academics, and her desire for more independence.

Melissa has been participating in a small weekly therapy group led by Sandra Kasper, Ph.D. The group is composed of four other high school girls who have similar issues and concerns. Although Melissa is quite familiar with all of the group members, this is the first time that she has worked with three of the members and the therapist. Melissa is well liked and active in the group. She appears comfortable sharing her thoughts and feelings with the group and has discussed a variety of issues, including academic conflicts and family relationships. Although Melissa is good at sharing her thoughts, she sometimes has difficulty including other members into the group discussion. Occasionally, she appears so caught up in sharing her thoughts with one particular group member, that she neglects to attend to the other group members and they can feel somewhat excluded.

Although Melissa has done quite well this year, she remains a teen at risk for anxiety, feelings of isolation, and relatively poor coping strategies when faced with stress. She and her family have concerns about being pulled numerous times for psychotherapy services so they have requested that she not receive group psychotherapy next year. Thus, for the remainder of the 2004-2005 year, it is recommended that Melissa receive once weekly individual and group psychotherapy. However, for the 2005-2006 academic year, it is recommended that she only receive once weekly individual psychotherapy services.

Victoria P. Erat, Ph.D.
Clinical Psychologist, D.C. License #1683



EXHIBIT

MR-9

8



# SSAT SECONDARY SCHOOL ADMISSION TEST SCORE REPORT

| 01/08/2005 | 3376 | Upper | 9 | F | 09/23/90 | 567016444 |
|---|---|---|---|---|---|---|
| Test Date | Test Center | Test Level | Grade | Sex | Birth Date | Registration # |

## Your SSAT Scores

Upper Level Score Range : 250-350

|  | SSAT Score | Personal Score Range | SSAT Percentile |
|---|---|---|---|
| Verbal | 288 | 281 - 295 | 20 % |
| Math | 285 | 278 - 292 | 11 % |
| Reading | 304 | 297 - 311 | 59 % |
| Total | 877 | NA | 23 % |

MELISSA R ROARK
3215 OLIVER ST NW
WASHINGTON, DC 20013
USA

www.ssat.org Login ID: 2JRZBXD

## What Does My Score Mean, and Why Do I Have a Personal Score Range?

Your scores are calculated by adding one point for each correct answer, zero points for each omitted question, and by subtracting one-quarter of one point for each incorrect answer or question with more than one answer marked.

Independent schools vary in their approach to using test scores in the application process for admission. You are welcome to contact the schools of interest to you to learn how they use the SSAT.

Since no standardized test score can exactly represent a student's ability in a particular area, we provide a personal score range. If a student takes different editions of the SSAT within a short period of time, it's likely that scores may vary but will nearly always fall within the student's personal score range.

## What Does My SSAT Percentile Mean?

Your SSAT percentile is a score between 1 and 99. Your score compares your performance on the test to the performances of the other students of the same grade and gender who have taken the SSAT within the past three years. For example, if seventh-grader Sue Smith received a 65 SSAT percentile, she did as well as or better than 65% of the other 7th grade girls who took the SSAT in the past three years.

If you are concerned that your percentiles are lower than you have earned on other tests, please remember that SSAT test takers are members of a small and highly competitive group of students who plan to attend some of the world's best independent schools. You should not be discouraged by what seems to be a lower score than you usually attain on standardized testing. Below is the average SSAT score received by a student of your grade and gender.

| Average Grade | Verbal | Math | Reading |
|---|---|---|---|
| Grade 9 Female | 306 | 310 | 298 |

## Test Question Breakdown

**Verbal**
Questions testing your knowledge of words (synonyms) and your ability to relate ideas (analogies).

**Math**
Questions testing your knowledge of number properties and relationships, basic computation, elementary concepts of equivalences, geometry, measurement, and interpretation of charts/graphs.

**Reading**
Questions regarding the main idea and supporting details of a passage or requiring higher order skills, such as deriving the meaning of words from context, extracting the meaning of a passage, or interpreting an author's logic, attitude and tone.

Number of Questions

|  | Right | Wrong | Omitted |
|---|---|---|---|
| Synonyms | 12 | 14 | 4 |
| Analogies | 13 | 16 | 1 |
| Number Concepts & Operations | 6 | 17 | 0 |
| Algebra, Geometry & Other Math | 14 | 12 | 1 |
| Main Idea | 15 | 6 | 0 |
| Higher Order | 13 | 6 | 0 |

## Predicted Range of Grade 12 SAT I Scores
Provided for students in grades 7-10 only.

Using score data from students who took the SSAT and later took the SAT in 12th grade, we calculate a range within which you will likely score when you take the SAT as a high school senior. This range is based on the SAT 1995 recentered scale and is intended simply to help you focus on your strengths and weaknesses as you prepare to take the SAT in the future.

| SAT - Verbal Predicted Range | SAT - Math Predicted Range |
|---|---|
| 430 - 550 | 450 - 550 |

This calculation is not validated nor approved by the College Board, which owns the trademark "SAT."

## Estimated National Percentile
Provided for students in grades 5-9 only.

The National Percentile, an estimated rank, compares your score to a hypothetical pool of all students in your grade level across the U.S. The national percentile rank is generally higher than the SSAT percentile rank, as test-takers are compared with a wide group of students from varying backgrounds, not just those who have taken the SSAT.

| Estimated National | Verbal | Math | Reading |
|---|---|---|---|
| Percentile | 67% | 71% | 89% |

EXHIBIT
MR-10
8

*PARENTS*

# The Lab School of Washington
## Individualized Education Program

**Student ID: 9070087**
**Student Name: Melissa Roark**

**Student Data / Cover Sheet**

**IEP Date: 3/10/2005**

---

## I. IDENTIFICATION INFORMATION

**Student**   **Last:** Roark   **First:** Melissa   **Middle:** Rose   **DOB:** 9/23/1990   **Age:** 14:6   **Gender:** Female

**Student ID:** 9070087   **Ethnic Group:** 5

**Division:** High School   **Attending School:** Lab School of Washington   **Home School:**

**Address**   **Street:** 3215 Oliver Street, NW   **City:** Washington   **State:** DC   **Zip Code:** 20015

**Parent(s)**   **Name:** Robert Roark & Abby Arnold   **Relationship:** Parents

**Phone**   **Home:** 202-966-5611   **Work:** 703-269-2426   **Other:** 202-486-6350

## II. CURRENT INFORMATION

**Date of IEP Meeting:** 3/10/2005   **Last IEP Meeting Date:** 5/26/2004   **Most Recent Eligibility Decision Date:** 5/24/2003

**Purpose of IEP Conference:**   Initial IEP: ☐   IEP Review: ☑   Requested Evaluation: ☐   Triennial Evaluation: ☐

**Addenda to be Attached:**   Transport: ☑   Transition: ☑   ESY: ☐   Behavior: ☐

**Level of Standardized Assessment:** III

## III. LANGUAGE

| | Language For Evaluation | Language Used in Conference | Language Used Requirements | Communication | |
|---|---|---|---|---|---|
| **Student** | English | English | English | English | **Oral:** _____ |
| **Parent** | English | English | English | English | **Rdg./Written:** _____ |
| | | | | | **Instrument:** _____ |
| | | | | | **Date:** _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| Service | Provider | Setting | Time | Type | Freq. | Duration |
|---|---|---|---|---|---|---|
| Special Education | Special Ed. Teacher | SpEd | 33.5 hrs | Specialized Instruction | per week | 3/10/2005 to 3/10/2006 |
| Speech/Language | Speech/Language Therapist | | | Integrated Services | | 3/10/2005 to 3/10/2006 |
| Occupational Therapy | Occupational Therapist | | | Integrated Services | | 3/10/2005 to 3/10/2006 |
| Speech/Language | Speech/Language Therapist | SpEd | 45 min | Individual | 1 per week | 3/10/2005 to 3/10/2006 |
| Psychological | Clinical Psychologist | SpEd | 45 min | Individual | 1 per week | 3/10/2005 to 3/10/2006 |

**Total Related Services hours per week:** 1.5  (For a minimum of 24 weeks per year)

**Total Specialized Instruction and Related Services hours per week:** 35

EXHIBIT
MR-11

2

## V. DISABILITY(IES)

Specific Learning Disability

**Percent of time in Specialized Instruction and Related Services**

61 - 100%

☐ (Check if setting is General Ed.)

