## Purdue Pegboard

Students are asked to insert small pegs into small holes. This test measures how well students can work their hands to perform these skilled and precise movements.

|  | Standard Deviation | Percentile |
|---|---|---|
| Right Hand | -1.31 | >10 |
| Left Hand | -2.52 | >10 |
| Both Hands | -3.24 | >10 |
| Assembly | -1.94 | >10 |

## Handwriting
### (non-standardized)

|  | Letters Per Minute | Words Per Minute |
|---|---|---|
| Manuscript | 79.5 | 13.3 |
| Cursive | 41.5 | 6.9 |

## Keyboarding
### (non-standardized)

|  | Letters Per Minute | Words Per Minute | Accuracy |
|---|---|---|---|
| Near Point Copying | 151 |  | 95% |
| Typing Program |  | 39 | 90% |

4h

## The Lab School of Washington
### Individualized Education Program

| | | |
|---|---|---|
| **Student ID: 9070087**<br>**Student Name: Melissa Roark** | **Student Goals and Objectives** | **IEP Date: 5/26/2004** |

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio   Report

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

### WRITTEN LANGUAGE
SERVICE PROVIDER: Special Educator

### STRATEGIES
- The Writing Process
- Literature-based critical thinking
- Teacher-made materials
- Special education teacher
- Individualized instruction

- Word processing
- Untimed tests
- Confer with Speech/Language OT Psych
- One-to-one instruction
- Small class size

**GOAL 1:** Melissa will write sentences using correct sentence structure in four of five trials at instructional level.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1.1 Given a written assignment, Melissa will distinguish between a sentence fragment, run-on sentence, and a complete sentence in four out of five trials. | 3 | 3 | 3.5 | | |
| 1.2 Given a written assignment, Melissa will write correctly structured compound sentences using proper capitalization and punctuation in four of five trials. | 3 | 3 | 3.5 | | |
| 1.3 Given a written assignment, Melissa will write correctly structured complex sentences using dependent and independent clauses with proper punctuation in four of five trials. | 3 | 3 | 3.5 | | |

**GOAL 2:** Given a writing assignment, Melissa will write correctly structured paragraphs with 80% accuracy at the instructional level.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 2.1 Given a writing assignment, Melissa will accurately develop a paragraph in different ways, (i.e., with detail, reasons, and/or examples) in four of five trials. | 1 | 3 | 3.5 | | |
| 2.2 Given a writing assignment, Melissa will successfully write paragraphs from an outline in eight of ten attempts. | 1 | 3 | 3 | | |

**GOAL 3:** Successfully responding to a variety of writing prompts, Melissa will independently write an essay demonstrating all parts of the Writing Process (brainstorming, pre-draft, first draft, revising and editing, final draft) at the instructional of 80% succ

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 3.1 Melissa will successfully produce an opinion paper, when responding to a writing prompt, in four of five attempts. | 1 | 1 | 1 | | |
| 3.2 When responding to a writing prompt, Melissa will accurately produce a persuasive paper with 80% | 1 | 5 | 5 | | |

122

success.

**3.3** When responding to a writing prompt, Melissa will write an accurate comparison and contrast paper with 80% success.

1 3 3

**GOAL 4:** Melissa will demonstrate accurate literary comprehension when given a reading assignment at the instructional level 80% of the time.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| **4.1** Given a reading assignment, Melissa will correctly identify traits, behaviors, and relationships of characters with 80% accuracy. | 3 | 3.5 | 3.5 | | |
| **4.2** Given a reading assignment, Melissa will successfully generalize from the character's situation to a situation in real life in four of five targeted trials. | 3 | 3 | 3 | | |
| **4.3** Given a reading assignment, Melissa will accurately define the literal meanings of figurative language encountered in literary selections 80% of the time. | 3 | 3.5 | 3.5 | | |
| **4.4** Given a reading assignment, Melissa will correctly identify the main ideas and themes in literary selections in four of five attempts. | 3 | 3 | 3.5 | | |

CdM
11/5/04

CdM
2/10/05

CdM
4/11/05

123

| Student ID: 9070087 | | |
| --- | --- | --- |
| Student Name: Melissa Roark | Student Goals and Objectives | IEP Date: 5/26/2004 |

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio  Test  Report

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## READING

SERVICE PROVIDER: Special Educator

**STRATEGIES**

- Think-Aloud method
- Visualization
- Self-questioning
- Critical thinking skills
- Untimed tests
- Confer with Speech/Language OT Psych
- One-to-one instruction
- Small class size

- Retelling
- Brainstorming
- Paraphrasing
- Listening skills
- Teacher-made materials
- Special education teacher
- Individualized instruction

**GOAL 1:** When reading a literary selection, Melissa will successfully use analytical reading skills at the instructional level with 80% success.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
| --- | --- | --- | --- | --- | --- |
| 1.1 When reading a literary selection, Melissa will successfully defend an opinion and justify an answer using supporting text at the instructional level with 80% accuracy. | 3 | 3 | 3 | | |
| 1.2 When reading a literary selection, Melissa will accurately paraphrase major concepts using supporting text in four of five attempts. | 1 | 3 | 3.5 | | |
| 1.3 After reading a literary selection, Melissa will actively participate in discussions in four of five attempts. | 3 | 3.5 | 4 | | |
| 1.4 As an extension of literature-based discussion, Melissa will accurately demonstrate comprehension by writing an essay based on assigned questions with 80% success. | 3 | 3.5 | 4 | | |

**GOAL 2:** Given a reading assignment, Melissa will convey accurate understanding and use of vocabulary at the instructional level with 80% accuracy.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
| --- | --- | --- | --- | --- | --- |
| 2.1 Given a reading assignment, Melissa will correctly determine the meanings of words in context using synonyms, antonyms, homonyms, and definition clues in four of five attempts. | 1 | 1 | 1 | | |
| 2.2 Given a reading assignment, Melissa will correctly determine the meaning of a word in context using comparison and contrast clues in four of five attempts. | 1 | 1 | 1 | | |
| 2.3 Given a reading assignment, Melissa will accurately define and memorize new vocabulary selected from literature, using the dictionary and context in eight of ten situations. | 3 | 3.5 | 3.5 | | |

**GOAL 3:** Given a reading assignment, Melissa will demonstrate effective comprehension strategies in eight of ten attempts.

Q1  Q2  Q3  Q4  ESY 1 2 4

OBJECTIVE(s):

05/17/04 02:46 PM

3.1 Given a reading assignment, Melissa ' identify the main idea, stated or implied, in a selec    in four of five attempts.

3 3 3.5

3.2 Given a reading assignment, Melissa will accurately locate specific information in a passage with 80% accuracy.

3 3 3

3.3 Given a reading assignment, Melissa will accurately identify the cause/effect relationship in a selection in eight of ten attempts.

3 3 3

3.4 Given a reading assignment, Melissa will correctly use context clues to determine the meaning of figurative language in four of five trials.

3 3 3

CRB
11/5/04

CRB
2/10/05

CRB
4/19/05

Student ID: 9070087
Student Name: Melissa Roark

Student Goals and Objectives

IEP Date: 5/26/2004

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio    Test    Report

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## MATH

SERVICE PROVIDER: Special Educator

### STRATEGIES
- Use of calculator in class and/or test situations
- Untimed tests
- Confer with Speech/Language OT Psych
- One-to-one instruction
- Small class size
- Graph paper
- Teacher-made materials
- Special education teacher
- Individualized instruction

**GOAL 1:** Given a written assignment at the instructional level, Melissa will correctly use basic math skills in four of five trials.

|  | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| **OBJECTIVE(s):** |  |  |  |  |  |
| 1.1 During class discussion and for written assignments at the instructional level, Melissa will use appropriate vocabulary to demonstrate understanding of elementary algebra concepts in four of five trials. | 3 | 3 | 4 |  |  |
| 1.2 Given a written assignment at the instructional level, Melissa will solve multistep one-variable equations, including combining like terms and applying distributive principles, with 80% accuracy in four of five trials. | 4 | 4 | 4 |  |  |
| 1.3 Given a written assignment at the instructional level, Melissa will solve equations containing exponents, squares, and radicals with 80% accuracy in four of five trials. | 1 | 1 | 3 |  |  |
| 1.4 Given a written assignment at the instructional level, Melissa will solve and graph one-variable inequalities with 80% accuracy in four of five trials. | 1 | 1 | 3 |  |  |

**GOAL 2:** Given a written assignment, Melissa will identify and use percentages with 80% accuracy at the instructional level.

|  | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| **OBJECTIVE(s):** |  |  |  |  |  |
| 2.1 Given a written assignment at the instructional level, Melissa will solve real-world problems using percentages with 80% accuracy in four of five trials. | 3 | 4 | 4 |  |  |
| 2.2 Given a written assignment at the instructional level, Melissa will correctly write a percent as a fraction in four of five trials. | 3 | 4 | 4 |  |  |
| 2.3 Given a written assignment at the instructional level, Melissa will correctly write a percent as a decimal in four of five trials. | 3 | 4 | 4 |  |  |
| 2.4 Given a written assignment at the instructional level, Melissa will convert percents to fractions and decimals with 80% accuracy in four of five trials. | 3 | 4 | 4 |  |  |

**GOAL 3:** Given a classroom assignment at the instructional level, Melissa will correctly use pre-algebra vocabulary in four of five trials.

|  | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| **OBJECTIVE(s):** |  |  |  |  |  |

3.1 In daily class assignments and in four of five trials, Melissa will read, write, and apply selected

126

05/17/04 03:46 PM

introductory pre-algebra vocabulary words including, but not limited to: evaluate, substitute, simplify, variable, expression, value, equation, inequality, absolute value, power, exponent, integers, rational numbers, order of operations, sum, difference, product, quotient.

3.2 In daily class assignments and in four of five trials, Melissa will read, write, and apply pre-algebra vocabulary words in oral and written form and across all math contexts.

3  3  3

3  3  3

Student ID: **9070087**                     Student Goals and Objectives                     IEP Date:  **5/26/2004**
Student Name:  **Melissa Roark**

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio   Report   Other: Student Conference

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

**SOCIAL BEHAVIORAL**
   SERVICE PROVIDER: Clinical Social Worker

**STRATEGIES**
   - Supportive teacher counseling                    - Crisis Intervention
   - Consult with school counselor

**GOAL 1:**  During discussion with an adult, Melissa will identify and implement alternative actions for given situations.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1.1 Given class assignments at the instructional level or common social situations, Melissa will take appropriate risks and try new activities in order to demonstrate new skills in four of five trials. | 3 | 3 | 3 | | |
| 1.2 Given class assignments at the instructional level or common social situations, Melissa will identify and discuss personal opinions about alternative actions for given situations in four of five trials. | 3 | 3 | 3 | | |
| 1.3 Given class assignments at the instructional level or common social situations, Melissa will implement viable alternatives for given situations in four of five trials. | 3 | 3 | 3 | | |

**GOAL 2:**  Melissa will demonstrate a positive attitude.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 2.1 During class and in common social situations, Melissa will set obtainable goals in four of five trials. | 3 | 3 | 3 | | |
| 2.2 During class and in common social situations, Melissa will participate in activities that provide a sense of accomplishment in four of five trials. | 3 | 3 | 3 | | |

**GOAL 3:**  Melissa will demonstrate appropriate conduct with peers and adults.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 3.1 During discussion with an adult, Melissa will identify the differences between friendship and peer relationship in four of five trials. | 3 | 3 | | | |
| 3.2 During discussion with an adult, Melissa will discriminate between positive and negative peer models in four of five trials. | 3 | 3 | 3 | | |

128

Student ID: 9070087
Student Name: Melissa Roark          Student Goals and Objectives          IEP Date: 5/26/2004

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Test   Documented Observations   Report

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## SPEECH/LANGUAGE
   SERVICE PROVIDER: Speech/Language Pathologist

## STRATEGIES

| | |
|---|---|
| - structured linguistic experiences | - direct imitation |
| - auditory cueing | - computer / selected software |
| - classroom interaction | - staffing |
| - imagery | - miscue (error) analysis |
| - modeling | - visual cueing |
| - practice / drill | - structured conversation |
| - classroom observation | - role playing |
| - rehearsal | - monitor: reading fluency, phonology as applied to reading and spelling, word retrieval |

**GOAL 1:** Melissa will develop contextual/integrated language skills.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1.1 Melissa will improve linguistic skills (morphologic, syntactic, semantic, phonologic) by editing errors in context. | 2 | 3 | 3 | | |
| 1.2 Melissa will spontaneously identify and use appropriate strategies to enhance written language organization. | 2 | 3 | 4 | | |
| 1.3 Melissa will improve sentence formulation skills by reducing the occurrence of awkward sentence structures in spoken and/or written language. | 3 | 3 | 3 | | |
| 1.4 Melissa will improve sentence formulation skills by increasing the use of specific/exact/more appropriate word choices in spoken and/or written language. | 3 | 3 | 3 | | |

**GOAL 2:** Melissa will develop syntactic skills.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 2.1 Melissa will improve sentence level reading and written language skills by demonstrating understanding of and/or using higher level conjunctions (e.g., although, otherwise, however). | 3 | 3 | 4 | | |
| 2.2 Melissa will improve sentence level skills by using compound and complex sentence forms. | 3 | 3 | 3 | | |

ac 10/25/04
ac 1/14/05, 4/5/05

129

Student ID: 9070087
Student Name: Melissa Roark

Student Goals and Objectives

IEP Date: 5/26/2004

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:**

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

**OCCUPATIONAL THERAPY**

SERVICE PROVIDER: Occupational Therapist

**STRATEGIES**

- Calendar to plan long-term assignments
- Home program
-

- Extended time
- Word processor for long assignments

**GOAL 1:** Melissa will improve functional independence within the school environment.

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| **OBJECTIVE(s):** | | | | | |
| 1.1 Melissa will be able to independently and consistently use efficient and effective approaches for studying and taking tests. | 3 | 4 | 4 | | |
| 1.2 Melissa will independently advocate for help from her teachers and/or the appropriate related service personnel. | 3 | 4 | 4 | | |

**GOAL 2:** Melissa will improve visual spatial perception, and/or perceptual motor skills for greater success during functional activities.

