IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA ROARK, *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 05-2383 (JDB) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

## PRAECIPE

On May 24, 2006, plaintiffs filed a Motion for Summary Judgment, but inadvertently omitted their Statement of Material Facts as to Which There Is No Genuine Issue, pursuant to Local Rule 7.1(h). Plaintiffs hereby attach this Statement.

Respectfully submitted,

  /s/ (filed electronically)
Michael J. Eig        #912733

  /s/ (filed electronically)
Haylie M. Iseman    #471891

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Melissa Roark and her parents