UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA ROARK, a minor,
by her parents and next friends,
Robert Roark and Abigail Arnold, et al.,

    Plaintiffs,

    v.                                                                    Civil Action No.  05-2383 (JDB)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

## ORDER

Upon consideration of [10] plaintiffs' motion for summary judgment, [11] defendants' cross-motion for summary judgment, and the administrative record as supplemented by plaintiffs, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [10] plaintiffs' motion for summary judgment is **DENIED**; it is further

**ORDERED** that [22] defendants' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendants.

    /s/
JOHN D. BATES
United States District Judge

Date:   October 25, 2006