**Percent of time NOT in Regular Education Setting:** 100%

## VI. IEP TEAM (Participants in the development of the IEP) Print and sign your name below

| Print | Sign | Print | Sign |
|-------|------|-------|------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

____ I AGREE with the contents of the IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parental rights pertaining to special education.

PARENT/GUARDIAN SIGNATURE _____ DATE
_____

83

3/8/2005

COMPUSCORE VERSION 1.1b
SCORE REPORT

Name: Roark, Melissa                     Organization: Lab School of Washington
Date of Birth: 09/23/1990                Department: High School
Age: 14 years, 5 months                  Grade: 9.6
Sex: Female
Date of Testing: 03/07/2005              Examiner: Kirkpatrick

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*
Norms based on age 14-5

| CLUSTER/Test | RAW | AE | EASY | to DIFF | RPI | PR | SS(68% BAND) |
|---|---|---|---|---|---|---|---|
| TOTAL ACHIEVEMENT | – | 19 | 16-0 | >22 | 98/90 | 89 | 119 (117-120) |
| BROAD READING | – | 22 | 18-8 | >23 | 100/90 | 93 | 122 (120-125) |
| BROAD MATH | – | 15-1 | 12-9 | 18-11 | 92/90 | 57 | 103 (100-105) |
| BROAD WRITTEN LANG | – | >22 | 16-1 | >22 | 98/90 | 92 | 121 (117-125) |
| BASIC READING SKILLS | – | >21 | 17-11 | >21 | 99/90 | 93 | 122 (117-128) |
| MATH CALC SKILLS | – | 15-8 | 12-10 | >21 | 93/90 | 63 | 105 (101-109) |
| WRITTEN EXPRESSION | – | >21 | 13-10 | >21 | 96/90 | 82 | 114 (108-120) |
| ACADEMIC SKILLS | – | 19 | 16-7 | >22 | 99/90 | 93 | 122 (118-126) |
| ACADEMIC FLUENCY | – | >23 | 18-5 | >23 | 100/90 | 90 | 119 (118-121) |
| ACADEMIC APPS | – | 15-0 | 12-0 | 21 | 91/90 | 55 | 102 (98-106) |
| ACADEMIC KNOWLEDGE | – | 22 | 17-2 | >35 | 99/90 | 88 | 118 (113-122) |

Form A of the following achievement tests was administered:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 71 | 20 | 17-7 | >22 | 99/90 | 90 | 120 (115-125) |
| Reading Fluency | 85 | >23 | >23 | >23 | 100/90 | 96 | 126 (124-128) |
| Calculation | 27 | 16-1 | 13-6 | 20 | 95/90 | 64 | 106 (101-110) |
| Math Fluency | 104 | 15-0 | 11-10 | >24 | 91/90 | 55 | 102 (100-104) |
| Spelling | 51 | 21 | 18-7 | >22 | 99/90 | 94 | 124 (119-128) |
| Writing Fluency | 28 | >20 | 15-5 | >20 | 98/90 | 81 | 113 (108-119) |
| Passage Comprehension | 36 | 15-3 | 11-7 | 26 | 92/90 | 55 | 102 (96-108) |
| Applied Problems | 45 | 14-4 | 12-8 | 16-9 | 90/90 | 49 | 100 (97-102) |
| Writing Samples | 16-D | 17-5 | 10-4 | >23 | 93/90 | 70 | 108 (98-118) |
| Word Attack | 31 | >21 | 18-8 | >21 | 99/90 | 91 | 120 (110-129) |
| Academic Knowledge | – | 22 | 17-2 | >35 | 99/90 | 88 | 118 (113-122) |

*handwritten:*
80-90 lnway
90-110 avg
110-120 hiavg
120-1?? - sup

+ 110 slight
+ 102 avg. range

84

### THE LAB SCHOOL OF WASHINGTON
### SPEECH-LANGUAGE PATHOLOGY DEPARTMENT

**Test Score Summary of Most Recent Formal Speech-Language Assessment**

Name:       Melissa Roark
Evaluator:  Uretta Gardner, M.S., CCC-SLP

The *Peabody Picture Vocabulary Test-Third Edition (PPVT-III)*, Form B, was administered to assess receptive semantic skills on a one-word level by asking the student to point to one picture in four that best matched a word spoken by the examiner. Results follow:

Date: 9/05/04

| Standard Score (100 = average): | Percentile: |
|---|---|
| 100 | 50 |

The *Expressive Vocabulary Test (EVT)* was administered to assess ability to provide synonyms for words. Results follow:

Date: 9/05/04

| Standard Score (100 = average): | Percentile: |
|---|---|
| 105 | 63 |

85

# TEST SCORE SUMMARY
## OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT

Melissa Roark

The *Test of Language Competence-Expanded Edition (TLC-E)*, Level 2, was administered to assess metalinguistic strategies used in understanding and expressing contextual linguistic meaning. Results follow:

Date: 9/05/04

| Subtest: | Standard Score: (10 = average) | Percentile: |
|---|---|---|
| Ambiguous Sentences | 11 | 63 |
| Listening Comprehension: Making Inferences | 15 | 95 |
| Oral Expression: Recreating Sentences | 10 | 50 |
| Figurative Language | 10 | 50 |
| **Composite Summary:** | **Standard Score: (100 = average)** | **Percentile:** |
| Expressing Intents | 103 | 58 |
| Interpreting Intents | 115 | 84 |
| *TLC-E* Composite | 110 | 75 |

One subtest of the *Clinical Evaluation of Language Fundamentals-Fourth Edition (CELF-4)* was administered to assess understanding of spoken paragraphs.

The following subtest was administered:

Date:9/05/04

| Subtest: | Scaled Score (10 is average): | Percentile: |
|---|---|---|
| Understanding Spoken Paragraphs | 10 | 50 |

2

86

*3d*

**TEST SCORE SUMMARY**
**OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT**

Melissa Roark

The *Gray Silent Reading Tests (GSRT)*, Form B, were administered to assess silent reading comprehension abilities. Results follow:

Date: 9/05/04

| Subtest: | Standard Score: (100 = average) | Percentile: |
|---|---|---|
| Silent Reading Quotient | 117 | 87 |

The *Test of Word Reading Efficiency (TOWRE)*, Form A, was administered in order to assess the student's ability to pronounce printed words accurately and fluently. This test measures the ability to sound out words quickly and accurately and also investigates the ability to recognize familiar words as whole units or sight words. Results follow:

Date: 9/05/04

| Subtest: | Standard Score: (100 = average) | Percentile: |
|---|---|---|
| Sight Word Efficiency | 99 | 48 |
| Phonemic Decoding Efficiency | 117 | 87 |
| Total Word Reading Efficiency | 110 | 74 |

3

87

3e

# TEST SCORE SUMMARY
## OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT
Melissa Roark

The *Test of Written Language-3 (TOWL-3)*, Contrived and Spontaneous Writing subtests, Form A, were administered to assess semantic, syntactic, phonologic, and pragmatic skills in spontaneous and contrived written language.  Results follow:

Date: 9/07/04

| Subtest: | Standard Score: (10 = average) | Percentile: |
|---|---|---|
| Vocabulary | 11 | 63 |
| Spelling | 13 | 84 |
| Style | 13 | 84 |
| Logical Sentences | 12 | 75 |
| Sentence Combining | 12 | 75 |
| Contextual Conventions | 10 | 50 |
| Contextual Language | 12 | 75 |
| Story Construction | 10 | 50 |
| **Composite Score:** | **Quotient: (100 = average)** | |
| Contrived Writing | 115 | 61 |
| Spontaneous Writing | 104 | 32 |

The *Test of Written Spelling-4 (TWS-4)*, Form B, was administered to assess ability to spell words.  Results follow:

Date: 9/04

| Standard Score (100 = average): | Percentile: |
|---|---|
| 125 | 95 |

For a more in-depth description of the student's speech and language profile, please refer to the current Annual Report.  For an in-depth explanation of the test results, please consult with the student's evaluating clinician.