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| **OBJECTIVE(s):** | | | | | |
| 2.1 Melissa will demonstrate improved awareness of forms and spatial relations by correctly orienting an object/picture when it is displaced in space. | 3 | 3 | 3+ | | |
| 2.2 Melissa will demonstrate improved awareness of forms and spatial relations by correctly using a map to find an unfamiliar location. | 3 | 3 | 3+ | | |
| 2.3 Melissa will demonstrate improved perception of visual figure ground by finding a specific object among a collection of objects while completing academic tasks. | 3 | 3 | 3+ | | |
| 2.4 Melissa will demonstrate improved perception of visual figure ground by accurately discriminating relevant from irrelevant features of a visually cluttered environment, surface, or text. | 3 | 3 | 3+ | | |

**GOAL 3:** Melissa will improve hand development for greater success during fine motor tasks.

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| **OBJECTIVE(s):** | | | | | |
| 3.1 Melissa will demonstrate appropriate developmental grasp/ release patterns by effectively manipulating objects or tools. | 3 | 3 | 3+ | | |
| 3.2 Melissa will demonstrate isolated finger control to complete fine-motor manipulative tasks with increased fluidity, speed, and accuracy. | 3 | 3 | 3+/4 | | |

130

Student ID: 9070087
Student Name: Melissa Roark

Student Goals and Objectives

IEP Date: 5/26/2004

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Report

*Progress Codes:*
1 = Not yet introduced  2 = No progress  3 = Developing skill, inconsistent responses  4 = Mastered with cues  5 = Mastered criteria level

## PSYCHOLOGICAL SERVICES

  SERVICE PROVIDER: Clinical Psychologist

## STRATEGIES

  - Consultation with Academic Staff
  - Consultation with Speech/Language Pathologist
  - Consultation with Parents/Guardians
  - Ego-Supportive Psychotherapy

**GOAL 1:** Melissa will verbally express knowledge of personal strengths and weaknesses.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1.1 Melissa will identify 5 positive personal attributes to therapist. | 3 | 3 | 4 | | |
| 1.2 Melissa will identify 5 general areas of personal difficulty to therapist. | 3 | 3 | 4 | | |
| 1.3 Melissa will identify 5 specific limitations to therapist. | 3 | 3 | 4 | | |

**GOAL 2:** Melissa will engage in activities to improve self-concept.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 2.1 Melissa will take risks and try new activities in 4 of 5 trials as observed by teacher(s) or therapist. | 3 | 3 | 4 | | |
| 2.2 Melissa will develop 3 short-term goals designed to improve self-concept and implement with success in 4 of 5 trials as observed by therapist or teacher(s). | 3 | 3 | 4 | | |
| 2.3 Melissa will develop 3 long-term goals designed to improve self-concept and implement with success in 4 of 5 trials as observed by therapist or teacher(s). | 3 | 3 | 4 | | |
| 2.4 Melissa will engage in verbal self-reinforcement for taking risks and trying new activities in 4 of 5 trials as observed by therapist or teacher(s). | 3 | 3 | 4 | | |

131

## The Lab School of Washington
## Individualized Education Program

Student ID: **9070087**
Student Name:  **Melissa Roark**

**Student Classroom and Testing**
**Accommodations**

IEP Date: **5/26/2004**

**Student Name:**     Melissa  Rose  Roark

**DOB: 9/23/1990**                    **For School Year:**        8/31/2004 to 6/10/2005

**Note:** *The following accommodations must be provided in the classroom and during formal, informal, and standard testing.*

-- Calculator for mathematics testing
-- Extra response and processing time
-- School personnel may check student's transferred responses (alignment and completeness of hand-filled bubbles)
-- Small group setting
-- Supervised breaks during test session
-- Test are administered at best time of day for student
-- Use of electronic devices (e.g., mechanical speller, computer, etc.)
-- Verbatim reading of selected sections of test or vocabulary
-- Verbatim repetition of written directions , as needed

132

# The Lab School of Washington
## Individualized Education Program

Student ID: **9070087**  
Student Name: **Melissa Roark**

**Individualized Transition Services Plan**

IEP Date: **5/26/2004**

**Statement of Plans:** Melissa likes to participate in activities that relate to sports and being with her friends. She plans to go to college and thinks she might like to become either a psychologist or social worker.

Working toward:  ☑ High School Diploma from LSW or LEA

☐ High School Certificate from LSW or LEA

☐ No Determination at this time

**Long Term Transition Goals:**

**Education:**

Melissa will attend a four-year college/university.

**Adult Living:**

Melissa will develop the self-advocacy and independent living skills necessary to live independently as an adult.

**Employment:**

**Transition Service Areas:**

| | Needed | Not Needed | Basis for Determination (if not needed) |
|---|---|---|---|
| **Instruction:** | ☑ | ☐ | |
| **Community Experience:** | ☑ | ☐ | |
| **Development of Employment and other Postschool Adult Living Objectives:** | ☑ | ☐ | |

**Type of Transition Services:**

**Instruction:**

- Academics
- Social Skills
- Study Skills

**Community Experience:**

- Community Service

**Post School Adult Living Objectives:**

- Education
- Organization Skills
- Self-advocacy
- Social Skills
- Time Management

**Development of Employment:**

- Career Awareness/Exploration

**The Agency Linkages needed for Transition:**

Agency Linkage 1: None  
Agency Linkage 2:

133

05/17/04 03:46 PM

Student ID: 9070087
Student Name: Melissa Roark

Individualized Transition Services Plan

IEP Date: 5/26/2004

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Average progress   4 = Good progress   5 = Mastered criteria level

**GOAL 1:** Melissa will determine vocational strengths and interests.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1.1 Melissa will list requirements of three career choices. | 1 | 1 | 1 | | |
| 1.2 Melissa will list positive and negative aspects of three career choices. | 1 | 1 | 1 | | |
| 1.3 Melissa will read literature related to career choice. | 1 | 1 | 1 | | |

**GOAL 2:** Melissa will demonstrate the acquisition of skills necessary for independent living.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 2.1 Melissa will develop personal strategies to keep self organized. | 3 | 3 | 4 | | |
| 2.2 Melissa will learn and employ time management strategies. | 3 | 3 | 4 | | |
| 2.3 Melissa will learn to fill out the standard personal information on forms. | 3 | 3 | 4 | | |

**GOAL 3:** Melissa will take more responsibility for education.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 3.1 Melissa will seek assistance when necessary. | 3 | 3 | 3+ | | |
| 3.2 Melissa will use an assignment book/daily planner. | 3 | 3 | 3+ | | |
| 3.3 Melissa will be be punctual to class. | 3 | 3 | 4 | | |
| 3.4 Melissa will meet deadlines for assignments. | 3 | 3 | 4 | | |

**GOAL 4:** Melissa will determine academic strengths and weaknesses.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 4.1 Melissa will describe strengths and weaknesses. | 3 | 3 | 4 | | |
| 4.2 Melissa will learn compensatory strategies for writing and organization. | 3 | 3 | 4 | | |
| 4.3 Melissa will monitor for focus in class. | 3 | 3 | 4 | | |

134

## The Lab School of Washington
## Individualized Education Program

**Student ID:** 9070087
**Student Name:** Melissa Roark

**IEP Date:** 5/26/2004

| | | | |
|---|---|---|---|
| **Student Name:** | Melissa Roark | **Managing School:** | Lab School of Washington |
| **Additional Comments:** | ☐ | **DOB:** 9/23/1990 | **Attending School:** Lab School of Washington |

### IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION: SERVICES ALTERNATIVES:

Can curricular modifications and/or supplemental aids and services be used for a LRE setting in regular education? ☐ YES ☑ No

Explanation for removal out of regular education classroom.

This Student's pervasive learning disabilities impede acquisition of academic skills and the ability to learn and complete assignments in the general education curriculum. A self-contained, intensive, individualized, remedial special education program will allow academic and social/emotional growth.

### X. SUPPLEMENTARY AIDS AND SERVICES

| Classroom Needs | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
|---|---|---|---|---|---|---|---|
| (Do not name products or companies) | GenEd | SpEd | Total | Hr/Min | D/W/M | (by discipline) | (mm/dd/yyyy) |
| Please see Lab School | | | | | | | |
| IEP goal areas. | | | | | | | |

### XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I — Tested with non-disabled peers under standard conditions without accommodations.
☐ Level II — (Describe accommodations for level II) Tested under standard conditions with special accommodations.
☑ Level III — (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations.
☐ Level IV — (Describe below the alternative assessment)
☐ Level V — Portfolio _____

### XII. Areas Requiring Specialized Instruction and Related Services:

☑ Reading  ☐ Physical/Sensory  ☐ Transition
☑ Mathematics  ☑ Social Emotional  ☐ Vocational
☑ Written Expression  ☐ Physical Development  ☐ Independent Living
☐ Other: _____  ☑ Speech/Language
☐ None — Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

### XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION:

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| in general education classroom setting | Reject | |
| combination of general education/resource classroom | Reject | |
| out of general education classroom | Accept | Not with non-handicapped peers |

Modification(s)/Accommodation(s) to address the harmful effects:

None Needed

**Location for Services:** Lab School of Washington

135

## The Lab School of Washington
## Individualized Education Program

**Student ID: 9070087**
**Student Name: Melissa Roark**

**Documented Level of Service**

**IEP Date: 5/26/2004**

| | | | | |
|---|---|---|---|---|
| **School:** Lab School | **Principal:** Duncan | | **Special Education Coordinator:** | |
| **Date:** | **Case Manager:** | | **Technical Support Supervisor:** | |
| **Student:** Melissa Roark | **DOB:** 9/23/1990 **Age:** 13:8 | **Grade:** 9 | **ID#:** LAB0270 | **SSN:** 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 |
| **Parent:** Robert Roark | **Telephone (H):** 202-966-5611 | | **Telephone (W):** 703-269-2426 | |
| **Address:** 3215 Oliver Street, NW | | **City:** Washington | **State:** DC | **Zip:** 20015 |

**REFERRAL SOURCE (Check):** ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☐ Local School  ☐ Other

Previous least restrictive environment (LRE Setting):

### JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| | Current IEP | Yes | ☑ | No | ☐ |
| | Signatures of required participants (MDT Notes) | Yes | ☑ | No | ☐ |
| | Intervention Behavior Plan | Yes | ☐ | No | ☐ |
| **See IEP** | Copies of current class work and homework assignments | Yes | ☑ | No | ☐ |
| | Medical Reports | Yes | ☐ | No | ☐ |
| | Clinical Reports | Yes | ☐ | No | ☐ |
| | Psychiatric Reports | Yes | ☐ | No | ☐ |
| | Medications | Yes | ☐ | No | ☐ |
| | Attendance Record | Yes | ☑ | No | ☐ |
| | Copies of most recent evaluations | Yes | ☑ | No | ☐ |

| 4. Results of all intentions: (TAT, MDT, etc., and Meeting Notes) | 5. Resources needed to program implementation |
|---|---|
| **See Progress Report** | **See IEP** |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team) | SERVICE PROVIDER (Some text here) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination of general education and resource classroom | ☐ combination of general education, special educators, and related service providers | ☐ between 21% and 60% of service time |
| 3 | ☑ out of general education classroom | ☑ special educators and related service providers | ☑ between 61% and 100% of service time |

136

\* In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.353) Nonacademic settings)

| Check the level of need as indicated |
|---|
| **DIRECTIONS:** |

| If two or three boxes are checked in the Row 1, check LOW<br>If two or three boxes are checked in the Row 2, check MODERATE<br>If two or three boxes are checked in the Row 3, check HIGH | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |
|---|---|

| 7. LEVEL OF NEED | | |
|---|---|---|
| ☐ LOW | ☐ MODERATE | ☑ HIGH |

137

## The Lab School of Washington
### Individualized Education Program

| | | |
|---|---|---|
| Student ID: 9070087 | **Evaluation to Justify Transportation** | IEP Date: **5/26/2004** |
| Student Name: **Melissa Roark** | **Attachment A** | |