4

88

3f



Sally L. Smith, Director

# The Lab School of Washington®
**4759 Reservoir Road, Northwest • Washington, D.C. 20007 • 202/965-6600**
**www.labschool.org**

## OCCUPATIONAL THERAPY TEST SCORE SUMMARY
### March 2005

**Name: Melissa Rose Roark**
**Date of Birth: 9/23/1990**
**Age: 14 years, 6 months**
**Clinician: Meredith Hanley, MOT, OTR/L**
**Jurisdiction: DCPS**

**Date of Test:**             **The Purdue Pegboard Test**

|  | Standard Deviation Score | Description of Performance |
|---|---|---|
| Right Hand: | 0.76 | Average |
| Left Hand: | -1.3 | Below Average |
| Both Hands: | -1.4 | Below Average |
| Assembly Task: | -0.42 | Average |

Standard Deviation Scores between -1.0 and +1.0 are considered average

**Date of Test: 2-2-2005     Rey-Osterrieth Complex Figure Test**

|  | Standard Deviations: | Performance: |
|---|---|---|
| Copy: | -1.11 | Below Average |
| Delayed Recall: | +0.04 | Average |

Standard Deviation Scores between -1.0 and +1.0 are considered average.

**Date of Test: 1-26-2005     Motor Free Visual Perception Test - Third Edition (MVPT-3)**

| Standard Score: | Percentile Rank: | Performance: |
|---|---|---|
| 82 | 11th | Below Average |

Standard Scores between 90 and 109 are considered average.

2004-2005 OT Report
Roark-DCPS

4

89

39

Keyboarding – non-standardized

|  | Words per minute (7 letters per word) | Accuracy |
|---|---|---|
| Near point copying | 15-16 wpm | 2 errors |
| *Typing Instructor* software program | 48 wpm | 100% |

# The Lab School of Washington
## Individualized Education Program

Student ID: 9070087
Student Name: **Melissa Roark**      **Current Levels of Functioning**      IEP Date: 3/10/2005

## Current Levels of Functioning

**Area:** Language Arts

**Instructional Level:**

**Strengths:**

**Weaknesses:**

Effectively uses the computer to write work
Effectively uses the computer to edit work
Able to communicate basic thoughts and ideas
Asks for help/clarification
Actively participates in class
Completes class assignments
Completes homework
Follows oral directions
Follows written directions
Works independently
Effectively uses time management strategies
Incorporates teacher/peer feedback
Uses intrinsic motivators
Monitors own progress
Monitors self for comprehension

Does not communicate inferential thinking
Limited detail in written work
Does not proofread work without teacher prompts
Does not maintain appropriate language for formal essays

**Impact Statement:** Weaknesses in reading affect Melissa's ability to successfully read literature and content area material to acquire new information in the general education curriculum. Weaknesses in writing impact her ability to acquire effective writing skills to successfully complete daily written assignments (paragraphs, essays, reports, journals, research papers) in the general education curriculum.

---

**Area:** Math

**Instructional Level:**

**Strengths:**

**Weaknesses:**

Completes classwork/homework
Learns through one-on-one instruction
Learns through small class size
Learns through visual methods

Weak in the use of tools and measurement skills
Weak problem-solving skills in math
Weak sequencing skills
Weak visual interpretation of diagrams and pictures

**Impact Statement:** These weaknesses affect student's ability to acquire math calculation and problem solving skills and to successfully use these skills to complete assignments in the general education curriculum.

---

**Area:** Social Behavioral

**Evaluator:** Clinical Social Worker

**Strengths:**

**Weaknesses:**

Motivated to learn
Respectful
Is friendly

Demanding of self
Difficulty adapting to change
Lacks confidence in own abilities

91

3/8/2005

Is prepared for class with a    opriate            Prone to anxiety
materials

**Impact Statement:** These weaknesses affect student's ability to engage in the learning
process by not maintaining attention in the classroom, organizing materials and
information, using effective study skills, & developing relationships.

---

**Area:** Speech/Language

**Evaluator:** Speech/Language Therapist

**Strengths:**

**Weaknesses:**

Relative Strengths are noted in the
following areas:
phonological awareness as applied to reading
and spelling
reading comprehension
receptive oral language
semantics
social pragmatics

Relative Weaknesses are noted in the
following areas:
semantic-syntactic integration
written language
monitor: auditory memory/processing,
expressive oral language

**Impact Statement:** These weaknesses compromise functioning in the general education
curriculum in the following ways:
difficulty independently completing grade-level writing assignments

---

**Area:** Psychological Services

**Evaluator:** Clinical Psychologist

**Strengths:**

**Weaknesses:**

**Impact Statement:** Melissa still struggles with anxiety and the tendency to use
ineffective coping strategies which then makes it harder for her to effectively function
in the general educational curriculum.

---

92

3/8/2005

## The Lab School of Washington
## Individualized Education Program

**Student ID: 9070087**
**Student Name: Melissa Roark**          **Student Goals and Objectives**          **IEP Date: 3/10/2005**

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio   Test   Other:  informal observation

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## LANGUAGE ARTS

### STRATEGIES

- The writing process
- Graphic Organizers
- Literature-based critical thinking
- Models and examples
- Daily Planner
- Read Aloud to Students
- Summarizing main points of lecture
- Multi-sensory approach
- Semantic mapping
- Brainstorming
- Paraphrasing
- Library
- Electronic text reader

- Storyboarding
- Word Processing
- Critical thinking skills
- Guided Practice
- Homework reinforcement
- Repetition and Review
- Editing Skills
- Structural analysis approach
- Visualization
- Self-questioning
- Listening skills
- Books on tape
- Kurzweil

**GOAL 1:** Melissa will demonstrate effective use of the writing process as measured by obtaining a grade of "B" on papers.

**OBJECTIVE(s):**                                                                 Q1 Q2 Q3 Q4 ESY

1.1 Melissa will follow all written requirements with 90% accuracy.

1.2 Melissa will maintain the topic 95% of the time.

1.3 Melissa will maintain the objective voice when instructed 100% of the time.

1.4 Melissa will incorporate quotes.

1.5 Melissa will avoid/correct redundancy 100% of the time.

**GOAL 2:** Melissa will demonstrate knowledge of proofreading and editing as part of the paragraph-writing process.

93

3/8/2005

**OBJECTIVE(s):**                                                           Q1 Q2 Q3 Q4 ESY

2.1  Melissa will identify and correct sentence fragments with 90% accuracy.

2.2  Melissa will identify and correct run-on sentences with 90% accuracy.

2.3  Melissa will request a reading of work in order to hear and correct errors four out of five trials.

2.4  Melissa will proofread her work for spelling errors five out of five opportunities.

2.5  Melissa will proofread her work for punctuation errors five out of five opportunities..

---

**GOAL 3:**  Melissa will improve reading skills in the area of literal comprehension.

**OBJECTIVE(s):**                                                           Q1 Q2 Q3 Q4 ESY

3.1  Melissa will answer who, what, when, where, which and how questions about a selection.

3.2  Melissa will elicit necessary information from text books to complete a given assignment with 95% accuracy.

3.3  Melissa will state the main idea of a passage/story.

3.4  Melissa will use accurate details in written essays.

---

**GOAL 4:**  Melissa will demonstrate effective inferential comprehension.

**OBJECTIVE(s):**                                                           Q1 Q2 Q3 Q4 ESY

4.1  Melissa will compare and contrast teacher selected information from reading material.

4.2  Melissa will describe the cause of effect in a selection.

4.3  Melissa will distinguish between relevant and irrelevant information.

---

94

3/8/2005

Student ID: 9070087
Student Name: **Melissa Roark**          Student Goals and Objectives          IEP Date: **3/10/2005**

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:**

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## MATH

SERVICE PROVIDER: Special Educator

### STRATEGIES

- Manipulative materials
- Strategies approach to problem solving
- Graph paper
- Untimed tests
- Confer with Speech/Language OT Psych
- Individualized instruction

- Experiential math tasks
- Use of calculator in class and/or test situations
- Graphic organizers
- Teacher-made materials
- Special education teacher
- Small class size

**GOAL 1:** Melissa will demonstrate knowledge of sequencing skills and the use of algorithms in solving math problems as measured by formal and informal testing.