Student: Melissa Roark

DOB: **9/23/1990**

Attending School: Lab School of Washington     Neighborhood School: _____

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the students from walking to school.
   Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently.
   Specify

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently.
   Documentation source

5. ☐ A severe communication disability prevents the prevents the students from communicating for his/her own safety.
   Documentation source _____

6. ☐ A behavior/emotional disability is so severe or erratic that there is concern for the safety of the student or others.
   Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☑ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is mentally fragile.  Documentation source

10. ☐ The student requires assistance to get on and off the bus.  Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability.  Documentation source

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day).
    Explain

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him or her from walking to school.  Documentation source

14. ☐ A documented severe cognitive disability prevents the student from walking to school.  Documentation source

15. ☐ Other (Specify) _____

138

## The Lab School of Washington
## Individualized Education Program

| | | |
|---|---|---|
| Student ID: 9070087<br>Student Name: Melissa Roark | **Student Transportation Data Form**<br>**Attachment B** | IEP Date: 5/26/2004 |

Date of Request: 5/26/04     Person Making Request: *Sally Seawright*

Status of Request: _____     Date Request Received: _____

School Year: 8/31/2004 to 6/10/2005     Person Receiving Request: _____

---

Robert Roark
**Parent / Guardian (Print legibly or type)**

202-966-5611
**Telephone (H)**

703-269-2426
**Telephone (W)**

Hannah Sunhed
**Emergency Contact**

Other
**Relationship**

202-966-5611
**Telephone No.**

202-321-2667(cell)
**Pager / Cell No.**

Students will be taken to a central location until 6:00 P.M. if the bus attendants are unable to deliver them to the designated location. After 6:00 P.M. the police will be contacted. This year's central location is _____

---

| Roark | Melissa | Rose |
|---|---|---|
| **Last Name** | **First Name** | **MI** |

3215 Oliver Street, NW
**House No. & Street Name**     **Quad. & Apt.**

Washington     DC     20015
**City**     **State**     **Zip Code**

9/23/1990   Female   English    Lab School - 202-965-6600
**DOB**    **Gender**   **Primary Language**    **Submitting School and**
**Telephone Number**

Specific Learning Disability
**Disability Classification**     **Medical Issues**

**MODE OF**
**TRANSPORTATION**    ☐ *Bus   ☐ Tokens   ☐ Farecards

**\* SPECIAL ACCOMMODATIONS FOR BUS**

Height: _____     Weight: _____

Oxygen    Tracheotomy Tube    Seizures    Helmet
Harness    1:1 Aide    Behavioral Issues: _____
Medication:     Specific Allergies:

**Dosage required during transportation**

☐ Yes   ☐ No    Dosage: _____    ☐ PM   ☐ AM

☐ Mobility   ☐ Ambulatory ( ☐ Cane, ☐ Crutch, ☐ Walker )

☐ Ambulatory w/ assistance ( ☐ Cane, ☐ Crutch, ☐ Walker)

☐ Non-Ambulatory ( ☐ Standard, ☐ Motorized, ☐ Oversized

w/ lap tray ☐ Yes ☐ No)

☐ Car Seat    ☐ Positioning Device

☐ Special Restraint    ☐ Other Describe

---

Click one of the following:

☑   AM Pick-up & PM Drop-off is the same as the student address.

☐   AM Pick-up Address _____     Telephone No. _____

☐   PM Pick-up Address _____     Telephone No. _____

**\*\*\* Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

---

Karen Duncan     (202) 965-6600
School Official requesting transportation service    Telephone No.     Date

Lab School of Washington     4759 Reservoir Rd. NW     (202) 965-6600
School to Attend     Address of School     Telephone No.

139

### The Lab School of Washington
### Individualized Education Program

Student ID: 9070087
Student Name: Melissa Roark

**IEP Meeting Notes**

IEP Date: 5/26/2004

**Student:** Melissa Roark          **School:** Lab School of Washington

| Participants: (Print Name) | Participants: (Sign Name) | Discipline |
|---|---|---|
| Sally Seawright | Sally Seawright | Jr. High Coordinator |
| Victoria P Ecat | Victoria P Ecat, PW | Psychologist |
| Molly George | Molly George OTR | Occupational Therapy |
| Erin Foster | Erin E Foster MACCC-SLP | Speech-Language Pathologist |
| Abby Arnol | Abby Arn ol | parent |
| Robert Roark | R. Roart | parent |

**Meeting Notes:**

Melissa's progress was notable. She made more than a year's progress in all academic areas. She is very conscientious about meeting her assignments athough she has more difficulty with long term projects and abstract comprehension.

In OT, Melissa worked on a interactive metronome project where she showed improvement

140

in her coordination, handwriting, keyboarding and general timing (internal). The program seemed to be very effective for her. Melissa needs to continue in individual O.T. next year and become more aware of her weaknesses.

In Speech and Language Melissa is also recommended for individual next year so she can develop her advocacy skills as well as continue work on comprehension, especially with abstract thinking. She also needs work on going beyond the obvious in her writing. Word retrieval is still a major issue.

The psychologist reports that Melissa has had a good year. She is looking forward to being in a high school group. In individual she has gone to one individual a week and used the time well.

It is recommended that Melissa return to Lab School for the 04-05 school year.

141

## ıe Lab School of Washington
## Individualized Education Program

udent ID: **9070087**
udent Name: **Melissa Roark**

**Student Data / Cover Sheet**

IEP Date: **5/20/2003**

## . IDENTIFICATION INFORMATION

**itudent**   **Last:** Roark        **First:** Melissa        **Middle:** Rose        **DOB:** 9/23/1990    **Age:** 12:8    **Gender:** Female

**Student ID:** 9070087        **Social Security Number:** 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        **Ethnic Group:**

**Division:** Junior High        **Attending School:** Lab School of Washington    **Home School:**

**ddress**   **Street:** 3215 Oliver St., NW        **City:** Washington        **State:** DC   **Zip Code:** 20015

**arent(s)**   **Name:** Robert Roark & Abby Roark        **Relationship:** Parents

**hone**   **Home:** 202-966-5611        **Work:** 703-821-2010        **Other:**

## I. CURRENT INFORMATION

**Date of IEP Meeting:** 5/20/2003    **Last IEP Meeting Date:** 5/23/2002    **Most Recent Eligibility Decision Date:** 5/9/2001

**Purpose of IEP Conference:**   Initial IEP: ☐   IEP Review: ☑   Requested Evaluation: ☐   Triennial Evaluation: ☐

**Addenda to be Attached:**   Transport: ☑   Transition: ☐   ESY: ☐   Behavior: ☐

**Level of Standardized Assessment:** III

## III. LANGUAGE

| | Language | Language Used For Evaluation | Language Used in Conference | Communication Requirements | |
|---|---|---|---|---|---|
| | | | | | Oral: _____ |
| | | | | | Rdg./Written: _____ |
| **Student** | English | English | English | English | Instrument: _____ |
| **Parent** | English | English | English | English | Date: _____ |

## V. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| Service | Provider | Setting | Time | Type | Freq. | Duration |
|---|---|---|---|---|---|---|
| ipecial Education | Special Ed. Teacher | SpEd | 30.5 hrs | Specialized Instruction | per week | 5/20/2003 to 5/20/2004 |
| ipeech/Language | Speech/Language Therapist | | | Integrated Services | | 5/20/2003 to 5/20/2004 |
| )ccupational Therapy | Occupational Therapist | | | Integrated Services | | 5/20/2003 to 5/20/2004 |
| ipeech/Language | Speech/Language Therapist | SpEd | 45 min | Individual | 1 per week | |
| ipeech/Language | Speech/Language Therapist | SpEd | 45 min | Group | 1 per week | |
| sychological | Clinical Psychologist | SpEd | 45 min | Individual | 2 per month | |
| sychological | Clinical Psychologist | SpEd | 45 min | Group | 1 per week | |
| )ccupational Therapy | Occupational Therapist | SpEd | 45 min | Individual | 1 per week | |
| )ccupational Therapy | Occupational Therapist | SpEd | 45 min | Group | 1 per week | |

'otal Related Services hours per week: 4.5

'otal Specialized Instruction and Related Services hours per week: 35

EXHIBIT 142

MR-13

tabbies

## V. DISABILITY(IES)

Specific Learning Disability

**Percent of time in Specialized Instruction and Related Services**

61 - 100%

☐ (Check if setting is General Ed.)

**Percent of time NOT in Regular Education Setting: 100%**

## VI. IEP TEAM (Participants in the development of the IEP) Print and sign your name below

| Print | Sign | Print | Sign |
|---|---|---|---|
| Sally Seawright | Sally Seawright | Robert Robert | _(signature)_ |
| Martha Kiger | Mhti Kign mhik | | |
| Erin Fotter | Erin Fostter MA, CFY-SLP | | |
| Abby Arnolv | abby arna | Victoria P. Brut | Victia Q. E. us Qup |

I AGREE with the contents of the IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parental rights pertaining to special education.

PARENT/GUARDIAN SIGNATURE _(signature)_ DATE 5/20/03

143

## The Lab School of Washington
## Individualized Education Program

udent ID: 9070087
udent Name: Melissa Roark

**Current Levels of Functioning**

IEP Date: 5/20/2003

### Current Levels of Functioning

rea: Written Language

**Instructional Level: 6.0**

**trengths:**

onsistently uses correct capitalization
ble to communicate basic thoughts & ideas
emonstrates skill in managing materials/space
ffectively uses computer to write & edit work
ollows oral & written directions
orks independently
onsistently meets deadlines

**Weaknesses:**

Inconsistent use of punctuation
Demonstrates weak spelling skills
Exhibits weak organization skills
Demonstrates weak sequencing skills
Has difficulty generating ideas
Demonstrates weak proofreading skills
Has difficulty overcoming initial hesitancy in writing

**mpact Statement:** These weaknesses affect Melissa's ability to acquire effective writing kills to successfully complete daily written assignments (paragraphs, essays, reports, ournals, research papers) in the general education curriculum.

---

rea: Reading

**Instructional Level:**

itrengths:

nstructional Level:
   Decoding: 7.5; Comprehension: 6.5

ecodes fluently
lses a large sight word vocabulary
ble to comprehend at the literal level
.ccurately recalls story facts
ummarizes material
eads with expression
eads independently
emonstrates enthusiasm for reading
ompletes class work & homework consistently

**Weaknesses:**

Difficulty comprehending at the abstract level
Weak skill in understanding cause/effect relationships
Weakskill in making inferences
Demonstrates weak language skills

**mpact Statement:** These weaknesses affect Melissa's ability to successfully read literature nd content area materials to acquire new information in the general education curriculum.

---

rea: Math

**Instructional Level: 6.5**

**trengths:**

emonstrates strong calculation skills
ffectively uses strategies for problem solving
eneralizes concepts learned through
anipulatives
earns through real-life applications
ffectively applies process to problem solving
ollows oral & written directions
ffectively organizes work space
xhibits intellectual curiosity

**Weaknesses:**

Reverses numbers and/or letters
Demosntrates weak sequencing skills
Demonstrates weak understanding of place value
Demonstrates difficultgy grasping new concepts
Unable to accurately recall steps in a process
Demonstrates weak spatial orientationskills

144

onsistently completes class work & homework
emonstrates strong self-advocacy skills

**mpact Statement:** These weaknesses affect Melissa's ability to acquire math calculation and
roblem solving skills and to successfully use these skills to complete assignments in the
eneral education curriculum.

---

**rea:** Social Behavioral                          **Evaluator:** Clinical Social Worker

**trengths:**                                        **Weaknesses:**

ctively participates in group activities    Does not effectively read social cues at times
s prepared for class with appropriate       Continue to work on self-advocacy skills
aterials & work                             Has difficulty in adjusting to change
xhibits motivation to learn

**mpact Statement:** These weaknesses affect Melissa's ability to engage in the learning process
y not maintaining attention in the classroom, organizing materials and information, using
ffective study skills, & developing relationships.

---

**rea:** Speech/Language                            **Evaluator:** Speech/Language Therapist

**trengths:**                                        **Weaknesses:**

elative Strengths are noted in the following    Relative Weaknesses are noted in the following
reas:                                           areas:
spects of semantics                             aspects of semantics
spects of syntax                                aspects of syntax
ocial pragmatics                                word retrieval
honological awareness                           vulnerable phonological awareness as applied to
eading comprehension                            reading and spelling
uditory processing                              written language
uditory memory                                  vulnerable reading fluency
                                                monitor: phonology; linguistic confidence

**mpact Statement:** These weaknesses compromise functioning in the general education curriculum
n the following ways:
ifficulty independently completing grade-level reading and/or writing assignments,
ifficulty participating effectively in class discussions

---

**rea:** Occupational Therapy                       **Evaluator:** Occupational Therapist

**trengths:**                                        **Weaknesses:**

**mpact Statement:** Melissa is a sweet, hardworking young woman who aims to please, but who also
acks self-confidence. She continues to demonstrate difficulties with postural control, body
onfidence, and muscular flexibility, visual spatial processing, fine motor skills and
exterity, and visual motor integration with tasks such as handwriting, keyboarding, copying
nd use of adaptive strategies. These difficulties have a negative impact on her abilities to
rite, type, edit, read, manipulate classroom tools, and utilize a systematic and thorough
pproach to her assignments without assistance from adults.