**OBJECTIVE(s):**                                                    Q1 Q2 Q3 Q4 ESY

1.1 Melissa will solve multi-step math problems appropriate to instructional level accurately 90% of the time.

1.2 Melissa will verbally explain work process clearly 85% of the time.

1.3 Melissa will find own errors in multi-step problems 80% of the time.

**GOAL 2:** Melissa will demonstrate progress in visual interpretation of diagrams and pictures as measured by formal and informal testing.

**OBJECTIVE(s):**                                                    Q1 Q2 Q3 Q4 ESY

2.1 Melissa will accurately extract information from pictures and diagrams 90% of the time.

2.2 Melissa will determine relevant from irrelevant information in pictures and diagrams 90% of the time.

2.3 Melissa will accurately draw and label a diagram to represent a problem 90% of the time.

2.4 Melissa will accurately interpret two-dimensional drawings of three dimensional objects 90% of the time.

2.5 Melissa will identify transformations of figures with 90% accuracy.

3/8/2005

**GOAL 3:** Melissa will demonstrate  ficiency using tools and measureme   kills in mathematics.

**OBJECTIVE(s):**                                                                      Q1 Q2 Q3 Q4 ESY

3.1  Melissa will accurately measure angles using a protractor 90% of the time.

3.2  Melissa will correctly draw an arc with a compass nine out of ten times.

3.3  Melissa will accurately and neatly use drawing tools (e.g., compass, straight edge)  9 out of 10 times.

---

**GOAL 4:**  Melissa will demonstrate problem-solving skills in math as measured by passing the class.

**OBJECTIVE(s):**                                                                      Q1 Q2 Q3 Q4 ESY

4.1  Melissa will create a plan and carry it out to find a solution when presented with a problem 80% of the time.

4.2  Melissa will be able to deductively prove statements using informal or formal proofs 80% of the time.

4.3  Melissa will be able to solve problems requiring the integration of geometry and algebra concepts 80% of the time.

---

96

Student ID: **9070087**
Student Name: **Melissa Roark**                    Student Goals and Objectives                    IEP Date: **3/10/2005**

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Other: informal observation

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## SOCIAL BEHAVIORAL

SERVICE PROVIDER: Clinical Social Worker

**STRATEGIES**

- Supportive teacher counseling                    - Consult with school counselor

**GOAL 1:** Melissa will use coping strategies to deal with anxiety.

**OBJECTIVE(s):**                                                                 Q1 Q2 Q3 Q4 ESY

1.1  Melissa will learn to identify situations that will produce anxiety or depressed mode.

1.2  Melissa will choose effective coping strategies.

1.3  Melissa will evaluate the effectiveness and consequences of using current coping strategies.

1.4  Melissa will describe three reasons for changes in school routines.

**GOAL 2:** Melissa will demonstrate pride in her accomplishments.

**OBJECTIVE(s):**                                                                 Q1 Q2 Q3 Q4 ESY

2.1  Melissa will work at his best ability level.

2.2  Melissa will be satisfied with best effort.

2.3  Melissa will take risks and try new activities in order to demonstrate new skills.

97

3/8/2005

Student ID: 9070087
Student Name: Melissa Roark

Student Goals and Objectives

IEP Date: 3/10/2005

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Test   Documented Observations   Report

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## SPEECH/LANGUAGE

SERVICE PROVIDER: Speech/Language Pathologist

### STRATEGIES

- structured linguistic experiences
- auditory cueing
- classroom interaction
- imagery
- modeling
- practice / drill
- classroom observation
- rehearsal
- direct imitation
- computer / selected software
- staffing
- miscue (error) analysis
- visual cueing
- structured conversation
- role playing
- monitor: auditory memory/processing, expressive oral language

GOAL 1: Melissa will develop contextual/integrated language skills.

OBJECTIVE(s):

Q1 Q2 Q3 Q4 ESY

**1.1** Melissa will write a structured paragraph in an expository and/or persuasive essay.

**1.2** Melissa will outline thoughts and ideas necessary for essay or story creation.

**1.3** Melissa will increase written output by including sufficient details and examples.

**1.4** Melissa will improve linguistic skills by editing morphologic, syntactic, punctuation, and/or capitalization errors in context.

**1.5** Melissa will improve sentence formulation skills by increasing the use of specific/exact/more appropriate word choices in spoken and/or written language.

98

3/8/2005

Student ID: 9070087
Student Name: **Melissa Roark**          Student Goals and Objectives          IEP Date: **3/10/2005**

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES: Report**

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## PSYCHOLOGICAL SERVICES

SERVICE PROVIDER: Clinical Psychologist

**STRATEGIES**

- Consultation with Academic Staff
- Consultation with Speech/Language Pathologist
- Ego-Supportive Psychotherapy
- Consultation with Parents/Guardians
- Anxiety-Reduction Techniques

**GOAL 1:** Melissa will provide verbal report regarding use of available support systems.

**OBJECTIVE(s):**                                                      Q1 Q2 Q3 Q4 ESY

1.1  Melissa will verbally report to therapist 5 sources of support to meet needs.

1.2  Melissa will maintain regular contact with 3 out of 5 sources of support as observed by therapist, teacher(s) or parent(s).

1.3  Melissa will use sources of social support to cope with difficulties 3 of 5 occasions, as observed by therapist, teacher(s) or parent(s).

**GOAL 2:** Melissa will verbally express knowledge of personal strengths and weaknesses.

**OBJECTIVE(s):**                                                      Q1 Q2 Q3 Q4 ESY

2.1  Melissa will identify 5 positive personal attributes to therapist.

2.2  Melissa will identify 5 general areas of personal difficulty to therapist.

2.3  Melissa will identify 5 specific limitations to therapist.

99

3/8/2005

## The Lab School of Washington
## Individualized Education Program

| | | |
|---|---|---|
| **Student ID: 9070087**<br>**Student Name: Melissa Roark** | **Student Classroom and Testing<br>Accommodations** | IEP Date: 3/10/2005 |

**Student Name:**  Melissa  Rose  Roark

**DOB:** 9/23/1990                    **For School Year:** 8/30/2005 to 6/9/2006

**Note:** *The following accommodations must be provided in the classroom and during formal, informal, and standard testing.*

-- Calculator for mathematics testing

-- Extra response and processing time

-- School personnel may check student's transferred responses (alignment and completeness of hand-filled bubbles)

-- Small group setting

-- Supervised breaks during test session

-- Test are administered at best time of day for student

-- Use of electronic devices (e.g., mechanical speller, computer, etc.)

-- Verbatim reading of selected sections of test or vocabulary

-- Verbatim repetition of written directions , as needed

100

## The Lab School of Washington
## Individualized Education Program

Student ID: **9070087**
Student Name: **Melissa Roark**            **Individualized Transition Services Plan**            IEP Date: **3/10/2005**

**Statement of Plans:** Melissa has indicated that she plans to go to college after graduating from high school, but is considering options for the interim, such as a gap year or going to a prep program for a year. Melissa is considering graduate school. Melissa's career interests are in child psychology and interior design.

**Working toward:**  ☑ High School Diploma from LSW or LEA

☐ High School Certificate from LSW or LEA

☐ No Determination at this time

## Long Term Transition Goals:

**Education:**

Melissa will attend a four-year college/university.