---

145

**rea:** Psychological Services                     **Evaluator:** Clinical Psychologist

**trengths:**                                  **Weaknesses:**

**mpact Statement:** Melissa is easily overwhelmed and has difficulty with self-advocacy and
elf-confidence.  She does not have a large repertoire of coping mechanisms either.  All of
his makes it more difficult for her to function effectively in the general educational
urriculum.

COMPUSCORE VERSION 1.1b
SUMMARY AND SCORE REPORT

Name: Roark, Melissa                    School: LSW
Date of Birth: 09/23/1990               Teacher: JRH 07
Age: 12 years, 8 months                 Grade: 7.8
Sex: Female                             ID: JRH 02-03
Date of Testing: 05/15/2003             Examiner: Rassai


TEST SESSION OBSERVATIONS

Melissa's conversational proficiency seemed typical for her age level.  She was
cooperative throughout the examination; her activity level seemed typical for her age.
Melissa appeared at ease, comfortable, and attentive to the tasks during the examination.
Melissa sometimes responded too quickly to test questions, but she generally persisted
with difficult tasks.

**TABLE OF SCORES: Woodcock-Johnson III Tests of Achievement**
Norms based on age 12-8

| CLUSTER/Test | RAW | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) |
|---|---|---|---|---|---|---|---|
| TOTAL ACHIEVEMENT | – | 12-7 | 10-11 | 14-8 | 90/90 | 49 | 100 (98-101) |
| BROAD READING | – | 13-4 | 12-0 | 14-11 | 94/90 | 59 | 104 (101-106) |
| BROAD MATH | – | 11-2 | 9-11 | 12-11 | 77/90 | 30 | 92 (90-94) |
| BROAD WRITTEN LANG | – | 13-5 | 10-10 | 17-0 | 92/90 | 60 | 104 (100-108) |
| READING COMP | – | 14-0 | 11-2 | 17-10 | 94/90 | 66 | 106 (102-111) |
| MATH CALC SKILLS | – | 10-3 | 8-11 | 12-0 | 68/90 | 14 | 84 (80-87) |
| BASIC WRITING SKILLS | – | 12-11 | 11-0 | 15-3 | 91/90 | 53 | 101 (98-105) |
| WRITTEN EXPRESSION | – | 13-1 | 10-9 | 18-1 | 91/90 | 57 | 102 (97-108) |
| ACADEMIC SKILLS | – | 12-3 | 10-8 | 14-3 | 88/90 | 46 | 99 (96-101) |
| ACADEMIC FLUENCY | – | 12-10 | 11-5 | 14-5 | 91/90 | 52 | 101 (99-103) |
| ACADEMIC APPS | – | 12-8 | 10-7 | 16-1 | 90/90 | 50 | 100 (96-104) |
| ACADEMIC KNOWLEDGE | – | 10-11 | 9-4 | 12-11 | 77/90 | 30 | 92 (88-97) |

---

Form A of the following achievement tests was administered:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Letter-Word ID | 60 | 12-9 | 11-5 | 14-3 | 90/90 | 51 | 100 (96-104) |
| Reading Fluency | 60 | 14-0 | 13-1 | 14-10 | 98/90 | 65 | 106 (104-108) |
| Calculation | 19 | 10-10 | 9-9 | 12-4 | 71/90 | 25 | 90 (85-95) |
| Math Fluency | 50 | 9-3 | 7-3 | 11-6 | 65/90 | 4 | 74 (71-76) |
| Spelling | 40 | 13-11 | 11-2 | 16-5 | 94/90 | 62 | 104 (100-109) |
| Writing Fluency | 22 | 13-2 | 11-6 | 15-8 | 92/90 | 57 | 103 (97-108) |
| Passage Comprehension | 34 | 12-8 | 10-2 | 17-6 | 90/90 | 50 | 100 (94-106) |
| Applied Problems | 41 | 12-7 | 11-4 | 14-3 | 90/90 | 50 | 100 (97-103) |
| Writing Samples | 13-D | 13-0 | 8-9 | >23 | 90/90 | 53 | 101 (92-111) |
| Editing | 18 | 12-4 | 10-11 | 14-1 | 88/90 | 46 | 98 (95-102) |
| Reading Vocabulary | – | 14-11 | 12-4 | 18-0 | 96/90 | 74 | 110 (106-114) |
| Academic Knowledge | – | 10-11 | 9-4 | 12-11 | 77/90 | 30 | 92 (88-97) |

5a

# THE LAB SCHOOL OF WASHINGTON
## SPEECH-LANGUAGE PATHOLOGY DEPARTMENT

### Test Score Summary of Most Recent Formal Speech-Language Assessment

**Name:** Melissa Roark
**Evaluator:** Erin Foster, M.A., CFY-SLP
Joyce Lynne Stanaland, M.A., CCC-SLP

The *Test of Auditory-Perceptual Skills: Upper Level (TAPS-UL)* was administered to assess short-term memory for digits, words, and sentences; ability to paraphrase directions; discriminate sounds; and comprehend meaning of short questions and give brief answers. Results follow:

Date: 9/19/02

| Subtest | Standard Score (100 = average) | Percentile |
|---|---|---|
| Auditory Number Memory: Forward Reversed | 93 87 | 32 19 |
| Auditory Sentence Memory | 94 | 34 |
| Auditory Word Memory | 92 | 30 |
| Auditory Interpretation of Directions | 108 | 70 |
| Auditory Word Discrimination Different | 112 | 79 |
| Auditory Processing | 98 | 45 |
| Quotient (100 is Average) | 97 | 43 |

The *Peabody Picture Vocabulary Test-Third Edition (PPVT-III)*, Form A, was administered to assess receptive semantic skills on a one-word level by asking the student to point to one picture in four that best matched a word spoken by the examiner. Results follow:

Date: 9/19/02

| Standard Score (100 = average) | Percentile |
|---|---|
| 107 | 68 |

**TEST SCORE SUMMARY**
**OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT**
Melissa Roark

The *Test of Language Competence-Expanded Edition (TLC-E),* Level 2, was administered to assess metalinguistic strategies used in understanding and expressing contextual linguistic meaning. Results follow:

Date: 9/24/02

| Subtest | Standard Score (10 = average) | Percentile |
|---|---|---|
| Ambiguous Sentences | 10 | 50 |
| Listening Comprehension: Making Inferences | 9 | 37 |
| Oral Expression: Recreating Sentences | 9 | 37 |
| Figurative Language | 9 | 37 |
| Composite Summary | Standard Score (100 = average) | Percentile |
| Expressing Intents | 97 | 42 |
| Interpreting Intents | 94 | 34 |
| *TLC-E* Composite | 95 | 37 |

2

149

## TEST SCORE SUMMARY
## OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT
Melissa Roark

One subtest of the *Clinical Evaluation of Language Fundamentals-Third Edition (CELF-3)* was administered to assess following direction skills in a picture pointing task.   Results follow:

Date: 9/19/02

| Subtest | Standard Score (10 = average) | Percentile |
|---|---|---|
| Concepts and Directions | 8 | 25 |

The *Gray Silent Reading Tests (GSRT)*, Form A, were administered to assess silent reading comprehension abilities.  Results follow:

Date: 9/19/02

| Subtest | Standard Score (100= average) | Percentile |
|---|---|---|
| Silent Reading Quotient | 133 | 99 |

The *Test of Word Reading Efficiency (TOWRE)*, Form B, was administered in order to assess the student's ability to pronounce printed words accurately and fluently.  This test measures the ability to sound out words quickly and accurately and also investigates the ability to recognize familiar words as whole units or sight words.  Results follow:

Date: 9/19/02

| Subtest | Standard Score (100= average) | Percentile |
|---|---|---|
| Sight Word Efficiency | 92 | 29 |
| Phonemic Decoding Efficiency | 91 | 27 |
| Total Word Reading Efficiency | 90 | 25 |

150

*5d*

## TEST SCORE SUMMARY
## OF MOST RECENT FORMAL SPEECH-LANGUAGE ASSESSMENT

Melissa Roark

The *Test of Written Spelling-4 (TWS-4)*, Form A, was administered to assess ability to spell words. Results follow:

Date: 9/02

| Standard Score (100 = average) | Percentile |
|---|---|
| 98 | 45 |

The *Writing Process Test*, Form A, was administered to measure the quality of the student's written language and his/her perception of strategies related to effective writing.    Results follow:

Date: 9/19/02

| | Standard Score (10 = average) | Percentile |
|---|---|---|
| Development    Rater | 9 | 31 |
| Fluency    Rater | 10 | 53 |
| Total    Rater | 9 | 41 |

For a more in-depth description of the student's speech and language profile, please refer to the current Annual Report.  For an in-depth explanation of the test results, please consult with the student's evaluating clinician.

151

5e

## OCCUPATIONAL THERAPY TEST SCORE SUMMARY

**NAME:** Melissa Rose Roark
**DATE OF BIRTH:** 9/23/90
**AGE:** 12 years, 6 months
**DATE OF REPORT:** March 2003
**CLINICIAN:** Martha Kiger, MA,OTR/L

### ADOLESCENT/ADULT SENSORY PROFILE
**Date: 3-03**

| QUADRANT | Score out of 75 | Rating |
|---|---|---|
| Low Registration: | 31/75 | Similar To Most People |
| Sensation Seeking: | 43/75 | Similar To Most People |
| Sensory Sensitivity | 43/75 | Similar To Most People |
| **Sensation Avoiding** | **47/75** | **More Than Most People** |

### PURDUE PEGBOARD TEST
**Date Administered: 3-03**

| | Score | Standard Deviation (SD) Score | |
|---|---|---|---|
| Preferred Hand (Right): | 11.6 | -1.9 SD | Below Average |
| Non- Preferred Hand (Left): | 10.6 | -2.1 SD | Significantly Below Average |
| Both Hands: | 6.3 | - 3.5 SD | Significantly Below Average |
| Assembly: | 17.6 | - 2.3 SD | Significantly Below Average |

### HAND STRENGTH:
**Date Tested: 3-03**

**Right Grip and Pinch  (preferred hand)**
Grip- 45-60 -Pounds Per Square Inch- (PSI)  -average -+.30 SD (Standard Deviation)
Lateral Pinch- 10-14 PSI- average -.46 SD
3 Jaw Chuck- 10 PSI-  significantly below average -2.0 SD
Tip Pinch- 8-9 PSI- average  -.72 SD

**Left Grip and Pinch (non-preferred hand)**
Grip - 50-60 PSI- average- +.76 SD
Lateral Pinch- 11-13 PSI - average -.36 SD
3 Jaw Chuck- 11-12 PSI - average  -.78 SD
Tip Pinch- 8-10 PSI  average -.04 SD

5f

**HANDWRITING SPEED- MANUSCRIPT (PRINT)**
**Date tested: 2-03**
76-108 letters (19-29 words) per minute average to above average (75-90 letters per minute for 7th grade students)

**HANDWRITING SPEED- CURSIVE**
**Date tested: 2-03**
40-45 letters (10 words) per minute -below average (75-90 letters per minute for 7th grade students)

**KEYBOARDING SPEED- COPYING**
**Date tested: 2-03**
53-68 letters (12-18 words) per minute -  average for Lab School peers (12-15 words per minute at the 7th grade level)
80-100 % accuracy

**MOTOR FREE VISUAL PERCEPTION TEST-3RD EDITION (MFVPT-3)**
**Date tested:  3-03**
Raw Score: 39
Standard Score: 71
Percentile Rank: 3

## The Lab School of Washington
## Individualized Education Program

**Student ID:** 9070087
**Student Name:** Melissa Roark

**Student Goals and Objectives**

**IEP Date:** 5/20/2003

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio  Report  Other: Weekly Essays

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## WRITTEN LANGUAGE

WRITTEN LANGUAGE SERVICE PROVIDER: Special Educator

**STRATEGIES**

- The Writing Process
- Graphic organizers
- Untimed Tests
- Confer with Speech/Language, OT, Psych
- Individualized instruction

- Storyboarding
- Word processing
- Teacher-made materials
- Special education teacher
- Small class size

---

**GOAL 1:** Melissa will demonstrate effective knowledge of paragraph structure.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1 Melissa will sequence ideas in an order appropriate to the topic. | 3 | 3 | 4 | 4 | |
| 2 Melissa will write a cohesive paragraph. | 4 | 4 | 4 | 4 | |
| 3 Melissa will develop a paragraph in different ways, i.e., with detail, reasons, or examples. | 3 | 4 | 4 | 4 | |

---

**GOAL 2:** Melissa will follow the steps of the Writing Process to develop an essay.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1 Melissa will brainstorm on assigned topics. | 4 | 4 | 4 | 4 | |
| 2 Melissa will organize brainstorming into a pre-draft. | 4 | 4 | 4 | 4 | |

---

**GOAL 3:** Responding to a variety of prompts, Melissa will independently write an essay demonstrating all parts of the Writing Process (brainstorming, pre-draft, first draft, revising and editing, final draft).