**Adult Living:**

Melissa will develop the self-advocacy and independent living skills necessary to live independently as an adult.

**Employment:**

Melissa will work in an integrated employment setting.

## Transition Service Areas:

|  | Needed | Not Needed | Basis for Determination (if not needed) |
|---|:---:|:---:|---|
| **Instruction:** | ☑ | ☐ |  |
| **Community Experience:** | ☑ | ☐ |  |
| **Development of Employment and other Postschool Adult Living Objectives:** | ☑ | ☐ |  |

## Type of Transition Services:

**Instruction:**

- Academics

**Community Experience:**

- Community Resources
- Community Service

**Post School Adult Living Objectives:**

-
- Finance
- Living Options
- Self-determination

**Development of Employment:**

- Career Awareness/Exploration
- Interest Inventory

## The Agency Linkages needed for Transition:

**Agency Linkage 1:**  College/Community College
**Agency Linkage 2:**

101

| Student ID: 9070087 | Individualized Transition Services Plan | IEP Date: 3/10/2005 |
|---|---|---|
| Student Name: **Melissa Roark** | | |

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Average progress   4 = Good progress   5 = Mastered criteria level

**GOAL 1:** Melissa will become more self determined and/or pursue personal goals.

**OBJECTIVE(s):**                                                                                                    Q1 Q2 Q3 Q4 ESY

1.1  Melissa will complete half of her community service credits.

1.2  Melissa will list three short-term goals.

---

**GOAL 2:** Melissa will determine vocational strengths and interests.

**OBJECTIVE(s):**                                                                                                    Q1 Q2 Q3 Q4 ESY

2.1  Melissa will complete an interest inventory to determine vocational strengths and interests.

2.2  Melissa will determine personal optimal working conditions, salary and benefits of career interests.

2.3  Melissa will take an art class.

---

**GOAL 3:** Melissa will demonstrate the acquisition of skills necessary for independent living.

**OBJECTIVE(s):**                                                                                                    Q1 Q2 Q3 Q4 ESY

3.1  Melissa will learn account management skills.

3.2  Melissa will learn basic banking procedures.

3.3  Melissa will learn to fill out the standard personal information on forms.

3.4  Melissa will describe health insurance benefits.

---

**GOAL 4:** Melissa will determine academic strengths and weaknesses.

**OBJECTIVE(s):**                                                                                                    Q1 Q2 Q3 Q4 ESY

4.1  Melissa will complete an interest inventory to determine academic strengths and weaknesses.

4.2  Melissa will ask for accommodations when necessary.

4.3  Melissa will describe strengths and weaknesses.

4.4  Melissa will demonstrate improvement in writing skills by writing a two-page essay.

---

102

3/8/2005

# The Lab School of Washington
## Individualized Education Program

**Student ID: 9070087**
**Student Name: Melissa Roark**

IEP Date: **3/10/2005**

| Student Name: | Melissa Roark | | Managing School: | Lab School of Washington |
|---|---|---|---|---|
| Additional Comments: | ☐ | DOB: 9/23/1990 | Attending School: | Lab School of Washington |

### IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION: SERVICES ALTERNATIVES:

Can curricular modifications and/or supplemental aids and services be used for a LRE setting in regular education?  ☐ YES  ☑ No

Explanation for removal out of regular education classroom.

This Student's pervasive learning disabilities impede acquisition of academic skills and the ability to learn and complete assignments in the general education curriculum. A self-contained, intensive, individualized, remedial special education program will allow academic and social/emotional growth.

### X. SUPPLEMENTARY AIDS AND SERVICES

| Classroom Needs | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
|---|---|---|---|---|---|---|---|
| (Do not name products or companies) | GenEd | SpEd | Total | Hr/Min | D/W/M | (by discipline) | (mm/dd/yyyy) |
| Please see Lab School | | | | | | | |
| IEP goal areas. | | | | | | | |
| | | | | | | | |

### XI. STATE AND DISTRICT ASSESSMENTS:

| | | | | |
|---|---|---|---|---|
| ☐ | Level I | Tested with non-disabled peers under standard conditions without accommodations. | ☐ Level II | (Describe accommodations for level II) Tested under standard conditions with special accommodations. |
| ☑ | Level III | (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations. | ☐ Level IV | (Describe below the alternative assessment) |
| ☐ | Level V | Portfolio _____ | | |

### XII. Areas Requiring Specialized Instruction and Related Services:

☑ Reading   ☐ Physical/Sensory   ☐ Transition
☑ Mathematics   ☑ Social Emotional   ☐ Vocational
☑ Written Expression   ☐ Physical Development   ☐ Independent Living
☐ Other: _____   ☑ Speech/Language
☐ None   Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

### XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION:

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| in general education classroom setting | Reject | |
| combination of general education/resource classroom | Reject | |
| out of general education classroom | Accept | Not with non-handicapped peers |
| | | |

| Modification(s)/Accommodation(s) to address the harmful effects: |
|---|
| None Needed |

**Location for Services:** Lab School of Washington

103

3/8/2005

# The Lab School of Washington
## Individualized Education Program

**Student ID: 9070087**
**Student Name: Melissa Roark**

**Documented Level of Service**

**IEP Date: 3/10/2005**

| | | |
|---|---|---|
| **School:** Lab School | **Principal:** Duncan | **Special Education Coordinator:** |
| **Date:** | **Case Manager:** | **Technical Support Supervisor:** |

**Student:** Melissa Roark    **DOB:** 9/23/1990    **Age:** 14:6    **Grade:** 9    **ID#:** 000482    **SSN:** 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

**Parent:** Robert Roark    **Telephone (H):** 202-966-5611    **Telephone (W):** 703-269-2426

**Address:** 3215 Oliver Street, NW    **City:** Washington    **State:** DC    **Zip:** 20015

**REFERRAL SOURCE (Check):**  ☐ 120 Day   ☐ Reeval.   ☐ HOD   ☐ SA   ☐ MA

☐ Nonpublic   ☐ Residential   ☐ Citywide   ☐ Courts   ☐ Local School   ☐ Other

**Previous least restrictive environment (LRE Setting):**

---

### JUSTIFICATION FOR SETTING CONSIDERATION
#### (Submit TAT/MDT Documentation)
#### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| | Current IEP | Yes ☑ | No ☐ |
| | Signatures of required participants (MDT Notes) | Yes ☑ | No ☐ |
| | Intervention Behavior Plan | Yes ☐ | No ☐ |
| **See IEP** | Copies of current class work and homework assignments | Yes ☑ | No ☐ |
| | Medical Reports | Yes ☐ | No ☐ |
| | Clinical Reports | Yes ☐ | No ☐ |
| | Psychiatric Reports | Yes ☐ | No ☐ |
| | Medications | Yes ☐ | No ☐ |
| | Attendance Record | Yes ☑ | No ☐ |
| | Copies of most recent evaluations | Yes ☑ | No ☐ |

| 4. Results of all intentions: (TAT, MDT, etc., and Meeting Notes) | 5. Resources needed to program implementation |
|---|---|
| **See Progress Report** | **See IEP** |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team) | SERVICE PROVIDER (Some text here) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination of general education and resource classroom | ☐ combination of general education, special educators, and related service providers | ☐ between 21% and 60% of service time |
| 3 | ☑ out of general education classroom | ☑ special educators and related service providers | ☑ between 61% and 100% of service time |

104

3/8/2005

* In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.353) Nonacademic settings)

| Check the level of need as indicated<br>DIRECTIONS: | |
| --- | --- |
| If two or three boxes are checked in the Row 1, check LOW<br>If two or three boxes are checked in the Row 2, check MODERATE<br>If two or three boxes are checked in the Row 3, check HIGH | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |

| 7. LEVEL OF NEED | | |
| --- | --- | --- |
| ☐ LOW | ☐ MODERATE | ☑ HIGH |

105

# The Lab School of Washington
## Individualized Education Program

Student ID: **9070087**
Student Name: **Melissa Roark**

**Evaluation to Justify Transportation**
**Attachment A**

IEP Date: **3/10/2005**

Student: Melissa Roark

DOB: **9/23/1990**

Attending School: Lab School of Washington

Neighborhood School: _____

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the students from walking to school.
Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently.
Specify _____