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1 Melissa will write topic sentences for each paragraph of an essay. | 4 | 4 | 4 | 4 | |

154

.2  Melissa will write detailed sentences in logical sequence that support the topic      4  4  4  4
entence.

**OAL 4:**  Melissa will demonstrate effective research skills.

**BJECTIVE(s):**                                                                Q1 Q2 Q3 Q4 ESY

.1  Melissa will develop questions about the topic to guide the research process.        1  4  4  4

.2  Melissa will develop a bibliography of sources throughout the research process.      1  4  4  4

**OAL 5:**  Melissa will demonstrate effective knowledge of sentence structure.

**BJECTIVE(s):**                                                                Q1 Q2 Q3 Q4 ESY

.1  Melissa will write a complex sentence.                                               3  3  3  3

.2  Melissa will proofread for spelling, usage, mechanics, and sentence structure.       4  4  4  4

Student Name: **Melissa  Roark**                     Student Goals and Objectives                     Student ID: LAB0270

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio   Test   Report   Other: Daily Class Work

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## READING

READING SERVICE PROVIDER: Special Educator

**STRATEGIES**

- Think-Aloud method
- Semantic mapping/Graphic organizers
- Visualization
- Self-questioning
- Critical thinking skills
- Untimed tests
- Confer with Speech/Language, OT, Psych
- One-to-one instruction
- Small class size

- Reading fluency program
- Retelling
- Brainstorming
- Paraphrasing
- Listening skills
- Teacher-made materials
- Special education teacher
- Individualized instruction

**GOAL 1:** Melissa will demonstrate effective understanding and use of vocabulary.

**OBJECTIVE(s):**

|  | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1.1 Melissa will determine the meanings of words in context using mood or situation clues. | 3 | 4 | 4 | 4 | |
| 1.2 Melissa will add prefixes to root words and identify their meanings. | 3 | 3 | 3 | 4 | |
| 1.3 Melissa will use knowledge of affixes to determine meaning. | 3 | 3 | 3 | 4 | |

**GOAL 2:** Melissa will demonstrate effective comprehension strategies.

**OBJECTIVE(s):**

|  | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 2.1 Melissa will determine the main idea stated or implied in a selection. | 3 | 4 | 4 | 4 | |
| 2.2 Melissa will distinguish between relevant and irrelevant information. | 4 | 4 | 4 | 4 | |
| 2.3 Melissa will draw conclusions from the reading context. | 4 | 4 | 4 | 4 | |
| 2.4 Melissa will make inferences from the reading context. | 3 | 4 | 4 | 4 | |

**GOAL 3:** Melissa will use analytical reading skills within literature selections.

**OBJECTIVE(s):**                     Q1  Q2  Q3  Q4  ESY

3.1 Melissa will defend an opinion and justify an answer using supporting text.    3  4  4  4

3.2 Melissa will paraphrase major concepts using supporting text.    3  4  4  4

---

**GOAL 4:** Melissa will demonstrate effective study strategies that make text meaningful, facilitating the incorporation of new information to long-term memory.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 4.1 Melissa will practice organizational skills/strategies for summarizing and note taking. | 3 | 4 | 4 | 4 | |
| 4.2 Melissa will apply comprehension skills to listening context. | 3 | 4 | 4 | 4 | |
| 4.3 Melissa will use comprehension strategies to improve long-term memory: previewing, predicting, reviewing, accessing prior knowledge, visualizing, paraphrasing, webbing. | 3 | 4 | 4 | 4 | |

---

Student Name: **Melissa Roark**                Student Goals and Objectives                Student ID: LAB0270

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio  Test  Report  Other: Daily Class Work

*Progress Codes:*
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## MATH

MATH SERVICE PROVIDER: Special Educator

**STRATEGIES**

- Manipulative materials
- Strategies approach to problem solving
- Graph paper
- Computer
- Teacher-made materials
- Special education teacher
- Individualized instruction

- Experiential math tasks
- Use of calculator in class and/or test situations
- Graphic organizers
- Untimed Tests
- Confer with Speech/Language, OT, Psych
- One-to-one instruction
- Small class size

---

**GOAL 1:** Melissa will compute fractions.

**OBJECTIVE(s):**                                                                                        Q1 Q2 Q3 Q4 ESY

.1 Melissa will multiply whole numbers, mixed numbers, and fractions, canceling when possible.          4  4  5  4/04

.2 Melissa will solve real-world problems involving addition, subtraction, multiplication, and division of fractions.   4  4  5  4/04

---

**GOAL 2:** Melissa will find and use percentages.

**OBJECTIVE(s):**                                                                                        Q1 Q2 Q3 Q4 ESY

.1 Given whole and mixed numbers, Melissa will find greater than 100% of the number.          3  3  3  4

.2 Melissa will convert percents to fractions and decimals.                                   3  3  4  4

---

**GOAL 3:** Melissa will develop improved visual/auditory skills for greater achievement in math.

**OBJECTIVE(s):**                                                                                        Q1 Q2 Q3 Q4 ESY

.1 Melissa will write numbers according to place value.          3  4  4  4

.2 Melissa will write numbers in sequential order.              3  4  4  4

158

**GOAL 4:** Melissa will demonstrate knowledge of a basic skills.

**BJECTIVE(s):**

.1 Melissa will add, subtract, multiply, or divide positive and negative numbers.

.2 Given 10 expressions, Melissa will apply the rules of order of operations and for rouping to simplify expressions.

| Q1 | Q2 | Q3 | Q4 | ESY |
|----|----|----|----|-----|
| 1  | 3  | 5  | o/4 |    |
| 1  | 3  | 4  | 4  |    |

Student Name: **Melissa Roark**          Student Goals and Objectives          Student ID: LAB0270

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:** Portfolio   Report   Other:

**Progress Codes:**
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## SOCIAL BEHAVIORAL

SOCIAL BEHAVIORAL SERVICE PROVIDER: Clinical Social Worker

**STRATEGIES**

- Supportive teacher counseling                    - Crisis Intervention
- Consult with school counselor

**GOAL 1:** Melissa will demonstrate a positive attitude toward .

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1.1 Melissa will accept disappointments. | 3 | 3 | 3 | 3 | |
| 1.2 Melissa will set obtainable goals. | 3 | 3/4 | 3/4 | 3/4 | |
| 1.3 Melissa will participate in activities that provide a sense of accomplishment. | 3 | 3/4 | 3/4 | 3/4 | |

**GOAL 2:** Melissa will identify and implement alternative actions for given situations.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 2.1 Melissa will take appropriate risks and try new activities in order to demonstrate new skills. | 3 | 3/4 | 3/4 | 3/4 | |
| 2.2 Melissa will identify and discuss opinions about alternative actions for given situations. | 3 | 3/4 | 3/4 | 3/4 | |
| 2.3 Melissa will implement viable alternatives for given situations. | 3 | 3/4 | 3/4 | 3/4 | |

**dent Name: Melissa Roark**          Student Goals and Objectives          **Student ID: LAB0270**

**BJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the lowing goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including servation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, d consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**VALUATION PROCEDURES: Test  Documented Observations  Report**

*rogress Codes:*
= Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## PEECH/LANGUAGE
SPEECH/LANGUAGE SERVICE PROVIDER: Speech/Language Pathologist

**RATEGIES**

| | |
|---|---|
| - structured linguistic experiences | - direct imitation |
| - auditory cueing | - computer / selected software |
| - classroom interaction | - staffing |
| - imagery | - miscue (error) analysis |
| - modeling | - visual cueing |
| - practice / drill | - structured conversation |
| - classroom observation | - role playing |
| - rehearsal | - monitor: phonology; linguistic confidence |
| - structured linguistic experiences | - direct imitation |
| - auditory cueing | - computer / selected software |
| - classroom JUNeraction | - staffing |
| - imagery | - miscue (error) analysis |
| - modeling | - visual cueing |
| - practice / drill | - structured conversation |
| - classroom observation | - role playing |
| - rehearsal | - monitor: phonology; linguistic confidence |

**)AL 1:** Melissa will develop syntactic skills.

**IJECTIVE(s):**

|  | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1 Melissa will improve sentence level skills by demonstrating understanding of odifiers used to elaborate upon basic sentence forms. | 3 | 3 | 3 | 4 | |
| 2 Melissa will improve sentence level skills by expanding sentence length by adding auses (where, who, that) to noun phrases. | 3 | 3 | 3 | 4 | |

**)AL 2:** Melissa will develop semantic skills.

**IJECTIVE(s):**

|  | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1 Melissa will develop vocabulary skills by using abstract vocabulary in oral and written ork. | 3 | 3 | 3 | 4 | |
| 2 Melissa will develop definition skills by using context to define a word. | 3 | 3 | 4 | 5 [161] | |

GOAL 3: Melissa will develop contextual/integrated language skills.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 3.1 Melissa will use higher-level transition words (in contrast, furthermore, in conclusion) to sequence ideas. | 3 | 3 | 3 | 4 | |
| 3.2 Melissa will improve linguistic skills by editing morphologic, syntactic, punctuation, and/or capitalization errors in context. | 3 | 3 | 3 | 3 | |
| 3.3 Melissa will identify and use appropriate strategies to enhance written language organization with cueing. | 3 | 3 | 3 | 4 | |

GOAL 4: Melissa will develop language fluency skills.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 4.1 Melissa will identify and develop compensatory strategies for word retrieval deficits such as the use of descriptors, antonyms/synonyms, and trigger words. | 3 | 3 | 3 | 4 | |
| 4.2 Melissa will develop reading fluency by applying lexical (word knowledge) and sublexical (identifying word parts, rime families, prefixes/suffixes, and chunking syllables) strategies to rapid recognition of connected text. | 3 | 4 | 4 | 4 | |

**Student Name: Melissa Roark**          Student Goals and Objectives          Student ID: LAB0270

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:**

**Progress Codes:**
1 = Not yet introduced   2 = No progress   3 = Developing skill, inconsistent responses   4 = Mastered with cues   5 = Mastered criteria level

## OCCUPATIONAL THERAPY

OCCUPATIONAL THERAPY SERVICE PROVIDER: Occupational Therapist

**STRATEGIES**

- Compensatory
- Functional
- Neurodevelopmental
- Ocular Motor
- Self-Monitoring
- Sensory Motor
- Time management
- Visual Perceptual

- Ergonomic
- Multi-sensory cues
- Neuromuscular Re-education
- Organizational
- Sensory Modulation
- Sensory Integration
- Visual Motor Integration

**GOAL 1:** Melissa will demonstrate improved neuromuscular control during functional tasks and mobility in the school environment.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1 Melissa will demonstrate improved muscle control by smoothly assuming and maintaining body positions involving flexion of the neck, trunk, hips, knees and/or ankles. | 3 | 3 | | 3 | 5 |
| 2 Melissa will demonstrate improved muscle control by smoothly assuming and maintaining body positions involving extension of the neck, trunk, hips, knees and/or ankles. | 3 | 3 | | 3 | 5 |
| 3 Melissa will demonstrate decreased use of muscular fixation patterns (locking the joints) during functional tasks. | 3 | 4 | | 4 | 5 |

**GOAL 2:** Melissa will improve written communication skills for greater proficiency when using writing implements and/ or a keyboard.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| 1 Melissa will demonstrate appropriate visual spatial organization (i.e. heading, left/right organization, and margins) necessary for assigned writing tasks. | 1 | 3 | | 3 | S |
| 2 Melissa will demonstrate the functional motor skills necessary for effective use of a keyboard by isolating her fingers to depress specific keys, using a consistent, accurate, touch-typing technique. | 3 | 5 | | 5 | 5 |
| 3 Melissa will demonstrate consistent recall and accuracy while using the function keys (i.e., shift, backspace, punctuation, Caps lock) on the keyboard. | 3 | 5 | | 5 | 5 |
| · Melissa will demonstrate increased speed and accuracy when keyboarding by typing approximately 20-25 words per minute with 80% accuracy from a paragraph at her | 3 | 4 | | 5 | 5 |

163

eading level.