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently.
Documentation source _____

5. ☐ A severe communication disability prevents the prevents the students from communicating for his/her own safety.
Documentation source _____

6. ☐ A behavior/emotional disability is so severe or erratic that there is concern for the safety of the student or others.
Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☑ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is mentally fragile.  Documentation source _____

10. ☐ The student requires assistance to get on and off the bus.  Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability.  Documentation source _____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day).
Explain _____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him or her from walking to school.  Documentation source _____

14. ☐ A documented severe cognitive disability prevents the student from walking to school.  Documentation source _____

15. ☐ Other (Specify) _____

106

3/8/2005

# The Lab School of Washington
## Individualized Education Program

Student ID: 9070087
Student Name: Melissa Roark

**Student Transportation Data Form**
**Attachment B**

IEP Date: 3/10/2005

Date of Request: _____

Status of Request: _____

School Year:    8/30/2005 to 6/9/2006

Person Making Request: _____

Date Request Received: _____

Person Receiving Request: _____

---

Robert Roark
**Parent / Guardian (Print legibly or type)**

202-966-5611
**Telephone (H)**

703-269-2426
**Telephone (W)**

~~Hannah Sunfied~~  *Carolin Engtran*
**Emergency Contact**

Other
**Relationship**

202-966-5611
**Telephone No.**

202-321-2667(cell)
**Pager / Cell No.**

Students will be taken to a central location until 6:00 P.M. if the bus attendants are unable to deliver them to the designated location. After 6:00 P.M. the police will be contacted. This year's central location is

_____

---

| Roark | Melissa | Rose |
|---|---|---|
| **Last Name** | **First Name** | **MI** |

3215 Oliver Street, NW
**House No. & Street Name**        **Quad. & Apt.**

| Washington | DC | 20015 |
|---|---|---|
| **City** | **State** | **Zip Code** |

9/23/1990 Female    English
**DOB    Gender    Primary Language**

Lab School - 202-965-6600
**Submitting School and Telephone Number**

Specific Learning Disability
**Disability Classification**

_____
**Medical Issues**

**MODE OF TRANSPORTATION**    ☐ *Bus   ☐ Tokens   ☐ Farecards

**\* SPECIAL ACCOMMODATIONS FOR BUS**

Height: _____        Weight: _____

Oxygen        Tracheotomy Tube        Seizures        Helmet

Harness        1:1 Aide        Behavioral Issues: _____

Medication: _____        Specific Allergies: _____

**Dosage required during transportation**

☐ Yes   ☐ No        Dosage: _____        ☐ PM   ☐ AM

☐ Mobility   ☐ Ambulatory ( ☐ Cane,  ☐ Crutch,  ☐ Walker )

☐ Ambulatory w/ assistance ( ☐ Cane,  ☐ Crutch,  ☐ Walker)

☐ Non-Ambulatory ( ☐ Standard,  ☐ Motorized,  ☐ Oversized

w/ lap tray ☐ Yes  ☐ No)

☐ Car Seat        ☐ Positioning Device _____

☐ Special Restraint        ☐ Other Describe _____

---

Click one of the following:

☐ AM Pick-up & PM Drop-off is the same as the student address.

☐ _____
AM Pick-up Address                                                Telephone No.

☐ _____
PM Pick-up Address                                                Telephone No.

**\*\*\* Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

---

Karen Duncan
**School Official requesting transportation service**

Lab School of Washington
**School to Attend**

(202) 965-6600
**Telephone No.**

4759 Reservoir Rd. NW
**Address of School**

_____
**Date**

(202) 965-6600
**Telephone No.**

107

3/8/2005

Meeting Notes

108

# The Lab School of Washington
## Individualized Education Program

| | | |
|---|---|---|
| Student ID: **9070087**<br>Student Name: **Melissa Roark** | **IEP Meeting Notes** | IEP Date: **3/10/2005** |

**Student:** Melissa Roark          **School:** Lab School of Washington

| **Participants:**<br>(Print Name) | **Participants:**<br>(Sign Name) | **Discipline** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Meeting Notes:**

109

3/8/2005

*original*

## The Lab School of Washington
## Individualized Education Program

Student ID: 9070087
Student Name: Melissa Roark

**Student Data / Cover Sheet**

IEP Date: 5/26/2004

### I. IDENTIFICATION INFORMATION

**Student**  Last: Roark   First: Melissa   Middle: Rose   DOB: 9/23/1990   Age: 13:8   Gender: Female

Student ID: 9070087   Social Security Number: 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   Ethnic Group: White

Division: High School   Attending School: Lab School of Washington   Home School:

**Address**  Street: 3215 Oliver Street, NW   City: Washington   State: DC  Zip Code: 20015

**Parent(s)**  Name: Robert Roark & Abby Arnold   Relationship: Parents

**Phone**  Home: 202-966-5611   Work: 703-269-2426   Other:

### II. CURRENT INFORMATION

Date of IEP Meeting: 5/26/2004   Last IEP Meeting Date: 5/20/2003   Most Recent Eligibility Decision Date: 5/23/2002

Purpose of IEP Conference: Initial IEP: ☐   IEP Review: ☑   Requested Evaluation: ☐   Triennial Evaluation: ☐

Addenda to be Attached:   Transport: ☑   Transition: ☑   ESY: ☐   Behavior: ☐

Level of Standardized Assessment: III

### III. LANGUAGE

| | Language | Language Used For Evaluation | Language Used in Conference | Communication Requirements | Oral: _____ |
|---|---|---|---|---|---|
| Student | English | English | English | English | Rdg./Written: _____ |
| Parent | English | English | English | English | Instrument: _____ |
| | | | | | Date: _____ |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| Service | Provider | Setting | Time | Type | Freq. | Duration |
|---|---|---|---|---|---|---|
| Special Education | Special Ed. Teacher | SpEd | 32 hrs | Specialized Instruction | per week | 5/26/2004 to 5/26/2005 |
| Speech/Language | Speech/Language Therapist | | | Integrated Services | | 5/26/2004 to 5/26/2005 |
| Occupational Therapy | Occupational Therapist | | | Integrated Services | | 5/26/2004 to 5/26/2005 |
| Speech/Language | Speech/Language Therapist | SpEd | 45 min | Individual | 1 per week | 5/26/2004 to 5/26/2005 |
| Psychological | Clinical Psychologist | SpEd | 45 min | Individual | 1 per week | 5/26/2004 to 5/26/2005 |
| Psychological | Clinical Psychologist | SpEd | 45 min | Group | 1 per week | 5/26/2004 to 5/26/2005 |
| Occupational Therapy | Occupational Therapist | SpEd | 45 min | Individual | 1 per week | 5/26/2004 to 5/26/2005 |

**Total Related Services hours per week: 3** (For a minimum of 24 weeks per year)
**Total Specialized Instruction and Related Services hours per week: 35**

ihc SLP 10/25/04, 1/14/05, 4/6/05

ZM Math 11/1 1/2 4/1 _____

OT 11/2/04, 1/28/05 (new), 4/4/05

11/4/04 P Psych 1/17/05 4/7/05

ial SE 11/30/04, 1/28/05, 4/6/05,

ial JR 11/30/04, 1/28/05, 4/6/05,

**EXHIBIT**
11
**MR-12**

## V. DISABILITY(IES)

Specific Learning Disability

Percent of time in Specialized Instruction and Related Services
61 - 100%

☐ (Check if setting is General Ed.)