**GOAL 3:** Melissa will improve functional shoulder, arm and hand control for greater success during functional activities.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 ESY |
|---|---|---|---|---|
| .1 Melissa will exhibit improved upper extremity control by performing academic tasks ith increased speed, fluidity, and accuracy. | 3 | 4 | 4 | 5 |
| .2 Melissa will demonstrate improved arm strength and stability by smoothly controlling bjects or tools against resistance. | 3 | 3 | 5 | 5 |

**GOAL 4:** Melissa will improve visual spatial perception, and/or perceptual motor skills for greater success during functional activities.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 ESY |
|---|---|---|---|---|
| 1 Melissa will demonstrate improved awareness of forms and spatial relations by rrectly matching complex geometric forms. | 3 | 3 | 3 | 3 |
| 2 Melissa will demonstrate improved awareness of forms and spatial relations by rrectly orienting an object/picture when it is displaced in space. | 3 | 3 | 3 | 3 |
| 3 Melissa will demonstrate improved awareness of forms and spatial relations by rrectly following a map to/from an unfamiliar location. | 2 | 3 | 4 | 4 |
| 4 Melissa will demonstrate improved perception of visual closure by correctly entifying missing details from a text, location, form, or picture. | 3 | 3 | 4 | 4 |
| 5 Melissa will demonstrate improved perception of visual figure ground by accurately scriminating relevant from irrelevant features of a visually cluttered environment, rface, or text. | 3 | 3 | 3 | 3 |

**GOAL 5:** Melissa will improve ocular motor control for greater success in reading, writing d copying, and eye-hand coordination tasks.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 ESY |
|---|---|---|---|---|
| 1 Melissa will demonstrate functional visual scanning abilities by reading a line of print thout skipping any words. | 3 | 3 | 4 | 5 |
| 2 Melissa will demonstrate efficient ocular motor control by disassociating eye ovements from head movements during functional activities involving gaze shift. | 3 | 3 | 4 | 5 |
| 3 Melissa will demonstrate efficient ocular motor control by using a systematic proach (left to right and top to bottom) to scanning printed materials, pictures, or vironments. | 3 | 3 | 4 | 5 |

**GOAL 6:** Melissa will improve functional independence within the school environment.

**OBJECTIVE(s):**

| | Q1 | Q2 | Q3 | Q4 ESY |
|---|---|---|---|---|
| Melissa will independently advocate for help from her teachers and/or the ropriate related service personnel. | 3 | 4 | 4 | 5 |

164

Student Name: **Melissa Roark**                    Student Goals and Objectives                    Student ID: LAB0270

**OBJECTIVE CRITERIA & EVALUATION PROCEDURES:** Given an individualized program, the student will make progress toward the following goals and objectives as measured by formal standardized testing and/or subjective teacher/clinician assessment including observation, monitoring, baseline data collection, daily class work, homework, classroom participation, oral and written reports, record-keeping, and consultation. The student will demonstrate at least 80% mastery on all objectives unless otherwise noted.

**EVALUATION PROCEDURES:**

*Progress Codes:*
1 = Not yet introduced    2 = No progress    3 = Developing skill, inconsistent responses    4 = Mastered with cues    5 = Mastered criteria level

## PSYCHOLOGICAL SERVICES

PSYCHOLOGICAL SERVICES SERVICE PROVIDER: Clinical Psychologist

**STRATEGIES**

- Consultation with Academic Staff
- Consultation with Speech/Language Pathologist
- Ego-Supportive Psychotherapy
- Consultation with Parents/Guardians
- Anxiety-Reduction Techniques

**GOAL 1:** Melissa will increase in understanding of the sources of anxiety and manage own responses to it more effectively.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| .1 Melissa will learn to identify internal states. | 3 | 3 | 4 | 4 | |
| .2 Melissa will identify situations that produce anxiety. | 3 | 3 | 3 | 4 | |
| .3 Melissa will identify current strategies for dealing with anxiety. | 2 | 3 | 3 | 4 | |

**GOAL 2:** Melissa will verbally express knowledge of personal strengths and weaknesses.

| OBJECTIVE(s): | Q1 | Q2 | Q3 | Q4 | ESY |
|---|---|---|---|---|---|
| .1 Melissa will identify positive personal attributes. | 3 | 3 | 3 | 4 | |
| .2 Melissa will identify general areas of personal difficulty. | 2 | 3 | 4 | 4 | |
| .3 Melissa will identify specific limitations. | 2 | 3 | 3 | 4 | |
| .4 Given one's own learning disability, Melissa will identify academic strengths and weaknesses; and identify accommodations that facilitate learning. | 3 | 3 | 3 | 4 | |

1/21/04 & 4/14/04

165

## The Lab School of Washington
## Individualized Education Program

tudent ID: **9070087**
tudent Name: **Melissa Roark**                    **Student Testing Accommodations**                    IEP Date: **5/20/2003**

**Student Name:**    Melissa  Rose  Roark

**DOB:** 9/23/1990              **For School Year:**   9/8/2003 to 6/4/2004

The following test accommodations must be provided for the student during informals class tests, end-of-course examinations, and standardized testing:

-- Calculator for mathematics testing

-- Extra response and processing time

-- Small group setting

166

## ie Lab School of Washington
## Individualized Education Program

Student ID: **9070087**
Student Name: **Melissa Roark**                                      IEP Date: **5/20/2003**

| Student Name: | Melissa Roark | Managing School: | Lab School of Washington |
|---|---|---|---|
| Additional Comments: ☐ | DOB: 9/23/1990 | Attending School: | Lab School of Washington |

### X. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION: SERVICES ALTERNATIVES:

Can curricular modifications and/or supplemental aids and services be used for a LRE setting in regular education?  ☐ YES  ☑ No

Explanation for removal out of regular education classroom.

his Student's pervasive learning disabilities impede acquisition of academic skills and the ability to learn and complete assignments in the general ducation curriculum. A self-contained, intensive, individualized, remedial special education program will allow academic and social/emotional rowth.

### . SUPPLEMENTARY AIDS AND SERVICES

| Classroom Needs | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
|---|---|---|---|---|---|---|---|
| Do not name products or ompanies) | GenEd | SpEd | Total | Hr/Min | D/W/M | (by discipline) | (mm/dd/yyyy) |
| Please see Lab School | | | | | | | |
| IEP goal areas. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### I. STATE AND DISTRICT ASSESSMENTS:

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Level I | Tested with non-disabled peers under standard conditions without accommodations. | ☐ | Level II | (Describe accommodations for level II) Tested under standard conditions with special accommodations. |
| ☑ | Level III | (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations. | ☐ | Level IV | (Describe below the alternative assessment) |
| ☐ | Level V | Portfolio _____ | | | |

### I. Areas Requiring Specialized Instruction and Related Services:

Reading                    ☑ Physical/Sensory               ☐ Transition

Mathematics                ☑ Social Emotional               ☐ Vocational

Written Expression         ☐ Physical Development           ☐ Independent Living

Other: _____                                      ☑ Speech/Language

None    Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

### I. PLACEMENT CONSIDERATIONS AND JUSTIFICATION:

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| eneral education classroom setting | Reject | |
| mbination of general education/resource classroom | Reject | |
| of general education classroom | Accept | Not with non-handicapped peers |
| | | |

ification(s)/Accommodation(s) to address the harmful effects:

| | |
|---|---|
| None Needed | |

ation for Services:  Lab School of Washington

16

## ıe Lab School of Washington
## Individualized Education Program

Student ID: **9070087**
Student Name: **Melissa Roark**

**Documented Level of Service**

IEP Date: **5/20/2003**

| | | |
|---|---|---|
| School: Lab School | Principal: Duncan | Special Education Coordinator: |
| Date: | Case Manager: | Technical Support Supervisor: |

Student: Melissa Roark    DOB: 9/23/1990    Ace:    Grade: 8th    ID#: LAB0270    SSN: 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

Parent: Robert & Abby Roark    Telephone (H): 202-966-5611    Telephone (W): 703-821-2010

Address: 3215 Oliver St., NW    City: Washington    State: DC    Zip: 20015

EFERRAL SOURCE (Check): ☐ 120 Day   ☐ Reeval.   ☐ HOD   ☐ SA   ☐ MA

☐ Nonpublic   ☐ Residential   ☐ Citywide   ☐ Courts   ☐ Local School   ☐ Other

evious least restrictive environment (LRE Setting):

### JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)

#### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/MODIFICATIONS | 3. DATA REQUIREMENTS | | | |
|---|---|---|---|---|
| | Current IEP | Yes ☑ | No ☐ |
| | Signatures of required participants (MDT Notes) | Yes ☑ | No ☐ |
| | Intervention Behavior Plan | Yes ☐ | No ☐ |
| **See IEP** | Copies of current class work and homework assignments | Yes ☑ | No ☐ |
| | Medical Reports | Yes ☐ | No ☐ |
| | Clinical Reports | Yes ☐ | No ☐ |
| | Psychiatric Reports | Yes ☐ | No ☐ |
| | Medications | Yes ☐ | No ☐ |
| | Attendance Record | Yes ☑ | No ☐ |
| | Copies of most recent evaluations | Yes ☑ | No ☐ |

| 4. Results of all intentions: (TAT, MDT, etc., and Meeting Notes) | 5. Resources needed to program implementation |
|---|---|
| **See Progress Report** | **See IEP** |

#### 6. CURRENT SETTING CONSIDERATIONS

| ıW | SETTING in neighborhood school (Determined through the IEP team) | SERVICE PROVIDER (Some text here) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| | ☐ combination of general education and resource classroom | ☐ combination of general education, special educators, and related service providers | ☐ between 21% and 60% of service time |
| | ☑ out of general education classroom | ☑ special educators and related service providers | ☑ between 61% and 100% of service time |

168

In providing or arranging for the provision of non' 'emic and extracurricular service and activities, ' 'ding meals, recess period, and the ervices and activities, each public agency shall en: that each child with a disability participates witl. .n-disabled children in those services and ctivities (300.306) to the maximum extent appropriate to the needs of that child. (300.353) Nonacademic settings)

| Check the level of need as indicated<br>DIRECTIONS: | |
|---|---|
| f two or three boxes are checked in the Row 1, check LOW<br>f two or three boxes are checked in the Row 2, check MODERATE<br>f two or three boxes are checked in the Row 3, check HIGH | If one box is checked in each row,<br>check either MODERATE or HIGH,<br>depending on the need of the student. |

| 7. LEVEL OF NEED | | |
|---|---|---|
| ☐ LOW | ☐ MODERATE | ☑ HIGH |

**ιne Lab School of Washington**
**Individualized Education Program**

| | | |
|---|---|---|
| tudent ID: 9070087<br>tudent Name: **Melissa Roark** | **Evaluation to Justify Transportation**<br>**Attachment A** | **IEP Date: 5/20/2003** |

| | |
|---|---|
| tudent: **Melissa Roark** | DOB: **9/23/1990** |
| ttending School: **Lab School of Washington** | Neighborhood School: **A. Deal** |

ıstification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

☐ Medical reports document a severe health condition that prevents the students from walking to school. Specify _____

☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

☐ A severe communication disability prevents the prevents the students from communicating for his/her own safety. Documentation source _____

☐ A behavior/emotional disability is so severe or erratic that there is concern for the safety of the student or others. Documentation source _____

☐ The student is eligible for the preschool special education program and could not participate without special transportation.

☑ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

☐ The student is mentally fragile. Documentation source _____

☐ The student requires assistance to get on and off the bus. Documentation source _____

☐ The student is unable to function independently due to the severity of the disability. Documentation source _____

☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him or her from walking to school. Documentation source _____

☐ A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

☐ Other (Specify) _____

## The Lab School of Washington
## Individualized Education Program

Student ID: 9070087
Student Name: **Melissa Roark**

**IEP Meeting Notes**

IEP Date: 5/20/2003

**Student:** Melissa Roark          **School:** Lab School of Washington

| Participants:<br>(Print Name) | Participants:<br>(Sign Name) | Discipline |
|---|---|---|
| Sally Seawright | Sally Seawright | Jr High Coordinator |
| Victoria P. Ervit | Victoria P-Ervt, RW | Clinical Psychologist |
| Martha Kiger | Martl Kiger MSOT | Occupational Therap |
| Erin Foster | Erin Foster MACFY-SLP | Speech-Language Therapy |
| Abby Anson Roark | Abby Anson | Mother |
| Erin Roark | Robert Roark | DAD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Meeting Notes:**

Melissa's progress was reviewed. She has made dramatic progress in both Reading and Written Language. She has also done very well on her report card (Honor Roll for 3 quarters). She continues to work on her visual processing and coordination in OT. In Language therapy she is working on her editing skills which have improved this year as well as her general writing skills. She has also used her psychological therapy

171

## .e Lab School of Washington
## Individualized Education Program

---

udent ID: 9070087
udent Name: **Melissa Roark**

**Student Transportation Data Form**
**Attachment B**

IEP Date: **5/20/2003**

ate of Request: **5/20/03**

atus of Request: _____

chool Year:     9/8/2003  to  6/4/2004

Person Making Request: *Sally Seawright*

Date Request Received: _____

Person Receiving Request: _____

---

Robert & Abby Roark
Parent / Guardian (Print legibly or type)

02-966-5611
Telephone (H)

03-821-2010
Telephone (W)

Diana Nabli
Emergency Contact

Other
Relationship

02-966-5611
Telephone No.

02-321-2667(cell)
Pager / Cell No.