Percent of time NOT in Regular Education Setting: 100%

## VI. IEP TEAM (Participants in the development of the IEP) Print and sign your name below

| Print | Sign | Print | Sign |
|-------|------|-------|------|
| Sally Seaungha | Sally Seaungha | Abby Arnold | _Jo Ling_ |
| Ytonia Drew | Michael P Syds RN | Robert Reader | |
| Molly George | Molly George OTR | | |
| Erin Foster | Erin P Foster MA/CCSLP | | |

___ I AGREE with the contents of the IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parental rights pertaining to special education.

PARENT/GUARDIAN SIGNATURE _Abby Arnold_ DATE _5/26/04_

_Jo Ling_ _5/26/04_

### The Lab School of Washington
### Individualized Education Program

Student ID: **9070087**
Student Name: **Melissa Roark**

**Current Levels of Functioning**

IEP Date: **5/26/2004**

**Current Levels of Functioning**

**Area:** Written Language                    **Instructional Level:** 7.0

**Strengths:**                                **Weaknesses:**

Able to communicate basic thoughts & ideas    Inconsistent use of punctuation
Demonstrates skill in managing                Exhibits weak knowledge of sentence structure
materials/space                               Exhibits weak vocabulary skills
Effectively uses computer to write & edit     Writes in run-on sentences
work                                          Does not use sentence variation
Follows oral directions
Consistently completes class work
Consistently completes homework
Consistently meets deadlines

**Impact Statement:** These weaknesses affect student's ability to acquire effective writing skills to successfully complete daily written assignments (paragraphs, essays, reports, journals, research papers) in the general education curriculum.

**Area:** Reading                             **Instructional Level:** 7.0

**Strengths:**                                **Weaknesses:**

Able to comprehend at the literal level       Exhibits weak vocabulary skills
Demonstrates enthusiasm for reading           Difficulty comprehending at the abstract
Completes class work consistently             level
Completes homework consistently

**Impact Statement:** These weaknesses affect student's ability to successfully read literature and content area materials to acquire new information in the general education curriculum.

**Area:** Math                                **Instructional Level:** 6.5

**Strengths:**                                **Weaknesses:**

Consistently completes class work             Exhibits weak memory for facts
Consistently completes homework               Demonstrates difficulty grasping new concepts
Demonstrates strong memory for rote skills    Demonstrates weak problem solving skills
Learns through real-life applications         Does not apply previously learned concepts
Effectively applies process to problem
solving
Effectively proofreads for errors
Utilizes calculator accurately
Follows oral directions
Follows written directions
Effectively organizes work space

**Impact Statement:** These weaknesses affect student's ability to acquire math calculation and problem solving skills and to successfully use these skills to complete assignments in the general education curriculum.

112

**Area: Social Behavioral**                    **Evaluator: Clinical Social Worker**

**Strengths:**                                 **Weaknesses:**

Is friendly                                    Continue to work on leadership skills
Is prepared for class with appropriate         Continue to work on self-advocacy skills
materials & work                               Has difficulty adjusting to change
Exhibits motivation to learn

**Impact Statement:** These weaknesses affect student's ability to engage in the learning process
by not maintaining attention in the classroom, organizing materials and information, using
effective study skills, & developing relationships.

---

**Area: Speech/Language**                      **Evaluator: Speech/Language Therapist**

**Strengths:**                                 **Weaknesses:**

Relative Strengths are noted in the following  Relative Weaknesses are noted in the
areas:                                         following areas:
auditory memory                                apects of semantics
auditory processing                            aspects of syntax
oral phonological awareness skills             vulnerable auditory working memory
reading comprehension                          semantic-syntactic integration
social pragmatics                              written language
                                               monitor: reading fluency, phonology as
                                               applied to reading and spelling, word
                                               retrieval

**Impact Statement:** These weaknesses compromise functioning in the general education curriculum
in the following ways:
difficulty independently completing grade-level writing assignments,
difficulty participating effectively in class discussions

---

**Area: Occupational Therapy**                 **Evaluator: Occupational Therapist**

**Strengths:**                                 **Weaknesses:**

Cooperative                                    Immature hand development
Conscientious                                  Inefficient fine motor planning skills
                                               Weak spatial relationships
                                               Weak figure ground
                                               Weak hand strength

**Impact Statement:** Melissa is a warm and hardworking young woman.  She appears to have gained
more confidence in both her physical and academic skills.  She has made tremendous progress
in her keyboarding ability and improvements in neuromuscular control and some areas of
visual perception.  However, weakness persist, which necessitate occupational therapy
services next year.

---

**Area: Psychological Services**               **Evaluator: Clinical Psychologist**

**Strengths:**                                 **Weaknesses:**


**Impact Statement:** Melissa can have difficulty modulating her anxiety and using effective coping
strategies which makes it harder for her to function in the general educaitonal curriculum.

---

f 23

COMPUSCORE VERSION 1.1b
SUMMARY AND SCORE REPORT

Name:  Roark, Melissa              School:  LSW
Date of Birth:  09/20/1990        Teacher:  JRH 08
Age:  13 years, 8 months          Grade:  8.8
Sex:  Female                      ID:  JRH 03-04
Date of Testing:  05/11/2004      Examiner:  Rassai

TEST SESSION OBSERVATIONS

Melissa's conversational proficiency seemed typical for her age level.  She was
exceptionally cooperative throughout the examination; her activity level seemed typical
for her age. Melissa appeared at ease, comfortable, and attentive to the tasks during the
examination. Melissa responded promptly, but carefully, to test questions, generally
persisting with difficult tasks.

**TABLE OF SCORES: Woodcock-Johnson III Tests of Achievement**
Norms based on age 13-8

| CLUSTER/Test | RAW | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) |
|---|---|---|---|---|---|---|---|
| TOTAL ACHIEVEMENT | – | 16-2 | 13-9 | 19 | 97/90 | 79 | 112 (110-114) |
| BROAD READING | – | 16-1 | 14-4 | 18-2 | 98/90 | 76 | 110 (108-113) |
| BROAD MATH | – | 15-1 | 12-9 | 19 | 94/90 | 66 | 106 (103-109) |
| BROAD WRITTEN LANG | – | 18-0 | 14-1 | >22 | 97/90 | 86 | 116 (112-120) |
| BASIC READING SKILLS | – | >21 | 17-11 | >21 | 99/90 | 96 | 125 (120-131) |
| READING COMP | – | 13-7 | 10-11 | 17-2 | 90/90 | 49 | 100 (97-103) |
| MATH CALC SKILLS | – | 14-3 | 11-10 | 18-0 | 92/90 | 58 | 103 (99-107) |
| BASIC WRITING SKILLS | – | 15-3 | 13-0 | 18-4 | 95/90 | 67 | 106 (103-110) |
| WRITTEN EXPRESSION | – | 17-3 | 12-10 | >21 | 95/90 | 79 | 112 (106-118) |
| ACADEMIC SKILLS | – | 18-5 | 15-7 | >22 | 99/90 | 93 | 122 (118-126) |
| ACADEMIC FLUENCY | – | 15-3 | 13-6 | 17-4 | 96/90 | 66 | 106 (105-108) |
| ACADEMIC APPS | – | 14-11 | 12-0 | 21 | 93/90 | 63 | 105 (101-109) |
| ACADEMIC KNOWLEDGE | – | 15-0 | 12-6 | 18-9 | 94/90 | 62 | 105 (100-109) |