Students will be taken to a central location until
:00 P.M. if the bus attendants are unable to
deliver them to the designated location. After
:00 P.M. the police will be contacted. This
ear's central location is _____

| Roark | Melissa | Rose |
|-------|---------|------|
| **Last Name** | **First Name** | **MI** |

3215 Oliver Street, NW
**House No. & Street Name**                **Quad. & Apt.**

Washington                          DC         20015
**City**                               **State**     **Zip Code**

9/23/1990 Female   English          Lab School - 202-965-6600
**DOB    Gender  Primary Language**   **Submitting School and**
                                     **Telephone Number**

Specific Learning Disability
**Disability Classification**            **Medical Issues**

**MODE OF TRANSPORTATION**  ☑ **·Bus**  ☐ Tokens  ☐ Farecards

**\* SPECIAL ACCOMMODATIONS FOR BUS**

Height: _____              Weight: _____

Oxygen        Tracheotomy Tube      Seizures        Helmet

Harness          1:1 Aide        Behavioral Issues: _____

Medication: _____       Specific Allergies: _____

Dosage required during transportation

☐ Yes ☐ No      Dosage: _____      ☐ PM ☐ AM

☐ Mobility   ☐ Ambulatory ( ☐ Cane, ☐ Crutch, ☐ Walker )

☐ Ambulatory w/ assistance ( ☐ Cane, ☐ Crutch, ☐ Walker)

☐ Non-Ambulatory ( ☐ Standard, ☐ Motorized, ☐ Oversized

w/ lap tray ☐ Yes ☐ No)

☐ Car Seat            ☐ Positioning Device _____

☐ Special Restraint    ☐ Other Describe _____

---

ck one of the following:

☑   AM Pick-up & PM Drop-off is the same as the student address.

☐   _____                                    _____
    AM Pick-up Address                                          Telephone No.

☐   _____                                    _____
    PM Pick-up Address                                          Telephone No.

---

nsportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be
lained on the back by the school official requesting the transportation services.

ren Duncan                          (202) 965-6600              5/20/03
hool Official requesting transportation service    Telephone No.         Date

b School of Washington              4759 Reservoir Rd. NW       (202) 965-6600
hool to Attend                      Address of School          Telephone No.   172

# MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740

FACSIMILE (301) 657-3843

# FAX

**To:**              Quinne Harris-Lindsey, Esq.
                     **DCPS-Office of the General Counsel**

**Fax Number:**      (202) 442-5097/98
**From:**            Michael J. Eig, Esq.
**Date:**            October 7, 2005
**Time:**            9:52 am

**Total Pages:**     **2**
(including cover)

**Re:**              Melissa Roark

This facsimile contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us at (301) 657-1740 and ask to speak with the sender. Also, we would appreciate your forwarding the document back to us and destroying it. Thank you.

173

**MICHAEL J. EIG AND ASSOCIATES, P.C.**
ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740

FACSIMILE (301) 657-3843

October 7, 2005

Quinne Harris-Lindsey, Esq.
District of Columbia Public Schools
Office of the General Counsel
825 North Capitol Street, NE, 9th Floor
Washington, D.C. 20002

Re: **Melissa Roark**
*BY FACSIMILE & 1ˢᵗ CLASS MAIL*

Dear Ms. Harris-Lindsey:

This will confirm our agreement regarding the above-referenced student. We will submit the case on cross-motions for summary decision. The schedule we have agreed upon will be as follows:

-Motions will be due on or before **October 24, 2005**;

-Replies, if any, will be due on or before **October 28, 2005.**

We are also in agreement that you will walk this schedule down to the Student Hearing Office for Seymour DuBow's approval, or whichever Hearing Officer will be handling the case. Thank you.

Sincerely,

Michael J. Eig

cc: Mr. Roark and Ms. Arnold

174

|  | * |  |
| --- | --- | --- |
| IN THE MATTER OF | * | **BEFORE AN IMPARTIAL HEARING** |
|  | * | **OFFICER OF THE** |
|  | * | **DISTRICT OF COLUMBIA OFFICE OF** |
| MELISSA ROARK | * | **STUDENT HEARINGS** |
|  | * |  |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PARENTS' MOTION FOR PRE-HEARING SUMMARY DECISION

Melissa Roark, by and through her parents, Robert Roark and Abby Arnold ("the parents"), respectfully moves this administrative body for summary decision. More specifically, Melissa and her parents request an order under the Individuals With Disabilities Education Improvement Act, 20 U.S.C. §§ 1400, *et seq.* ("IDEA"), requiring the District of Columbia Public Schools ("DCPS" or "the school system"), to provide a free appropriate public education ("FAPE") to Melissa by placing and funding her at McLean School ("McLean") for the 2005-06 school year. Because there is no genuine issue as to any material fact in the record, and because this family is entitled to judgment as a matter of law, it is respectfully submitted that summary decision should be granted.

I.  **FACTUAL SUMMARY.**

1.    Melissa is an educationally disabled student who DCPS has found eligible to receive special education services under the IDEA.

2.    DCPS previously placed and funded Melissa at the Lab School of Washington ("Lab"), a full-time special education program where she received educational benefit.

3.    Based on the opinions of those working with and evaluating Melissa, her parents determined that McLean would be a better educational fit for Melissa and secured her placement there.

-1-

175

4.      On June 16, 2005, the parents, though their counsel, sent notice to DCPS requesting that the school system place and fund Melissa at McLean for the upcoming school year. *See* MR-3.

5.      To date, DCPS has failed to respond to the parents' request. The school system has failed to convene an IEP meeting to consider this request or to issue an alternate placement for Melissa for the 2005-06 school year.

6.      A hearing date was set for October 7, 2005. On September 30, 2005, five days before the Due Process Hearing, disclosure of information and witnesses was due. DCPS has failed to disclose any information or identify any witnesses in preparation for the hearing.

7.      Counsel for both parties has agreed to submit all arguments in writing and has agreed upon a briefing schedule.

## II.    DCPS FAILED TO PROVIDE DISCLOSURE AND THEREFORE CANNOT MEET THEIR BURDEN OF PROOF.

Under the IDEA and the DC Municipal Regulations, "At least five business days prior to the hearing, each party shall disclose to all other parties all evaluations completed by that date and recommendations based on the offering party's evaluations that the party intends to use at the hearing." 5 D.C.M.R. § 3031.2; 20 U.S.C. § 1415(f)(2)(A). The DC Municipal Regulations specify that a party to a hearing may, "Prohibit the introduction of any evidence at the hearing that has not been disclosed to all parties at least five business days before the hearing." 5 D.C.M.R. § 3031.1(c). Further, under the DC Municipal Regulations the school system bears the burden of proof in all Due Process Hearings. 5 D.C.M.R. § 3030.3.

-2-

176

The hearing request in this case was submitted on August 2, 2005 and a hearing was subsequently set for October 7, 2005. According to the IDEA and the DC Municipal Regulations, all disclosure was due no less than five business days before the hearing – on September 30, 2005. DCPS failed to disclose any information or documentation, and failed to identify any witnesses in preparation for the hearing.

In order to meet their burden of proof in this case, DCPS must disclose information and identify witnesses in preparation for the hearing. Without such evidence, it is impossible for DCPS to meet its burden. Accordingly, DCPS is unable to present any evidence or testimony to refute the arguments set forth by Melissa and her parents.

**III.   DCPS HAS DENIED MELISSA A FAPE.**

It is obvious that DCPS is wholly unable to meet its burden; due to the school system's failure to provide disclosure, it is unable to produce any evidence that might have enabled it to do so. Further, no documentation or evidence exists that DCPS did anything to offer Melissa IDEA services, appropriate to meet her needs, as would have been necessary to meet the burden of proof under 5 D.C.M.R. § 3030.3.

The Supreme Court has noted that a student is deprived of a FAPE where the school system fails in either one of two identified categories of IDEA compliance: "First, has the [educational agency] complied with the procedures set forth in the Act? And second, is the individualized education program developed through the Act's procedures reasonably calculated to enable the child to receive educational benefits." *Hendrick Hudson Dist. Bd. of Educ. v. Rowley*, 458 U.S. 176, 206-7 (1982). Melissa has been deprived of a FAPE under either set of circumstances. The school system simply failed to comply with all of the IDEA's procedures,

-3-

177

and has therefore failed to offer Melissa a timely school placement, "calculated to enable [her] to receive educational benefits." The school system has not and now cannot proffer any evidence that contradicts the parents' assertions that DCPS has denied Melissa a FAPE by failing to propose a program a program or placement for the 2005-06 school year. The inquiry then turns to the propriety of the parents' unilateral placement.

## IV.   WHEN A STUDENT HAS BEEN DENIED A FAPE, THE FUNDING OF A "PROPER" PARENTAL PLACEMENT IS THE APPROPRIATE RELIEF.

Under established law, the school system's failure to provide Melissa a FAPE leads directly to the determination of whether her parents identified a placement that provided her with educational benefit. The proper analysis in such an inquiry is found in *Burlington Sch. Comm. v. Dep't of Educ.*, 471 U.S. 359 (1985) and *Florence County Sch. Dist. Four v. Carter*, 510 U.S. 7 (1993).

In *Burlington*, the Supreme Court explained that, "parents who disagree with the proposed [educational program] are faced with a choice: go along with the [proposed program] to the detriment of their child if it turns out to be inappropriate or pay for what they consider to be the appropriate placement." 471 U.S. at 370. To avoid compromising a child's right to a FAPE, the Court concluded that if "a court determined that a private placement desired by the parents was *proper* under the Act and that [a proposed] placement in a public school was inappropriate," the IDEA authorizes "retroactive reimbursement to parents." *Id.* (emphasis added). This result is necessary because, "[t]he Act was intended to give handicapped children both an appropriate education and a free one; it should not be interpreted to defeat one or the other of those objectives." *Id.*

-4-

In *Carter*, the Supreme Court reaffirmed its ruling in *Burlington* and explained that, "public educational authorities who want to avoid reimbursing parents for the private education of a disabled child can do one of two things: give the child a free appropriate public education in a public setting, or place the child in an appropriate private setting of the State's choice." 510 U.S. at 13.

The test of whether a parental placement is "proper under the Act" is whether "the education provided by the private school is *reasonably calculated to enable the child to receive educational benefits.*'" *Carter v. Florence County Sch. Dist. Four*, 950 F.2d 156, 163 (4th Cir. 1984) (emphasis added) (quoting *Hendrick Hudson Dist. Bd. of Educ. v. Rowley*, 458 U.S. 176, 207 (1982)). It is crucial, particularly in the instant case, to distinguish the standard of "properness" required of parental placements from that of "appropriateness" required of school system placements. Parental placements are held to a less strict standard, because "it hardly seems consistent with the Act's goals to forbid parents from educating their child at a school that provides an appropriate education simply because that school lacks the stamp of approval of the same public school system that failed to meet the child's needs in the first place." *Carter*, 950 F.2d at 164.

The Supreme Court in *Carter* specifically considered whether "parents are barred from reimbursement because the private school in which [their child is] enrolled did not meet the [IDEA] definition of a 'free appropriate public education.'" 510 U.S. at 13. The Court held "that they are not, because [the IDEA's] requirements cannot be read as applying to parental placements." Thus, any determination of Melissa's placement McLean must apply this more lenient standard of "properness."

-5-

179

## V.    THE MCLEAN SCHOOL IS A "PROPER" PLACEMENT FOR MELISSA.

Knowing that Melissa was no longer appropriately placed at Lab, and having been denied the opportunity to discuss her placement with DCPS, her parents unilaterally enrolled her at McLean at the start of the 2005-06 school year.  As the court stated in *Gerstmyer v. Howard County Pub. Sch.*, 850 F. Supp. 361 (D. Md. 1994), by securing an appropriate placement for their daughter, Melissa's parents merely acted as would "any reasonably prudent family who could afford to do so..."  850 F. Supp. at 365.  They stepped in for the school system, since it failed to offer any placement as required under 34 C.F.R. §§ 300.1 and 300.552.

The evidence demonstrates that Melissa's placement at McLean meets the standard of "properness."  Her parents placed her at McLean on the recommendation of the professionals working directly with her.  McLean provides specialized education in small classroom settings to children with various disabilities. *See* MR-4.  Melissa is appropriately placed at McLean and making significant academic progress. *See* Declaration of Elizabeth McConnell.  It is impossible for DCPS to present any written or testimonial evidence to refute these views, as would be necessary to meet its burden of proof under 5 D.C.M.R. §3030.3.

Since there has not been and cannot be any dispute that Melissa's placement at McLean is proper, following the absence of a response from DCPS, under *Burlington* and *Carter*, reimbursement for that placement naturally follows.  The appropriate administrative remedy therefore is to order DCPS to reimburse the parents for her placement.  Accordingly, we hereby seek relief in the form of the reimbursement of funding of Melissa Roark at McLean for the 2005-06 school year, with related services.

180

## VI.    CONCLUSION.

Melissa and her parents seek an Administrative Order reimbursing them for the 2005-06

school year at McLean.  Summary decision is appropriate where there are no genuine issues of

material fact and the moving party is entitled to judgment as a matter of law.  The school system

can offer no evidence of any issue of material fact.  Accordingly, the parents' pre-hearing motion

for summary decision should be granted.