----------------------------------------------------------------

Form B of the following achievement tests was administered:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Letter-Word ID | 71 | 19 | 17-4 | >22 | 99/90 | 94 | 123 (118-128) |
| Reading Fluency | 66 | 15-2 | 14-3 | 16-1 | 98/90 | 66 | 106 (104-108) |
| Calculation | 27 | 16-2 | 13-7 | 20 | 96/90 | 72 | 109 (104-114) |
| Math Fluency | 81 | 12-1 | 9-8 | 15-5 | 83/90 | 27 | 91 (88-93) |
| Spelling | 47 | 18-5 | 15-11 | 21 | 99/90 | 88 | 117 (113-122) |
| Writing Fluency | 28 | >20 | 15-5 | >20 | 98/90 | 87 | 117 (111-122) |
| Passage Comprehension | 35 | 13-10 | 10-10 | 20 | 90/90 | 51 | 100 (95-106) |
| Applied Problems | 48 | 16-6 | 14-2 | 21 | 97/90 | 71 | 108 (105-111) |
| Writing Samples | 13-D | 12-5 | 8-7 | >23 | 88/90 | 39 | 96 (87-105) |
| Word Attack | 31 | >21 | 19 | >21 | 99/90 | 93 | 122 (113-131) |
| Editing | 19 | 12-8 | 11-2 | 14-7 | 83/90 | 40 | 96 (93-100) |
| Reading Vocabulary | – | 13-5 | 11-0 | 16-0 | 89/90 | 48 | 99 (96-102) |
| Academic Knowledge | – | 15-0 | 12-6 | 18-9 | 94/90 | 62 | 105 (100-109) |

114

# THE LAB SCHOOL OF WASHINGTON
# SPEECH-LANGUAGE PATHOLOGY DEPARTMENT

### Test Score Summary of Most Recent Formal Speech-Language Assessment

Name:      Melissa Rose Roark
Evaluator:  Erin Foster, M.A., CCC-SLP
           Joyce Lynne Stanaland, M.A., CCC-SLP

The *Test of Auditory-Perceptual Skills: Upper Level (TAPS-UL)* was administered to assess short-term memory for digits, words, and sentences; ability to paraphrase directions; discriminate sounds; and comprehend meaning of short questions and give brief answers. Results follow:

Date: 9/19/02

| Subtest | Standard Score (100 = average) | Percentile |
|---|---|---|
| Auditory Number Memory:<br>Forward<br>Reversed | 93<br>87 | 32<br>19 |
| Auditory Sentence Memory | 94 | 34 |
| Auditory Word Memory | 92 | 30 |
| Auditory Interpretation of Directions | 108 | 70 |
| Auditory Word Discrimination Different | 112 | 79 |
| Auditory Processing | 98 | 45 |
| Quotient (100 is Average) | 97 | 43 |

The *Peabody Picture Vocabulary Test-Third Edition (PPVT-III)*, Form A, was administered to assess receptive semantic skills on a one-word level by asking the student to point to one picture in four that best matched a word spoken by the examiner. Results follow:

Date: 9/19/02

| Standard Score (100 = average) | Percentile |
|---|---|
| 107 | 68 |

**TEST SCORE SUMMARY**
**OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT**

Melissa Rose Roark

The *Test of Language Competence-Expanded Edition (TLC-E)*, Level 2, was administered to assess metalinguistic strategies used in understanding and expressing contextual linguistic meaning. Results follow:

Date: 9/24/02

| Subtests | Standard Scores (10 = average) | Percentile |
|---|---|---|
| Ambiguous Sentences | 10 | 50 |
| Listening Comprehension: Making Inferences | 9 | 37 |
| Oral Expression: Recreating Sentences | 9 | 37 |
| Figurative Language | 9 | 37 |
| **Composite Summary** | **Standard Score (100 = average)** | **Percentile** |
| Expressing Intents | 97 | 42 |
| Interpreting Intents | 94 | 34 |
| *TLC-E* Composite | 95 | 37 |

2

# TEST SCORE SUMMARY
## OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT
Melissa Rose Roark

One subtest of the *Clinical Evaluation of Language Fundamentals-Third Edition (CELF-3)* was administered to assess following direction skills in a picture pointing task.  Results follow:

Date: 9/19/02

| Subtest | Standard Score (10 = average) | Percentile |
|---|---|---|
| Concepts and Directions | 8 | 25 |

The *Gray Silent Reading Tests (GSRT)*, Form A, were administered to assess silent reading comprehension abilities.  Results follow:

Date: 9/19/02

| Subtest | Standard Score (100 = average) | Percentile |
|---|---|---|
| Silent Reading Quotient | 133 | 99 |

The *Test of Word Reading Efficiency (TOWRE)*, Form B, was administered in order to assess the student's ability to pronounce printed words accurately and fluently.  This test measures the ability to sound out words quickly and accurately and also investigates the ability to recognize familiar words as whole units or sight words.  Results follow:

Date: 9/19/02

| Subtest | Standard Score (100 = average) | Percentile |
|---|---|---|
| Sight Word Efficiency | 92 | 29 |
| Phonemic Decoding Efficiency | 91 | 27 |
| Total Word Reading Efficiency | 90 | 25 |

117

4d

**TEST SCORE SUMMARY**
**OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT**

Melissa Rose Roark

The *Test of Written Spelling-4 (TWS-4)*, Form A, was administered to assess ability to spell words. Results follow:

Date: 9/02

| Standard Score (100 = average) | Percentile |
|---|---|
| 98 | 45 |

The *Writing Process Test*, Form A, was administered to measure the quality of the student's written language and his/her perception of strategies related to effective writing.    Results follow:

Date: 9/19/02

|  | | Standard Score (10 = average) | Percentile |
|---|---|---|---|
| Development | Rater | 9 | 31 |
| Fluency | Rater | 10 | 53 |
| Total | Rater | 9 | 41 |

In addition, the following tests were administered:

The *Comprehensive Assessment of Spoken Language (CASL)* (ages 7 to 21) was administered to assess comprehension, expression, and retrieval in the categories of semantics, syntax, extra-linguistic cues, and pragmatics. Results follow:

Date: 10/01/03

| Subtest | Standard Score (100 is average) | Percentile |
|---|---|---|
| Meaning from Context | 101 | 53 |

4

**TEST SCORE SUMMARY**
**OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT**
Melissa Rose Roark

---

The *Test of Adolescent and Adult Language-3 (TOAL-3)* was administered to assess certain receptive and expressive skills in oral and written tasks that focused on semantic and syntactic rules. Results follow:

Date: 9/03

| Subtest: | Standard Score (10 = average) | Percentile: |
|---|---|---|
| Speaking/Vocabulary | 10 | 50 |
| Writing/Vocabulary | 4 | 2 |
| Writing/Grammar | 9 | 37 |

| Composites: | Quotient (100 = average) | Percentile: |
|---|---|---|
| Written Language | 79 | 8 |

For a more in-depth description of the student's speech and language profile, please refer to the current Annual Report. For an in-depth explanation of the test results, please consult with the student's evaluating clinician.

5

## TEST SCORE SUMMARY

**Interpretation of Test Scores:** Interpretation of test scores is most meaningful when analyzed in clusters relating to motor skill development and perception, rather than looking at each score in isolation. Also clinical observation of how a child performs a certain tasks is as important as the actual score on the test and was a meaningful part of then interpretation and analysis.

Melissa's performance on each of the standardized tests is compared with the average performance of other children her age. On the MVPT-3 100 is considered average with a standard deviation of 15, so that subtest scores between 85 and 115 are considered average. On the Purdue Pegboard subset, scores are expressed using standard deviations with scores falling from –1.0 to +1.0 to be considered within average range. Percentile ranks are also used and scores falling between the 84th and 16th percentiles are considered within average range.

### Hand Strength

Scores are measured using a dynamometer (grasp) and pinch meter (tip and lateral pinch)

### Right

| Test | Pounds | Standard Deviation |
|------|--------|--------------------|
| Grasp- whole hand | 65 | +2.91 |
| Tip Pinch- tip of index finger and thumb | 6.25 | -1.85 |
| Lateral Pinch- knuckle of index finger and thumb | 13.5 | -0.65 |

### Left

| Test | Pounds | Standard Deviation |
|------|--------|--------------------|
| Grasp | 65 | +0.77 |
| Tip Pinch | 7 | -1.63 |
| Lateral Pinch | 12.5 | -0.53 |

### Motor-Free Visual
### Perception Test-Third Ed.

Students are asked to complete a variety of visual perceptual tasks without the use of motor coordination

| Standard Score | Percentile |
|----------------|------------|
| 94 | 34 |

120