Respectfully Submitted,

Michael J. Eig
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for Melissa Roark and her parents


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first-class postage
prepaid, to Quinne Harris-Lindsey, Esq., counsel for DCPS, on October 24, 2005.

Michael J. Eig

## MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740
FACSIMILE (301) 657-3843

October 25, 2005

Quinne Harris-Lindsey, Esq.
District of Columbia Public Schools
Student Hearing Office
825 North Capitol Street, NE, 8th Floor
Washington, D.C. 20002

Re: **Melissa Roark**
*BY FACSIMILE & 1ˢᵗ CLASS MAIL*

Dear Ms. Harris-Lindsey:

Enclosed please find the signed Declaration of Elizabeth McConnell. It accompanies the Parents' Motion for Pre-Hearing Summary Decision which we sent yesterday.

Thank you for your cooperation in this matter.

Sincerely,

Michael J. Eig

cc:     Sharon Newsome
Robert Roark and Abby Arnold

182

IN THE MATTER OF

MELISSA ROARK

\*
\* BEFORE AN IMPARTIAL HEARING
\* OFFICER OF THE
\* DISTRICT OF COLUMBIA OFFICE OF
\* STUDENT HEARINGS
\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ELIZABETH MCCONNELL

Elizabeth McConnell declares and says as follows:

1.    I am the Head of the Upper School at McLean School ("McLean"). I make this declaration at the request of and for use by the attorneys representing Melissa Roark and her parents in special education matters. The matters discussed herein are from my personal knowledge.

2.    McLean School is a nonpublic day school that specializes in serving the educational needs of students with learning disabilities.

3.    The McLean School team that considered Melissa's application for admission accepted her because the team believes that McLean School can provide her with the special education and related services she requires in a placement appropriate to meet her needs.

4.    I believe that Melissa's disabilities require that she receive a specialized, structured and individualized program in order for her to receive benefit from her educational program.

5.    I believe that Melissa is receiving significant educational benefit from her program at McLean School, in combination with the speech and language and psychological services, in a setting where her strengths and disabilities can be addressed. She is making academic progress at McLean School.

Page 1 of 3

183

6.    I believe that Melissa is appropriately placed at McLean School. I do not believe that a less intensive program would appropriately address Melissa's needs.

7.    No personnel from the District of Columbia Public Schools have ever contacted me to discuss Melissa, nor requested that I complete any documentation regarding her educational needs.

184

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.

Executed on ___10/25/05___          *Elizabeth C McConnell*
                                    Elizabeth McConnell



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000        Fax: 202-442-5098
www.k12.dc.us

RECEIVED
OCT 2 7 2005
STUDENT HEARING OFFICE

**Memorandum**
*By Hand –SHO and Facsimile – Michael J. Eig, Esquire (301) 657-3843*

To:        Hearing Officer S. DuBow

From:     Quinne Harris-Lindsey,   QHL
          Acting Supervisory Attorney Advisor

Date:      October 27, 2005

Re:        Melissa Roark
          DOB:  09/23/1990

---

## AGENCY BRIEFING

Questions Presented

Whether DCPS is obligated to change the educational placement (location) of Melissa Roark (hereinafter "student"), a DCPS special education student, at the parents' request, where there is <u>no</u> allegation of denial of FAPE?

Procedural Facts

        DCPS has funded the student at the Lab School of Washington for approximately four (4) years. The parents made the decision that the McLean School would be a better educational fit for the student. Parents, through counsel, requested that the DCPS place and fund the student at the McLean School of Maryland, located in Potomac Maryland for the 2005-06- school year.

Answer

        DCPS' answer is simple:  No.  DCPS is not obligated to change the educational placement (location) of a special education student simply based on a parental request where there is no allegation of denial of FAPE.

186

DCPS Office of the General Counsel
Page 2 of 2

Argument

The United States Supreme Court explored the meaning of a "free appropriate public education" in *Hendrick Hudson Board of Education v. Rowley*, 458 U.S. 176, 73 L. Ed. 2d 690, 102 S. Ct. 3034 (1982) when it said that:

> [A] court's inquiry in suits brought under §1415(e)(2) is twofold.  First, has the State complied with the procedures set forth in the Act?  And second, is the individualized educational program developed through the Act's procedures reasonably calculated to enable the child to receive educational benefits?  If these requirements are met, the State has complied with the obligations imposed by Congress and the courts can require no more.

*Id.* at 206-07 (footnotes omitted).

Based on the filing before the hearing officer, there are no allegations of denial of FAPE.  Also lacking are any allegations that DCPS has failed to comply with IDEA.  More substantively, there are no allegations that the IEP is inappropriate or that the Lab School is unable to implement the IEP.  Without, at minimum, those factual allegations, DCPS is under no allegation to move a child from a school within its school district and place and fund a student at a private school in Potomac, Maryland.

Conclusion

The parents' desire to use another private school, other than the school already being funded by DCPS, does not establish a duty on DCPS to simply pay for the other school.  Where there is no educational basis for the decision to change schools other than parental preference, DCPS should not be ordered to fund such private placement.  Parents' administrative hearing complaint should be **DISMISSED.**

187

```
*************** -COMM. JOURNAL- ******************* DATE OCT-27-2005 ***** TIME 13:26 ********

     MODE = MEMORY TRANSMISSION              START=OCT-27 13:26     END=OCT-27 13:26

        FILE NO.=406

STN    COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES    DURATION
NO.

001    OK         ☎93016573843                               003/003  00:00:27


                                                -DCPS GENERAL COUNSEL      -

***** UF-8000 ********************* -DCPS GEN COUNSEL- ***** -      2024425097- ********
```



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

## FACSIMILE

|   |   |
|---|---|
| **Date:** | 10-27-2005 |
| **TO:**  Michael Eig, Esquire | **Fax No.:** 301/657-3843 |
| **CO:** | **Tele. No.:** 301/657-1740 |
| **FROM:**  Quinne Harris-Lindsey, Esquire | **Tele. No.:** 202/442-5169 |

**No. Pages, Including Cover Sheet:**  _3ρρι_

**COMMENTS:**  Re: Melissa Roark, DOB: 09/23/1990 – Agency Briefing.

### CONFIDENTIALITY NOTICE

The information contained in this telefacsimile has been transmitted by an attorney. It is
privileged and confidential, intended only for the use of the individual or entity named above. If
the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copy of this communication is strictly prohibited. If this
communication has been received in error, please notify us immediately by telephone, and
return the original message to us at the above address via first class prepaid US postage.
Thank you.

188



**Office of the General Counsel**
**9th Floor**
**825 North Capitol St., NE**
**Washington, DC 20002**
**(202) 442-5000**
**Fax (202) 442-5098**

# **FACSIMILE**

**Date:**    10-27-2005

**TO:**  Michael Eig, Esquire          **Fax No.:**  301/657-3843

**CO:**                                **Tele. No.:** 301/657-1740

**FROM:**   Quinne Harris-Lindsey, Esquire    **Tele. No.:** 202/442-5169

**No. Pages, Including Cover Sheet:**    _3pps_

**COMMENTS:**  Re: Melissa Roark, DOB: 09/23/1990 – Agency Briefing.

**_CONFIDENTIALITY NOTICE_**

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

189

## MICHAEL J. EIG AND ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 760
5454 WISCONSIN AVENUE
CHEVY CHASE, MARYLAND 20815-6938
(301) 657-1740
FACSIMILE (301) 657-3843

October 28, 2005

Quinne Harris-Lindsey, Esq.
District of Columbia Public Schools
Student Hearing Office
825 North Capitol Street, NE, 8th Floor
Washington, D.C. 20002

Re: **Melissa Roark**
*BY FACSIMILE & 1ˢᵗ CLASS MAIL*

Dear Ms. Harris-Lindsey:

Enclosed please find the Parents' Reply to DCPS Agency Briefing.

Thank you for your cooperation in this matter.

Sincerely,

Michael J. Eig

cc:    Sharon Newsome
Robert Roark and Abby Arnold

190

```
                                *
IN THE MATTER OF                *  BEFORE AN IMPARTIAL HEARING
                                *  OFFICER OF THE
                                *  DISTRICT OF COLUMBIA OFFICE OF
                                *  STUDENT HEARINGS
MELISSA ROARK                   *
                                *
                                *
```

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## PARENTS' REPLY TO DCPS AGENCY BRIEFING

### I.    INTRODUCTION.

Robert Roark and Abby Arnold ("the parents") filed their Motion for Summary Decision

on October 24, 2005, seeking an Administrative Order placing and funding their daughter,

Melissa Roark, at The McLean School ("McLean") for the 2005-06 school year.  Per agreement

of the parties, the District of Columbia Public Schools ("DCPS" or "the school system")

responded on October 27, 2005 by filing an "Agency Briefing."  Because the Briefing presents

neither factual nor legal reason to deny the requested placement, the parents once again urge the

hearing officer to grant the parents' Motion for Summary Decision.

### II.   DCPS ERRS IN STATING THAT THE PARENTS DID NOT MAKE ALLEGATIONS THAT DCPS DENIED MELISSA A FAPE.

In their Motion for Summary Decision, the parents clearly state that DCPS has denied

Melissa a Free Appropriate Public Education ("FAPE") under both set for circumstances set forth

by the Supreme Court.  *See* Parents' Motion for Summary Decision at 3-4.  DCPS violated the

procedures set forth in the Individuals With Disabilities Education Improvement Act, 20 U.S.C.

§§ 1400, *et seq.* ("IDEA") by failing to respond to the parents' request for a change in placement.

Further, the burden is upon DCPS to show that a placement at The Lab School of Washington

191

("Lab"), Melissa's prior placement, is both available and appropriate for her. DCPS has

disclosed no information to meet that burden.

**III.    DCPS ERRS IN STATING THAT THE PARENTS DID NOT MAKE ANY ALLEGATIONS THAT DCPS FAILED TO COMPLY WITH THE IDEA.**

The school system clearly failed to comply with the procedural safeguards set forth in the

IDEA by failing to hold an Individualized Education Program ("IEP") meeting following the

parents' request for a change of placement. Courts have held that a "structural flaw" in the

"decision-making" IEP process, such as "the inability to convene a meeting" constitutes a loss of

educational opportunity to the child under the IDEA. *See Gerstmyer v. Howard County Pub.*

*Sch.,* 850 F. Supp. 361, 366 n6 (D. Md. 1994). DCPS violated this family's rights by failing to

respond to their request and by failing to hold an IEP meeting to discuss the parents' concern.

With no response from DCPS, and with Lab no longer an appropriate option, the parents had no

other choice but to step in for the school system and place Melissa at McLean.

In addition, the law clearly states that written notice must be given when the school

system "refuses to initiate or change the identification, evaluation, or **educational placement** of

the child . . . ." 34 C.F.R. 300.503(a)(1)(ii) (emphasis added). Furthermore, the law also requires

that the agency give an explanation for its refusal. 34 C.F.R. 300.503(b)(2). Following the

parental request for a change of placement, DCPS failed to give any notice or explanation of its

refusal. This is a fundamental violation of this family's procedural rights. DCPS must be held

responsible.

IV.  **DCPS INCORRECTLY RELIES ON THE PARENTS' FAILURE TO MAKE ALLEGATIONS THAT THE IEP IS INAPPROPRIATE OR THAT THE LAB SCHOOL IS UNABLE TO IMPLEMENT THE IEP.**

The burden of proving that an IEP is appropriate lies with DCPS. However, in this case the parents do not dispute the appropriateness of the IEP. Their concern is solely with the setting at which the IEP will be implemented. Further, the issue is not whether or not Lab is able to implement the IEP. The issue is that the parents made a request for DCPS to review Melissa's educational placement and consider a change of placement to McLean. In response to this request, DCPS **did nothing**.

V.  **DCPS' ARGUMENT IS FRIVOLOUS.**

Beyond the fact that DCPS has clearly violated this family's procedural and substantive rights under the IDEA, its argument is frivolous. DCPS has funded Melissa at Lab for many years. The parents indicated that there were problems with her placement at Lab, and requested that DCPS support a new placement at McLean. The school system has no reason, beyond "picking a fight" with these parents, to deny this change in placement. It does not cost them anything, as the schools' tuitions are similar. Further, there is evidence that Melissa is gaining educational benefit from McLean, which fulfills the school system's responsibility to ensure that its student is receiving an appropriate education. *See* Declaration of Elizabeth McConnell. There is no logical or legal reason for DCPS to deny these parents' request for a change of placement.

-3-

193

## VI.    CONCLUSION.

The facts in this case are clear – by law, DCPS was required to respond to the parents' request for placement and funding at McLean.  DCPS failed, thereby violating the IDEA and denying this student a FAPE.  DCPS must be held responsible.

Respectfully Submitted,

Michael J. Eig
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for Melissa Roark and her parents

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first-class postage prepaid, to Quinne Harris-Lindsey, Esq., counsel for DCPS, on October 28, 2005.

Michael J. Eig